```
 1  L. Scott Keehn, SBN 61691
    Leslie F. Keehn, SBN 199153
 2  KEEHN & ASSOCIATES
    A Professional Corporation
 3  402 West Broadway, Suite 1210
    San Diego, California 92101
 4  Telephone: (619) 400-2200

 5  Attorneys for Petitioning Creditors
```

FILED 08 APR 18 PM 12:00 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED Harold S. Marenus, Clerk U.S. BKCY.APP.PANEL OF THE NINTH CIRCUIT

MAR 1 2 2008

FILED _____ DOCKETED _____
DATE   INITIAL

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

'08 CV 713 JAH WMc

In Re:

FRANCIS J. LOPEZ,

　　　　Alleged Debtor.

Case No. 05-05926-PBINV

BANKRUPTCY APPEAL NO. 1

**ELECTION TO HAVE APPEAL HEARD BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Petitioning Creditors Alan Stanly, Northwest Florida Daily News, and Alternative Resolution Center, hereby elect to have the appeal from the *"Order for Relief and Order Directing Debtor to File Schedules and Statement of Financial Affairs"* entered by the Bankruptcy Court on January 28, 2008, the ruling granting the Petitioning Creditors' Motion for Terminating Sanctions heard on January 28, 2008, and the *"Order on Motion for Summary Judgment"* entered by the Bankruptcy Court on September 26, 2006, heard by the United States District Court for the Southern District of California pursuant to 28 U.S.C. §158(c)(1)(B).

Dated: February 27, 2008

　　　　　　　　　　　　　　　KEEHN & ASSOCIATES
　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　By:　　//s// L. Scott Keehn
　　　　　　　　　　　　　　　L. Scott Keehn
　　　　　　　　　　　　　　　Attorneys for Petitioning Creditors

113118/5311.01

## U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**In Re:** Francis J. Lopez          BAP No.: SC-08-1071

**Bk. Ct. No.:** 05-5926-PBINV       ADV. NO.:          Appeal No: 1

### NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to San Diego District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Harold S. Marenus, BAP Clerk

By: Vicky Jackson-Walker, Deputy Clerk
Date: March 24, 2008

**Resent:   4/14/08**

Please acknowledge receipt of
the case file listed above.
Dated:____**'08 CV 713   JAH WMc**____

Signed:____**J. HINKLE**   4/16/08____
District Court Deputy

Assigned District Court No.
**'08 CV 713   JAH WMc**

cc: Bankruptcy Court
    All Parties

| FRANCIS J LOPEZ<br>    Appellant | M. Jonathan Hayes, Attorney<br>Direct: (818) 710-3656<br>Fax: 818 710-3659<br>[COR LD NTC Retained]<br>Ste# 840<br>21800 Oxnard St.<br>Woodland Hills, CA 91367-1574 |
|---|---|
| v. | |
| ALAN STANLEY<br>    Appellee | L. Scott Keehn, Esq.<br>[NTC Retained]<br>KEEHN &ASSOC, APC<br>Firm: 619/400-2200<br>402 W. Broadway<br>San Diego, CA 92101 |

1  L. Scott Keehn, SBN 61691
   Leslie F. Keehn, SBN 199153
2  **KEEHN & ASSOCIATES**
   A Professional Corporation
3  402 West Broadway, Suite 1210
   San Diego, California 92101
4  Telephone: (619) 400-2200

5  Attorneys for **Petitioning Creditors**

6

7

8              UNITED STATES BANKRUPTCY COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 In Re:                              ) Case No. 05-05926-PBINV
                                       )
12     FRANCIS J. LOPEZ,               )
                                       ) **PROOF OF SERVICE**
13                  Alleged Debtor.    )
                                       )
14                                     )
                                       )
15                                     ) Judge: The Honorable Peter W. Bowie
                                       ) Ctrm: 4
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )

20        I, the undersigned, declare that I am over the age of eighteen years and not a party to this

21 cause. I am employed in, or am a resident of, the County of San Diego, California, and my

22 business address is: Keehn & Associates, APC, 402 West Broadway, Suite 1210, San Diego,

23 California.

24        On the date shown below, I caused to be served the following document(s):

25 **ELECTION TO HAVE APPEAL HEARD BY THE UNITED STATES DISTRICT
   COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
26

27 [ ]    BY PERSONAL SERVICE: I placed a true copy of the above document(s) in a sealed

28        envelope clearly labeled to identify the party being served, and personally caused said such

- 1 -

113203/5311.01

1 envelope to be personally delivered on each addressee named hereafter:

2 [ ] **BY FACSIMILE AND MAIL:** I declare that upon the prior agreement of the party being served, I served the above named documents by facsimile transmission during usual office hours from facsimile number 619-400-2201, to a facsimile machine maintained by the person on whom it is served and that the transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

8 [✔] **BY MAIL:** I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for each addressee named hereafter:

M. Jonathan Hayes
Law Office of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2008.

//s// Cynthia K. Lay
**CYNTHIA K. LAY**

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

CSD 1252 [08/23/01]

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                                        FAX: (619) 557-5536

## TRANSMITTAL MEMORANDUM

To: BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S. Grand Avenue
Pasadena, California 91105

BAP#SC-08-1071

From: BARRY K. LANDER, Clerk  District/Office No. 974-3

| CASE NAME | BANKRUPTCY NO. |
|---|---|
| | 05-5926-PBINV |
| | ADVERSARY NO. |
| | |
| Francis J. Lopez | APPEAL NO. |
| | 1 |
| | BANKRUPTCY JUDGE |
| | Peter Bowie |
| | DATE BANKRUPTCY FILED |
| | 6/30/05 |

| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO BAP MAILED ON: |
|---|---|---|---|
| 1/28/08 | 2/7/08 | YES | February 8, 2008 |

