UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>    FRANCIS J. LOPEZ<br><br>    Alleged Debtor | Case No. 08cv713 JAH (WMc)<br><br>**ORDER RE: MAGISTRATE JUDGE RECUSAL** |

    Magistrate Judge William McCurine, Jr. hereby recuses himself from the above entitled action and requests that another Magistrate Judge be assigned.

    Magistrate Judge Barbara L. Major (BLM) is assigned.

    **IT IS SO ORDERED.**

DATED: April 22, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JOHN A. HOUSTON, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD