**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                     FAX: (619) 557-5536

FILED
2008 APR 28  AM 11:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**TRANSMITTAL OF BANKRUPTCY MATTERS**

[ X ]   CASE NO. 05-5926-PB7
[   ]   ADV. NO. N/A
[ X ]   USDC NO. 08CV713-JAH BLM

TO:   CLERK, UNITED STATES DISTRICT COURT

The attached is forwarded for your disposition as indicated below:

[   ] A.  For Assignment of Judge (no judge previously assigned):
    [   ] Motion for Stay Pending Appeal
    [   ] Motion for Leave to Appeal
    [   ] Motion for Withdrawal of Reference of Bankruptcy case
    [   ] Motion/Certificate of Contempt
    [   ] Motion for Abstention and Remand

[   ] B.  For Assignment of Judge and Case Number by Clerk's Office:
    [   ] Transmittal of Withdrawal of Reference of Adversary Proceedings (Complaints)

[   ] C.  For Transmittal to Judge _____
    Matter previously assigned to a related matter. Your Case Number _____

[ X ] D.  For Filing:
    [ X ] Matter previously assigned. Your Case Number 08CV713 JAH BLM
    [   ] Transmittal of Record on Appeal
    [   ] Transmittal of Unperfected Appeal
    [ X ] Transmittal of Appellee's Additional Items to be Included in Record on Appeal
    [   ] Other:

Please return a copy of this transmittal sheet to the Bankruptcy Court indicating the Judge assigned and Case Number, if any assigned.

JUDGE N/A                                     CIV. NO. N/A

Thank you.

DATED: 4/28/08                                Barry K. Lander, Clerk

                                              By: _____, Deputy Clerk

ORIGINAL

CSD 1259

L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Appellees**

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 05-05926-PB7 |
| **FRANCIS J. LOPEZ**, | APPEAL NO. 1 |
| Debtor. | **APPELLEES SUPPLEMENTAL RECORD ON APPEAL** |
| **FRANCIS J. LOPEZ**, | |
| Appellant, | |
| v. | Judge: The Honorable Peter W. Bowie<br>Ctrm: 4 |
| **ALAN STANLY and RICHARD KIPPERMAN**, | |
| Appellees. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

113450/5311.02