# DOCKET NUMBER 7

2 pgs

CSD 1181 [11/15/04]
Name, Address, Telephone No. & I.D. No.

M. Jonathan Hayes (#90388)
21800 Oxnard St., Suite 840
Woodland Hills, CA 91367
(818) 710-3656
(818) 710-3659 fax
jhayes@polarisnet.net

FILED PT
2005 JUL 20 AM 10: 11
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Francis J. Lopez

BANKRUPTCY NO. 05-05926-PBINVL

Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-1124   Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that on August 22, 2005, at 10:00a.m., in Department 4, Room 328, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Alleged Debtor
for [check the appropriate box]:

[✓]  Dismissal of a chapter 7, 11 or 12 case;

[ ]  Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[ ]  Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[ ]  Appointment of a trustee in a chapter 11 case; or

[✓]  Other [specify the nature of the matter]:

Or to Transfer Matter to Florida

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: July 19, 2005

_____
[Attorney for] Moving Party

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
CSD 1181

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21800 Oxnard St., Suite 840, Woodland Hills, CA 91367. On July ___, 2005, I served the within documents:

**NOTICE OF MOTION AND MOTION TO DISSMISS OR TRANSFER INVOLUNTARY PETITION; DECLARATION OF FRANCIS J. LOPEZ**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Alan Stanly                     L. Scott Keehn
1569 Berkshire Court            530 B Street Suite 2400
San Marcos, CA 92069            San Diego, CA 92101

United States Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July ___, 2005, at Woodland Hills, California.

Desmond Hayes                           _____
(Type or print name)                    (Signature)

LAW OFFICES
M. Jonathan Hayes

Motion to Dismiss Involuntary Case