# DOCKET NUMBER 8-5

1  L. Scott Keehn (61691)
   Sarah H. Lanham (213555)
2  **ROBBINS & KEEHN, APC**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Petitioning Creditor
   **ALAN STANLY**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Francis J. Lopez,<br><br>　　　Alleged Debtor. | Case No. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>**PROOF OF SERVICE**<br><br>**Date:** August 22, 2005<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Peter W. Bowie<br>**Dept.:** 4 |

　　　I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

　　　On the date shown below, I caused to be served the following document(s):

**MEMORANDUM OF POINTS AND AUTHORITIES SUBMITTED IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION**

**REQUEST FOR JUDICIAL NOTICE SUBMITTED IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION**

/ / /

**DECLARATION OF ALAN STANLY IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION**

**DECLARATION OF TIMOTHY P. DILLON SUBMITTED IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION**

**EVIDENTIARY OBJECTIONS TO DECLARATION OF FRANCIS J. LOPEZ**

[ ]   BY PERSONAL SERVICE: I placed a true copy of the above document(s) in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally caused said such envelope to be personally delivered on each addressee named hereafter:

[ ]   BY FACSIMILE AND MAIL: I declare that upon the prior agreement of the party being served, I served the above named documents by facsimile transmission during usual office hours from facsimile number 619-544-9095, to a facsimile machine maintained by the person on whom it is served and that the transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

[✔]   BY MAIL: I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for each addressee named hereafter:

M. Jonathan Hayes
Law Office of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367

United States Trustee
402 W. Broadway, Suite 600
San Diego, CA 92101

/ / /

/ / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

- 2 -

103332/GMR/5311.01

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct.
3  Executed on August 5, 2005.

//s// Carolina Polanco
CAROLINA POLANCO

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095