# DOCKET NUMBER 9

1  L. Scott Keehn (61691)
   Sarah H. Lanham (213555)
2  **ROBBINS & KEEHN, APC**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Petitioning Creditor
   **ALAN STANLY**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | ) Case No. 05-05926-PBINV |
|---|---|
|  | ) Involuntary Chapter 7 |
| Francis J. Lopez, | ) |
| Alleged Debtor. | ) **ERRATA TO REQUEST FOR JUDICIAL NOTICE SUBMITTED IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION** |
|  | ) **Date:** August 22, 2005 |
|  | ) **Time:** 10:00 a.m. |
|  | ) **Judge:** Hon. Peter W. Bowie |
|  | ) **Dept.:** 4 |

**TO: HONORABLE PETER W. BOWIE, JUDGE OF THE UNITED STATES BANKRUPTCY COURT**

Petitioning Creditor, Alan Stanly, respectfully submits this Errata to Request for Judicial Notice in Opposition to Motion to Dismiss or Transfer Involuntary Petition.

Exhibit 4 was inadvertently omitted from the Request for Judicial Notice in Opposition to Motion to Dismiss or Transfer Involuntary Petition. Exhibit 4 is Warranty Deed File # 2035735,

/ / /

- 1 -

103385/MCP/5311.01

1  recorded the County of Okaloosa, Florida on July 17, 2003; and it is attached hereto and
2  incorporated herein by this reference as Exhibit "A".
3       Petitioning Creditor apologizes for any inconvenience this inadvertent omission may have
4  caused the parties or the Court.

6  Dated:   August 9, 2005                   **ROBBINS & KEEHN**
7                                                  A Professional Corporation

9                                  By:   //s// L. Scott Keehn
10                                       L. Scott Keehn
                                        Sarah H. Lanham
11                                         Attorneys for Petitioning Creditor
                                        Alan Stanly

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

103385/MCP/5311.01

# EXHIBIT A

4481 Legendary Drive, Ste. 200 P. O. Box 6944
Destin, FL 32550-1006
850-837-5118
File Number: 03.0100
Parcel Identification No. 002S22135600010050

FILE # 2006735 RCD 04/28/2003 6:09:49 PM
Newman C. Brackin, Clerk, Okaloosa Cnty Fl

[Space Above This Line For Recording Data]

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 15th day of July, 2003 between **Jeffrey D. Fudge and Sonya L. Fudge, husband and wife** whose post office address is **310 Sand Myrtle Trail, Destin, FL 32541** of the County of Okaloosa, State of Florida, grantor*, and **Francis Lopez and Madeline Lopez, husband and wife** whose post office address is **310 Sand Mrytle Trail, Destin, FL 32541** of the County of **Okaloosa**, State of Florida, grantee*,

**Witnesseth** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Okaloosa County Florida**, to-wit:

LOT 5, BLOCK I OF KELLY PLANTATION PHASE II, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 15, PAGE(S) 59-60, OF THE PUBLIC RECORDS OF OKALOOSA COUNTY, FLORIDA.

SUBJECT TO covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2003 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Witness Name: Lamar Conerly, Jr.

_____
Witness Name: Jamie Colowich

_____
Witness Name: Lamar Conerly, Jr.

_____
Witness Name: Jamie Colowich

_____ (Seal)
Jeffrey D. Fudge

_____ (Seal)
Sonya L. Fudge

Deed Doc Stamps    $5,215.00   D.C. AW

State of Florida
County of Okaloosa

The foregoing instrument was acknowledged before me this 15th day of July, 2003 by Jeffrey D. Fudge and Sonya L. Fudge, who [ ] are personally known or [X] have produced a driver's license as identification.

_____
Notary Public

[Notary Seal]

LAMAR CONERLY JR.

Printed Name:  Lamar Conerly, Jr.