# DOCKET NUMBER 9-1

1  L. Scott Keehn (61691)
   Sarah H. Lanham (213555)
2  **ROBBINS & KEEHN, APC**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Petitioning Creditor
   **ALAN STANLY**

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  In Re:                          )  Case No. 05-05926-PBINV
                                    )
12                                  )  Involuntary Chapter 7
         Francis J. Lopez,          )
13                                  )
            Alleged Debtor.         )  **ERRATA TO MEMORANDUM OF POINTS**
14                                  )  **AND AUTHORITIES IN OPPOSITION TO**
                                    )  **MOTION TO DISMISS OR TRANSFER**
15                                  )  **INVOLUNTARY PETITION**
                                    )
16                                  )
                                    )  **Date:**   August 22, 2005
17                                  )  **Time:**   10:00 a.m.
                                    )  **Judge:**  Hon. Peter W. Bowie
18                                  )  **Dept.:**  4
                                    )
19                                  )
                                    )
20                                  )
    _____)
21

22       Petitioning Creditor, Alan Stanly, respectfully submits this Errata to Memorandum of

23  Points and Authorities in Opposition to Motion to Dismiss or Transfer Involuntary Petition.

24       The Table of Authorities was inadvertently omitted from the Memorandum of Points and

25  Authorities  in Opposition to Motion to Dismiss or Transfer Involuntary Petition.

26       The  Table of Authorities is attached hereto and incorporated herein by this reference as

27  Exhibit "A".

28  / / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

103384/MCP/5311.01

1    Petitioning Creditor apologizes for any inconvenience this inadvertent omission may have

2 caused the parties or the Court.

3

4

Dated:    August 9, 2005          **ROBBINS & KEEHN**
5                                  A Professional Corporation

6

7

                                   By:    //s// L. Scott Keehn
8                                         L. Scott Keehn
                                          Sarah H. Lanham
9                                         Attorneys for Petitioning Creditor
                                          Alan Stanly
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

103384/MCP/5311.01

# EXHIBIT A

## **TABLE OF AUTHORITIES**

### **FEDERAL CASES**

*Black v. Payne,*
    591 F.2d 83 (9th Cir.1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Faulkner v. Federation of Preschool and Community Education Centers,*
    Inc., 564 F.2d 327 (9th Cir. 1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*In re B.D. International Discount Corp.,*
    701 F.2d 1071(2nd Cir.1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*In re Commonwealth Oil Refining Co.,*
    596 F.2d 1239 (5th Cir.1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*In re Crown Sportswear,*
    Inc., 575 F.2d 991(1st Cir.1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*In re C-TC 9th Avenue Partnership,*
    113 F.3d 1304 (2nd Cir.1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*In re Edwards,*
    214 B.R. 613 (9th Cir.BAP(Wash.),1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*In re Focus Media,*
    Inc., 378 F.3d 916 (9th Cir.2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*In re Island Club Marina, supra* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*In re Vortex Fishing Systems,*
    Inc., 277 F.3d 1057 (9th Cir.2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Mortensen v. First Federal S & L Association,*
    549 F.2d 884(3rd Cir.1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*NL Industrial Inc. v. Kaplan,*
    792 F.2d 896(9th Cir.1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Securities Investor Protection Corp. v. Vigman,*
    764 F.2d 1309(9th Cir.1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

### **CALIFORNIA CASES**

*Barapind v. Reno,*
    72 F.Supp.2d 1132 (E.D. Cal.1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5

*In re Eastman,*
    188 B.R. 621 (Cal., 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9995

**NON-CALIFORNIA AUTHORITIES**

*Conley v. Gibson,*
    355 U.S. 41, 78 S.Ct. 99(1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Crown Heights Jewish Community Council v. Fischer,*
    202 B.R. 341(E.D.N.Y.1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Florens Container v. Cho Yang Shipping,*
    245 F.Supp.2d 1086 (N.D.Cal.,2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 10, 11

*In re Gentry Steel Fabrication,*
    Inc., 325 B.R. 311 (Bkrtcy.M.D.Ala.,2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*In re Jolly,*
    106 B.R. 299 (Bkrtcy.M.D.Fla.,1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*In re Kona Joint Venture I,*
    Ltd., 62 B.R. 169 (Bkrtcy.D.Hawaii,1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*In re Mayhew,*
    194 B.R. 6 (Bkrtcy.D.R.I.,1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*In re Mundo Custom Homes,*
    Inc., 179 B.R. 566(Bkrtcy.N.D.Ill.,1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*In re One-Eighty Investments,*
    Ltd., 18 B.R. 725(Bkrtcy.E.D.Ill.1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*In re Paper I Partners,*
    L.P., 283 B.R. 661(Bkrtcy.S.D.N.Y.,2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15, 17

*In re Seton Chase Associates,*
    Inc., 141 B.R. 2 (Bkrtcy.E.D.N.Y.,1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*In re Waxelbaum,*
    98 F. 589(D.C.N.Y.,1899) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Matter of Every,*
    17 B.R. 685(Bkrtcy.Wis.,1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Pleasant Pointe Apartments, Ltd. v. Kentucky Housing Corp.,*
    139 B.R. 828 (W.D.Ky.1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Stands Over Bull v. Bureau of Indian Affairs,*
    442 F.Supp. 360 (D.C.Mont.1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*W.A. Gage & Co. v. Bell,*
    124 F. 371(D.C.Tenn.,1903) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

/ / /

/ / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

# FEDERAL STATUTES

11 U.S.C. § 303 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1,7,15,16

11 U.S.C. § 305 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15,16

11 U.S.C. § 706 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

28 U.S.C. §1408 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 8- 10

Bankruptcy Code § 101 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Fed.R.of Civ.P. 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 7

Fed.R.of Civ.P. 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

Federal Rule of Bankruptcy Procedure 1003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6,7

Federal Rule of Bankruptcy Procedure 1014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Federal Rule of Bankruptcy Procedure 9014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9005