DATED: February 8, 2008          Barry K. Lander, Clerk

By: _____, Deputy Clerk
Kurt Herbold

CSD 1252

```
                                                    FILED

                                                February 8, 2008

                                            CLERK, U.S. BANKRUPTCY COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
                                            BY                      DEPUTY
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Francis J. Lopez

BANKRUPTCY NO. 05-5926-PBINV

Debtor.

Frances Lopez (Appellant)

v.
Alan Stanly (Appellee)

BK APPEAL NO.  1
ASSIGNED TO JUDGE  Peter Bowie

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL
### COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:   M. Jonathan Hayes, 21800 Oxnard St., Ste. 840, Woodland Hills, CA 91367,
      L. Scott Keehn, KEEHN & Assoc. APC, 402 W. Broadway, Ste. 1210, San Diego, CA 92101
      United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by <u>Frances Lopez</u> with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to the BAP, a copy thereof being hereto attached.

For further information, you may contact the Clerk of the United States Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, California 91105 or by calling (626) 229-7225.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above-named person(s).

DATED: February 8, 2008                Barry K. Lander, Clerk


                                       By: _____, Deputy Clerk
                                           Kurt Herbold

M. Jonathan Hayes (Bar No. 90388)
**Law Office of M. Jonathan Hayes**
21800 Oxnard St, Suite 840
Woodland Hills, CA 91367
Telephone: (818) 710-3656
Facsimile: (818) 710-3659
jhayes@polarisnet.net

Attorneys for Alleged Debtor Francis Lopez

```
Case # : 05-05926-PBAPBK
Debtor.: FRANCIS J. LOPEZ
Judge..: PETER BOWIE
Chapter: APBK
-------------------------------------
Filed  : February 07, 2008  12:48:18
Deputy : K DURAN
Receipt: 197229
Amount : $255.00
-------------------------------------
```

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>Alleged Debtor | CASE NO. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>**NOTICE OF APPEAL BY ALLEGED DEBTOR TO ORDER FOR RELIEF** |

Alleged Debtor Francis Lopez hereby appeals under 28 U.S.C. § 1291 from the judgment, order, or decree of Judge Peter Bowie granting an Order for Relief in this Involuntary Case. A copy of the Order is attached hereto. This appeal includes appealing from the ruling granting the Motion for Terminating Sanctions heard on January 28, 2008 for which no separate Order was entered as well as the Order Denying the Motion for Summary Judgment brought by the Debtor and Granting the Motion for Summary Judgment brought by petitioning creditor Alan Stanly. The Order for Relief was entered on January 28, 2008. The Order re Summary Judgment was entered on September 26, 2006 and is also attached hereto.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Atty for Alleged Debtor Francis Lopez**
M. Jonathan Hayes
21800 Oxnard St., Suite 840
Woodland Hills, CA 91367
(818) 710-3656
(818) 710-3659  fax

**Atty for Petitioning Creditor, Alan Stanly**
L. Scott Keehn
KEEHN & Assoc, APC
402 W. Broadway, Suite 1210
San Diego, CA 92101
(619) 400-2200
(619) 400-2201  fax

Dated: February 6, 2008                Respectfully submitted

By: _____/s/ M. Jonathan Hayes_____
M. Jonathan Hayes
Attorneys for Reorganized Debtor,
Urban Hotels, Inc.

CSD 1127 (07/01/96)

ENTERED 1/28/08

FILED
JAN 2 8 2008
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /04 DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

FRANCIS J. LOPEZ

BANKRUPTCY NO. 05-05926-B7

Debtor.

### ORDER FOR RELIEF AND ORDER DIRECTING DEBTOR
### TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

On consideration of the involuntary petition filed by Alan Stanly, Northwest Florida Daily News, and Alternative Resolution Center on JUNE 30, 2005, and the summons issued thereon having been served on JUNE 30, 2005, and no answer or other pleading in response thereto having been timely filed, an ORDER FOR RELIEF under Chapter 7 of Title 11 of the United States Code is GRANTED.

IT IS ORDERED that the Debtor file with the Court, WITHIN 15 DAYS of the entry of this order, the schedules and statements required by Federal Rule of Bankruptcy Procedure 1007(b) and (c).

DATED: JAN 2 8 2008

Judge, United States Bankruptcy Court

### CERTIFICATE OF MAILING

I hereby certify that on this date a copy of the within order was mailed to the following parties in interest, namely:

FRANCIS J. LOPEZ, 310 Sand Myrtle Trail, Destin, FL 32541-3429
M. Jonathan Hayes, Law Office of M. Jonathan Hayes, 21800 Oxnard St., Suite 840, Woodland Hills, CA 91367
L. Scott Keehn, Keehn & Associates, APC, 402 West Broadway, Suite 1210, San Diego, CA 92101
Alan Stanly, 1569 Berkshire Court, San Marcos, CA 92069
Northwest Florida Daily News, 200 Racetrack Rd., Ft. Walton Beach, FL 32549
Alternative Resolution Center, 11601 Wilshire Blvd., Suite 1950, Los Angeles, CA 90025
United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

DATED: JAN 2 8 2008

Barry K. Lander, Clerk

By: _____, Deputy Clerk

CSD 1127

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Francis J Lopez

**DEFENDANTS**

Alan Stanley

FILED
'08 CV0713 JAH WMc
08 APR 18 AM 11:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

M Jonathan Hayes
Law Office of M Jonathan Hayes
21800 Oxnard St; Suite 840
Woodland Hills, CA 91367
(818)710-3656

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 USC 158**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $** _____

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE: 4/16/08

SIGNATURE OF ATTORNEY OF RECORD: [signature]