# DOCKET NUMBER 11

L. Scott Keehn (61691)
**ROBBINS & KEEHN, APC**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for Petitioning Creditor
**ALAN STANLY**

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Case No. 05-05926-PBINV |
| | ) |
| | ) Involuntary Chapter 7 |
| Francis J. Lopez, | ) |
| | ) |
| Alleged Debtor. | ) **SUPPLEMENTAL REQUEST FOR** |
| | ) **JUDICIAL NOTICE SUBMITTED IN** |
| | ) **OPPOSITION TO MOTION TO DISMISS** |
| | ) **OR TRANSFER INVOLUNTARY** |
| | ) **PETITION** |
| | ) |
| | ) |
| | ) **Date:**   August 22, 2005 |
| | ) **Time:**   2:30 p.m. |
| | ) **Judge:**  Hon. Peter W. Bowie |
| | ) **Dept.:**  4 |
| _____ | ) |

**TO:    HONORABLE PETER W. BOWIE, JUDGE OF THE UNITED STATES BANKRUPTCY COURT**

Petitioning Creditor, ALAN STANLY ("Stanly") respectfully requests that Court to take judicial notice in accordance with the provisions of Rule 201 of the Federal Rules of Evidence of the following:

1.    The summary of minutes of *People v. Stanly* hearing conducted December 2, 2004 [Stanly's change of plea while represented by Glenn E. Taylor and related change of the forms] a copy of which is attached as Exhibit "1."

/ / /

103551/LSK/5311.01

2.    Minutes of *People v. Stanly* proceeding conducted January 24, 2005 [allowing withdrawal of December 2, 2004 plea because Stanly's counsel — Glenn Taylor — had been ineligible to practice while representing Stanly] a copy of which is attached as Exhibit"2."

3.    *People v. Stanly* change of plea dated January 24, 2005 [to Guilty/No Contest charge reduced to misdemeanor and court's order thereon] a copy of which is attached as Exhibit "3."

4.    *People v. Stanly* order granting probation dated January 24, 2005, copy of which is attached as Exhibit "4."

5.    *People v. Stanly* court minutes of May 9, 2005 [court's findings that the three computers seized were not instrumental in crime/ may be returned to defendant] a copy of which is attached as Exhibit "5."

6.    *People v. Stanly* minutes of court proceedings conducted August 16, 2005, a copy of which is attached as Exhibit "6."

7.    *People v. Taylor* (Glenn Taylor) minutes of court proceedings conducted August 16, 2005 [sentencing hearing (with Alan Stanly addressing the court as the victim) and Glenn Taylor's plea of Guilty/No Contest-felony (unlawful practice of law), and related order granting probation (with no contact/noise/molest order pertaining to Alan Stanly and his family)], a copy of which is attached as Exhibit "7."

8.    Copy of the *Attorney Search/Member Pages* for Glenn Edward Taylor from the California State Bar's official website [showing disbarred status and history of discipline], a copy of which is attached as Exhibit "8."

Dated: August 18, 2005                    **ROBBINS & KEEHN**
                                          A Professional Corporation



                                          By:    //s// L. Scott Keehn
                                                  L. Scott Keehn
                                                  Attorneys for Petitioning Creditor
                                                  Alan Stanly

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

103551/LSK/5311.01

# EXHIBIT 1

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE **SCD182630**  DA **ABF40001**  BKG

DATE **12-02-04** AT **8:30 a.m.** IN DEPARTMENT **31**

JUDGE: **HON. SUSAN P. FINLAY**

CLERK: **ESTELLE FREEMAN**

REPORTER: **KIM MORALES, CSR # 7686**
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

**THE PEOPLE OF THE STATE OF CALIFORNIA,**

PLAINTIFF,

vs.

**ALAN HAROLD STANLY,**

DEFENDANT,

**BOULAN, TAWYNA E.**, Deputy Attorney General
COUNSEL FOR THE PEOPLE

**TAYLOR, GLENN E.**, Retained
COUNSEL FOR THE DEFENDANT

### VIOLATIONS

Ct(s):    Ct. 1 PC632(a)

### CHANGE OF PLEA HEARING

The defendant is present.

The defendant informs the Court of an intent to change the plea. The defendant is advised of constitutional rights and waives those rights. The defendant is sworn and examined. The defendant withdraws the previously entered plea of not guilty. The defendant enters a plea of **nolo contendere** to the following charge(s):

Count 1         PC632(a)              Deemed a misdemeanor per PC 17(b)

Counsel stipulate to the Preliminary Transcript as a basis for the plea. The defendant tenders a Harvey waiver.

### CUSTODY STATUS

The defendant is **to remain at liberty on $20,000 bail bond posted.**

### FUTURE HEARINGS

The defendant waives statutory time for pronouncement of judgment.

**Probation Hrg-sentencing** is set for **01-05-05 at 9:00 a.m. in Department 47** on the defendant's motion.
The defendant is ordered to return.

### PROBATION REFERRAL

The Probation Department is ordered to prepare a Presentence Report.

The defendant is ordered to report immediately to the Probation Department at 330 W. Broadway, San Diego.

The defendant was found guilty by a plea. The accusatory pleading was filed on 09-22-04.

### OTHER

THE PROSECUTION OBJECTS TO THE REDUCTION TO A MISDEMEANOR, SO NOTED FOR THE RECORD

Page: 1 of 1                                    ORIGINAL

Judge of the Superior Court

Clerk of the Superior Court
DEC 0 2 2004
*FOR COURT USE ONLY*

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

PEOPLE vs. Alan Stanly          Defendant

By: E. FREEMAN, Deputy

**PLEA OF GUILTY/NO CONTEST – MISDEMEANOR**

Case # CD 182630

DA/CA/ #

**INSTRUCTIONS:** Fill out this form if you wish to plead guilty or no contest to the charges against you. **Initial** each applicable item <u>only</u> if you understand it. If you have any questions about your case, the possible sentence, or the information on this form, ask your lawyer or the judge.

I, the defendant in the above-entitled case, personally and/or by my attorney, declare as follows:

1. Of those charges now filed against me in this case, I plead
   NO CONTEST
   **GUILTY/NO CONTEST**
   to the following offenses and admit the enhancements, allegations, and prior convictions as follows:

   As 1.

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|-------|--------|------------------------|
| i     | PC. 632 Eavesdropping |  |
|       |        |  |
|       |        |  |

   PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, CASE NUMBER AND CHARGE)
   None

2. I have not been induced to enter the above plea by any promise or representation of any kind, except: (State any agreement with the prosecutor.)

   AS 2.

3. I am entering a plea freely and voluntarily, without threat or fear to me or anyone closely related to me.

   AS 3.

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes.

   AS 4.

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours.

   AS 5.

### RIGHT TO A LAWYER

6. I understand that I have the Constitutional right to be represented by a lawyer at all stages of the proceedings including sentencing. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. I understand the dangers and disadvantages of representing myself and that it is usually unwise to represent myself.

   AS 6.

6a. I understand that I have the right to be present in Court to enter my plea and for sentencing. I expressly authorize my lawyer to enter this plea on my behalf, in my absence. I expressly authorize my lawyer to appear for me at sentencing.

   AS 6a.

6b. I give up the right to an attorney and wish to represent myself.

   6b. X

### CONSTITUTIONAL RIGHTS

<u>I understand</u> that as to all charges, allegations and prior convictions filed against me I also have the following <u>constitutional rights, which I now give up</u> to enter my plea of guilty/no contest:

7. I have the right to a **speedy and public trial by jury.** I now give up this right.

   AS 7.

8. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.**

   AS 8.

| ...dant | Case Number |
|---------|-------------|
|         |             |

9. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.**    `AS`  9.

10. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.**    `A.S`  10.

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

11. I understand the possible consequences of entering a plea of Guilty/No Contest include a maximum sentence of up to ____/____ months/year(s) in jail and fine(s) of up to ~~$2,500~~ plus additional consequences specified in any attached addendum, and any other reasonable conditions of probation, which could be for a maximum of 3/5 years.    `AS`  11.

12. I understand that in addition to any fine imposed, the law requires the Court to add penalty assessments which will substantially increase the amount I must pay. In addition, I understand that I may be ordered to make restitution to the victim, if the offense involved a victim, or to a restitution fund. I understand that I shall be ordered to pay a mandatory restitution fine ($100 - $1,000).    `A.S`  12.

13. I understand that I may not be sentenced earlier than six (6) hours, nor later than five (5) days after my plea. I give up this right and agree to be sentenced at this time.    `AS`  13.

14. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/ deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to any offense listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization.    `A.S`  14.

15. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases and consecutive sentences.    `AS`  15.

## OTHER WAIVERS

16. **(Appeal rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strikes priors (under PC sections 667(b)-(i) and 1170.2), and 3) any sentence stipulated herein.    `AS`  16.

17. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed, or stricken charges or allegations or cases when granting probation, ordering restitution, or imposing sentence.    `AS`  17.

18. **(Arbuckle Waiver)** I give up my right to be sentenced by the judge who accepts this plea.    `AS`  18.

## PLEAS

19. I now plead Guilty/No Contest and admit the charges, convictions, and violations of probation described in paragraph #1, above, because I am guilty. I admit that on the dates charged, I *(Describe facts as to each charge and allegation)*    `AS`  19.

_____ Misdemeanor Everproson _____

I further agree that a duly appointed Commissioner, Referee, or Temporary Judge may act as a Judge, accept this plea, impose sentence, and conduct any other post-conviction proceedings. I declare under penalty of perjury, under the laws of the State of California, that I have read, understood, and initialed each item above, and any attached addendum, and everything on the form and any attached addendum is true and correct.

Dated: December 2, 2004    Defendant's Signature: _____

Defendant's Address: 1569 Berkshire Ct    San Marcos    CA    92069
                     Street                City          State   Zip

Defendant's Telephone No: (760) 752-1506

| _endant | Case Number |
|---------|-------------|
|         |             |

## ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: _December 2 2004_     _GLENN TAYLOR_     _(signature)_
                           (Print Name)          Attorney for Defendant              (Signature)
                           (Circle one:  PD / APD / PCC / RETAINED)

## INTERPRETER'S STATEMENT (If Applicable)

I, the interpreter in this proceeding, having been duly sworn, truly translated this form, and any attached addendum, and all the questions therein to the defendant in the _____language. The defendant indicated understanding of the contents of the form and then initialed and signed the form and any attached addendum.

Dated:_____     _____
                           (Print Name)          Court Interpreter              (Signature)

## PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff in the above-entitled criminal case, by and through its attorney concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated:_____     _____
                           (Print Name)   Deputy District Attorney/Deputy City Attorney     (Signature)

## COURT'S FINDING AND ORDER

The Court, having questioned the defendant/defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that:  The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: _12 - 2 - 04_     _____
                           Judge/Commissioner/Referee of the Superior Court

                           SUSAN P. FINLAY

DATE: AUG 1 8 2005
Attest: A true copy,

By_____     Court Administrator
                           _____Deputy

# EXHIBIT 2

SCD182630 DA  ABF40001

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☑ CENTRAL  ☐ NORTH  ☐ EAST  ☐ SOUTH

DATE __01-24-05__ AT __01:30__ __M.  SENT MODIFICATION HG *filed by Atty. R.*

PRESENT: HON. ROBERT J. TRENTACOSTA  JUDGE PRESIDING DEPARTMENT __016__

CLERK _____  REPORTER __B. Ashe__  CSR# __4844__ *BABCOCK*

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA

VS.  DEPUTY DISTRICT ATTORNEY  *I. Bauer*

STANLY ___ ALAN ___ H  R. Babcock
DEFENDANT  ATTORNEY FOR DEFENDANT (PD / APD / PCC / RETAINED)

VIOLATION OF __PC 632(A)__ *ct 1* _____  P.O. _____

ENH(S) _____  INTERP. _____  OATH ON FILE / SWN.

PRIOR(S) _____  LANGUAGE _____

---

DEFENDANT ☑ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED

**P R E V**
- ☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ ☐ WAIVES HEARING.
- PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☐ CONT ☐ ST&C ☐ TERMD. ☐ EXT. TO: _____

**J U D G M E N T**
- ☐ WAIVES ARRAIGNMENT ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
- ☐ PROBATION IS: ☐ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____
- ☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ ☐ PNDG. SUCC. COMPL. OF PROB. ☐ PAROLE NOT TO BE GRANTED.
- ☐ PERFORM _____ HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
- ☐ 4TH AMENDMENT WAIVER  ☐ FORMAL PROB. CONVERTS TO SUMM. PROB. _____
- ☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ WORK FURLOUGH, REPORT: _____
- ☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737
- **☐ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS** ☐ PER PC 1170(d).
- ☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
- ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE.
- ☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
- **☐ NO VISITATION** PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.

CREDIT FOR TIME SERVED
- _____ DAYS LOCAL
- _____ DAYS STATE INST.
- _____ DAYS PC 4019 / 2933.1
- _____ TOTAL DAYS CREDIT

**N T**
- ☐ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS. **☐ REGISTRATION** PER PC 290 / HS 11590 / PC 457.1 / PC 186.30. **☐ TESTING** PER PC 1202.1 HIV / PC 296 DNA.
- ☐ DEFENDANT TO PAY: FINE OF $_____ PLUS PENALTY ASSESSMENT. ☐ $20 COURT SECURITY FEE. ☐ PROBATION COSTS. ☐ BOOKING FEES.
- REST. FINE(S): ☐ $_____ PER PC 1202.4(b). ☐ FORTHWITH PER PC 2085.5. ☐ $_____ PER PC 1202.45 SUSP. UNLESS PAROLE REVKD.
- ☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $_____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
- ☐ COURT-APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $_____
- ☐ INCOME DEDUCTION ORDER OF $_____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST. NOTICE OF RIGHTS PROVIDED.
- ☐ AT THE COMBINED RATE OF $_____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____
- ☐ DEFENDANT IS REFERRED TO ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS TO SET UP AN ACCOUNT.
- ☐ DEFENDANT IS TO REPORT TO PROBATION / REV. & REC/ COURT COLLECTIONS FORTHWITH / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

**C U S T**
- ☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____
- ☒ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.
- ☒ DEFENDANT ORDERED RELEASED FROM CUSTODY ☒ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.

**F U T H R G S**
- ☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
- ☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.
- _____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION
- OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____

**B O N D S W R N T S**
- ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
- ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
- ☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $_____. BOND NO. _____
- BOND COMPANY _____ AGENT _____

**M H**
- ☐ PROCEEDINGS SUSPENDED ☐ PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
- ☐ PER **WI 3051**, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**O T H E R**
- ☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c. ☐ REPT. TO REG. OF VOTERS. ☐ DMV ABSTRACT. B.A.C.
- ☐ CONCURRENT WITH / CONSECUTIVE TO:

*Plea of 12-2-04 is withdrawn due to the defendant's attorney - Glen Taylor being suspended from practicing law at the time*

*See re-disposition minutes for "new" change*
*& plea.*

ROBERT J. TRENTACOSTA
JUDGE OF THE SUPERIOR COURT

SDSC CR-2B(Rev. 9-03)  **CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT**

EXHIBIT 3

D

Clerk of the Superior Court

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| PEOPLE vs. _Alex H. Stanly, Stanley_     Defendant | JAN 2 4 2005 |
| PLEA OF GUILTY/NO CONTEST - MISDEMEANOR | Case # _SCD 182630_  DA/CA/ # |

**INSTRUCTIONS:** Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial each applicable item only if you understand it. If you have any questions about your case, the possible sentence, or the information on this form, ask your lawyer or the judge.

I, the defendant in the above-entitled case, personally and/or by my attorney, declare as follows:

1. Of those charges now filed against me in this case, I plead

**GUILTY/NO CONTEST**

to the following offenses and admit the enhancements, allegations, and prior convictions as follows:     _A4S_  1.

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| I | 632 A (misdem) | |
| | | |

PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, CASE NUMBER AND CHARGE)

2. I have not been induced to enter the above plea by any promise or representation of any kind, except: (State any agreement with the prosecutor.) _1) credit for time served, 2) No firearms + stay away possess of order, dismiss balance_     _AAS_  2.

3. I am entering a plea freely and voluntarily, without threat or fear to me or anyone closely related to me.     _A4S_  3.

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes.     4.

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours.     _AHS_  5.

**RIGHT TO A LAWYER**

6. I understand that I have the Constitutional right to be represented by a lawyer at all stages of the proceedings including sentencing. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. I understand the dangers and disadvantages of representing myself and that it is usually unwise to represent myself.     _A4S_  6.

6a. I understand that I have the right to be present in Court to enter my plea and for sentencing. I expressly authorize my lawyer to enter this plea on my behalf, in my absence. I expressly authorize my lawyer to appear for me at sentencing.     6a.

6b. I give up the right to an attorney and wish to represent myself.     6b.

**CONSTITUTIONAL RIGHTS**

I understand that as to all charges, allegations and prior convictions filed against me I also have the following constitutional rights, which I now give up to enter my plea of guilty/no contest:

7. I have the right to a **speedy and public trial by jury.** I now give up this right.     _AHS_  7.

8. I have the right to **confront and cross-examine all the witnesses** against me. I now give up this right.     _AHS_  8.

Stanly,

Case Number  SCD182630

9. , have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.** | AHS | 9.

10. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.** | AHS | 10.

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

11. I understand the possible consequences of entering a plea of Guilty/No Contest include a maximum sentence of up to _____ months/year(s) in jail and fine(s) of up to __2,500__ plus additional consequences specified in any attached addendum, and any other reasonable conditions of probation, which could be for a maximum of 3/5 years. | AHS | 11.

12. I understand that in addition to any fine imposed, the law requires the Court to add penalty assessments which will substantially increase the amount I must pay. In addition, I understand that I may be ordered to make restitution to the victim, if the offense involved a victim, or to a restitution fund. I understand that I shall be ordered to pay a mandatory restitution fine ($100 - $1,000). | AHS | 12.

13. I understand that I may not be sentenced earlier than six (6) hours, nor later than five (5) days after my plea. I give up this right and agree to be sentenced at this time. | AHS | 13.

14. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/ deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to any offense listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization. | AHS | 14.

15. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases and consecutive sentences. | AHS | 15.

## OTHER WAIVERS

16. **(Appeal rights)** I give up my right to appeal the following:  1) denial of my 1538.5 motion, 2) issues related to strikes priors (under PC sections 667(b)-(i) and 1170.2), and 3) any sentence stipulated herein. | AHS | 16.

17. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed, or stricken charges or allegations or cases when granting probation, ordering restitution, or imposing sentence. | AHS | 17.

18. **(Arbuckle Waiver)** I give up my right to be sentenced by the judge who accepts this plea. | AHS | 18.

## PLEAS

19. I now plead Guilty/No Contest and admit the charges, convictions, and violations of probation described in paragraph #1, above, because I am guilty. I admit that on the dates charged, I *(Describe facts as to each charge and allegation)* submit upon DMV prelim exem transcript | AHS | 19.

I further agree that a duly appointed Commissioner, Referee, or Temporary Judge may act as a Judge, accept this plea, impose sentence, and conduct any other post-conviction proceedings. I declare under penalty of perjury, under the laws of the State of California, that I have read, understood, and initialed each item above, and any attached addendum, and everything on the form and any attached addendum is true and correct.

Dated: 1-24-05        Defendant's Signature: AHS

Defendant's Address: 1549 Berkshire Ct    San Marcos    CA    92069
                        Street                City            State      Zip

Defendant's Telephone No: (_____)_____

SDSC CRM-126(Rev. 5-03)          **PLEA OF GUILTY/NO CONTEST – MISDEMEANOR**          Page 2 of 3

_____ ..ant  *Stanley, Stanley.*  | Case Number *SCB 182631*

## ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: _7/24/05_  _Russell S. Babcock_  _____

(Print Name)     Attorney for Defendant     (Signature)

(Circle one: PD / APD / PCC / RETAINED)

## INTERPRETER'S STATEMENT (If Applicable)

I, the interpreter in this proceeding, having been duly sworn, truly translated this form, and any attached addendum, and all the questions therein to the defendant in the _____ language. The defendant indicated understanding of the contents of the form and then initialed and signed the form and any attached addendum.

Dated: _____  _____

(Print Name)     Court Interpreter     (Signature)

## PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff in the above-entitled criminal case, by and through its attorney concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: _1-24-05_  _Tawonya Boulan_  _____

(Print Name) Deputy ~~District~~ Attorney/~~Deputy City Attorney~~ (Signature)
General

## COURT'S FINDING AND ORDER

The Court, having questioned the defendant/defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: _1/24 05_  _Robert Trentacosta_  _____

Judge/Commissioner/Referee of the Superior Court

ROBERT J. TRENTACOSTA

DATE: AUG 1 8 2005

Attest A true copy,

By _____  Court Administrator

_____  Deputy

# EXHIBIT 4

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6695
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| | |
|---|---|
| PROB A # | |
| CII # | |
| BK # | |

FOR COURT USE ONLY
F I L E D
Clerk of the Superior Court
JAN 2 4 2005

PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,
vs
Alan Stanly
Defendant.

P.O. NAME:
WORK LOCATION:
MAIL STATION:

**ORDER GRANTING PROBATION**
**(PC 1203)**

CASE # CD182630
DA # ABF4001
DEPT # 16

Having been convicted of violating section(s) PC4312(a) -Ct 1 17b _____

IT IS ORDERED that the ☒ imposition of sentence be suspended / ☐ execution of sentence of _____ years / months in state prison be suspended, for __3__ years, and the defendant be granted ☐ formal / ☒ summary probation; ☐ formal to convert to summary upon successful completion of 18 months probation if approved by the P. O.; any felony subject to PC17(b) to remain a felony; on the following terms and conditions:

1. **COMMITMENT:** a. ☒ To the custody of the Sheriff for __31__ day(s), with credit for __21__ actual day(s) and __10__ PC 4019 credits, for a total of __31__ day(s) credit. ☐ Defendant may be released after a minimum of _____ days to an authorized representative of _____ Custody is stayed until _____.
   b. ☐ **COMMIT RECOMMENDATIONS:** 1. ☐ The Electronic Surveillance Program    2. ☐ Probation Work Furlough.
      Defendant to report to Probation Work Furlough on _____ at _____ am / pm to 551 S. 35th St., San Diego 92113.
   c. ☐ Custody is to be served consecutive to / concurrent with _____.

2. **PROBATION DEPARTMENT PUBLIC SERVICE PROGRAM (PSP) / VOLUNTEER WORK:** a. ☐ Work _____ day(s) in PSP.
   The defendant is to enroll within 72 hours at one of the following locations:

   | Vista Probation | El Cajon Probation | PSP Work Project Office | Downtown Probation |
   |---|---|---|---|
   | 325 S. Melrose Dr. #2600 | 250 W. Main St., 8th Fl. | 5555 Overland Avenue | 330 W. Broadway #557 |
   | Vista Courthouse | El Cajon Courthouse | Kearney Mesa | San Diego |
   | (760) 806-2333 | (619) 441-3440 | (858) 560-3258 * | (619) 515-8203 |

   Report for work at the PSP Work Project Office as directed at enrollment.    * Call ONLY if information is needed.
   b. ☐ The defendant may work in another county.    c. ☐ Complete up to 20 days PSP, if directed by the P.O.
   d. ☐ Complete _____ hours of vol. work at a nonprofit org. by __credit on time served__, with written proof to the P.O. / court by _____.

3. **THE DEFENDANT SHALL PAY:** a. ☒ Fine of $ __180__ plus penalty assessment and PC 1465.7(a) surcharge.
   b ☐ A criminal analysis fee of $ _____ and drug program fee of $ _____ per HS 11372.5 and HS 11372.7.
   c. ☐ A fine of $10.00 per PC 1202.5 for payment to _____ law enforcement agency.
   d. ☒ Restitution fine of $ __100__, per PC 1202.4(b).    e. ☒ A $20 court security fee per PC 1465.8.
   f. ☐ Restitution of $ _____ to victim(s) per P.O.'s report / Restitution Fund, plus 10% annual interest on unsatisfied amount.
   g. ☐ Restitution is joint and several with the co-defendant(s) _____
      The defendant's share is currently set at $ _____.    h. ☒ Order is enforceable as a civil judgment under PC 1202.4(i).
   i. ☐ Income deduction order of $ _____ per pay period per PC 1202.42 stayed unless defendant fails to pay victim restitution.
   j. ☒ All fines and/or restitution are to be paid to Probation from Revenue & Recovery / Court Collections at the combined rate of $ __25__ per month. Payments are to start ☐ 60 days after release from custody / ☒ on 3-25-05 _____.
   k. ☐ Restitution is to be determined / modified by further court order if the victim reports a loss / further loss.

4. **UNDOCUMENTED DEFENDANT CONDITIONS:** An undocumented defendant shall: ☐ Not enter or be in the United States without proper documentation of lawful presence. ☐ Report to the P.O. within 72 hours of entry, legal or illegal, into the United States.

5. **WAIVER OF EXTRADITION:**
   ☒ Defendant waives extradition and agrees NOT to contest any such extradition to the State of California from any other state, government, country or jurisdiction. The waiver is in effect from today through the duration of probation, including periods of revocation.

6. **THE DEFENDANT SHALL:** a. ☒ Follow such course of conduct as the probation officer prescribes.
   b. ☒ Not possess a firearm, ammunition, or deadly weapon.    c. ☒ Have a photo ID card on your person at all times.
   d. ☒ Obey all laws. Minor traffic infractions will not affect probation status.    e. ☐ Comply with a curfew if so directed by the P.O.
   f. ☒ Report to the P.O. as directed, including within 72 hours of any release from custody. If homeless, report to the Probation Office at _____ within 72 hours. Thereafter, report in person the first day of each month until directed to do otherwise.
   g. ☒ Report any change of address or employment to the P.O. and Revenue & Recovery / Court Collections within 72 hours.
   h. ☒ If contacted by law enforcement, provide true name, address, and date of birth. Report contact or arrest in writing to the probation officer within 7 days. Include the date of contact/arrest, charges, if any, and the name of the law enforcement agency.
   i. ☒ Obtain the consent of the P.O. before leaving the San Diego county OR obtain written consent of the San Diego Superior Court and the P.O. before moving to another state. ☐ The defendant may travel to and reside in _____ per interstate compact
   j. ☐ Register per ☐ HS 11590 ☐ PC 290 ☐ PC 457.1 ☐ PC 186.30    k. ☐ Take psychotropic meds as prescribed by doctor.
   l. ☒ Submit person, property, residence, vehicle, personal effects, _____ to search at any time with or without a warrant, and with or without reasonable cause, when required by probation officer or other law enforcement officer.
   m. ☒ Seek and maintain full-time employment, schooling, or a full-time combination thereof if directed by the P.O.
   n. ☐ Not maintain a checking/charge account or be in possession of checks, credit and/or access cards unless issued per employment.
   o. ☐ Contact the San Diego Council on Literacy for an educational assessment if directed by the P.O.

SDSC CRM-21(Rev. 2-04)
Distribution: Orig. file; 2 copies, Probation; R&R (D-60) / Court Collections

**ORDER GRANTING PROBATION    PAGE 1 OF 2**

NOTE: This order is incomplete unless SDSC CRM-21A or CRM-21B and CRM-21C are attached

Alan Stanly

CASE NUMBER: CD 182430
PROBATION A#

## 12. VIOLENCE AND SEX CONDITIONS:

a. ☐ Attend and successfully complete a/an ☐ Anger Management ☐ Individual ☐ Sex Offender ☐ Parenting ☐ 52-Week Child Abuse per PC 273.1 ☐ Anti-Theft counseling program approved by the P.O., ☐ as / ☐ if directed by the P.O. Authorize the counselor to provide progress reports to the probation officer when requested; all costs to be borne by defendant.

b. ☐ Submit to DNA testing pursuant to PC 296.

c. ☐ Submit to service and comply with any order of the family court, including restraining orders.

d. ☒ Do not use force, threats, or violence on another person.

e. ☐ Do not contact _____ except per family court orders regarding visitation and/or custody of children.

f. ☐ Make $ _____ payment to the domestic violence special fund per PC 1203.097(a)(5).

g. ☐ Successfully complete a probation officer approved batterer's program at least one year in duration involving weekly, minimum two-hour sessions per PC 1203.097(a)(6). Show proof of enrollment to probation officer by _____.

h. ☐ Perform _____ hours of community service as directed by the probation officer.

i. ☐ Submit to AIDS Testing per PC 1202.1:    1. ☐ By SDSO/Adult Institutions, prior to release;
2. ☐ By San Diego County Health at _____.

j. ☐ Pay an additional fine of $_____ per PC 290.3 to Probation through Revenue & Recovery at $_____ per month beginning ☐ today/☐ 30 days after release from custody.

k. ☐ Pay an additional restitution fine in the amount of $_____ pursuant to PC 294.

l. ☐ Obey all orders of Juvenile and Family courts.

m. ☐ Be responsible for all medical/psychological therapy expenses incurred by the victim pursuant to PC 1203.1.g.

n. ☐ Defendant's residence and employment are subject to approval by the probation officer.

o. ☐ Undergo periodic polygraph examinations at the direction of the P.O. with the results of those tests released to the P.O. Polygraph questions shall be limited to items which are relevant to the crime(s) for which the defendant was convicted and shall assist with supervision, treatment and rehabilitative efforts.

p. ☒ Not contact, annoy, or molest Francis Lopez, Albert Bias, Martin Hayduke, Tawnya Smith/man

q. ☐ Not associate with minors, nor be in places where minors congregate, unless with an adult approved by the probation officer.

r. ☐ Not reside with the victim unless approved by therapist, victim's therapist, victim's non-offending parent or guardian, and P.O.

s. ☐ Not contact the victim unless approved by therapist, victim's therapist, victim's non-offending parent or guardian, and P.O.

t. ☐ Not purchase or possess a camera or related photographic equipment, nor possess or have in residence any toys, video games, or similar items.

u. ☐ Not possess any pornographic material including computer files and disks, nor frequent areas of pornographic activity (e.g., X-rated bookstores, etc.).

v. ☐ Comply with the Protective Order (PC 136.2) issued on _____.

w. ☐ Not participate in computer chat rooms or otherwise contact minors via computer.

x. ☐ Not use a computer or have a computer in their possession unless approved by the P.O.

## 13. WELFARE FRAUD CONDITIONS:

a. ☐ Cooperate with the District Attorney's Office or any County agency in locating the other parent(s) of the defendant's children.

b. ☐ Restitution ordered in 3e is to be disbursed to the Department of Public Welfare in DPW case _____.

c. ☐ Restitution payments may be satisfied by recoupment at rate set by Department or by Social Services.

d. ☐ Payments are to increase to $_____ per month on _____.

e. ☐ Attend Debtor's Anonymous meetings once a week for six months. Call (619) 525-3065 for meeting schedule. Provide proof of attendance and spending plan to the probation officer/to the court at the Review Hearing.

## 14. FURTHER CONDITIONS:

a. ☒ _____
except in connection with any lawful court proceeding including depositions and trial,

b. ☐ _____

c. ☐ _____

*Alan Stanly*

| | |
|---|---|
| CASE NUMBER: *CO182430* | |
| PROBATION A# | |

### 15. ORDER RE FINANCIAL EVALUATIONS:

You are ordered to cooperate with the Probation Officer or authorized representative as directed in the preparation of financial evaluations. If it is determined that you have present ability to repay the county for costs of the pre-sentence investigation and/or costs of probation supervision, and you do not agree with such determination, you have a right to a hearing before the court to determine your present ability. Failure to cooperate with the financial evaluation will be deemed a waiver of your right to such a hearing, and a civil judgment will be entered against you for the amount of funds expended for the above services. These costs are presently set at $ *228* for the pre-sentence investigation and up to $79.00 per month for probation supervision, including an interstate compact fee. Additionally, if ordered to submit to the polygraph condition, the defendant is to pay for each polygraph exam.

16. The Court finds that the value of appointed attorney service is:

☐ $570.00 (Class III)   ☐ $1,140.00 (Class IV)   ☐ $9,137.00 (Class V)

for services provided by the following agency: ☐ Public Defender ☐ Alternate Public Defender ☐ Private Conflict Counsel

### 17. ORDER RE REVENUE AND RECOVERY / COURT COLLECTIONS

You are ordered to the Department of Revenue and Recovery / Court Collections for a determination of your ability to pay
☐ appointed attorney services   ☐ costs of transcripts on any subsequent appeals.
You must report to Revenue and Recovery / Court Collections within 180 days from the date of this order. Court Collection Officers are located at each court location. The Department of Revenue and Recovery has an office at each of the following locations:

| Downtown Courthouse | Central Office | Vista Courthouse | East County Regional Center |
|---|---|---|---|
| Room M-060 (Mezzanine) | Second Floor | Suite 2000 | Ground Floor |
| 220 W. Broadway | 625 Broadway | 325 S. Melrose | 250 East Main |
| San Diego, CA | San Diego, CA | Vista, CA | El Cajon, CA |

If it is determined by the Department of Revenue and Recovery / Court Collections that you have the present ability to repay the county for court appointed attorney fees, or the costs of transcripts on appeal, and you do not agree with such determination, you have the right to a hearing before the court to determine your present ability. Failure to report to the Department of Revenue and Recovery / Court Collections within 180 days from the date of this order will be deemed a waiver of your right to a hearing on your present ability to repay the county, and a civil judgment will be entered against you for the amount of funds expended for the above services. Failure to pay fine or restitution may result in a warrant being issued for your arrest. Execution may be issued on the order for costs of probation investigation/report, the costs of probation supervision, and the costs of transcripts on appeals, in the same manner as a judgment in civil action (PC 1203.1b). Each of the above ordered amounts are to be paid to the Department of Revenue and Recovery / Court Collections.

REFERRAL TO THE DEPARTMENT OF REVENUE AND RECOVERY / COURT COLLECTIONS

Defendant's Address: *1569 Berkshire Ct.  San Marcos  CA  92069*

Phone Number: *(760) 752-1595*    DOB: *5-4-71*

In open court on: *JAN 2 4 2005*    *Robert Trentacosta*

Judge of the Superior Court

ROBERT J TRENTACOSTA

**CLERK'S CERTIFICATE**

The foregoing is a full, true and correct copy of the original on file in this office.

CLERK OF THE SUPERIOR COURT

Date: _____    Clerk, by _____, Deputy

# EXHIBIT 5

SCD182630   DA __ ABF40001    **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

DATE __05-09-05__ AT __08:30__ M.    ☒ CENTRAL   ☐ NORTH   ☐ EAST   ☐ SOUTH
     OTHER MOTION HG

PRESENT: HON. ROBERT J. TRENTACOSTA     JUDGE PRESIDING DEPARTMENT __016__

CLERK _____ REPORTER __Betty Ashe__ CSR No. 4844 _____ CSR# _____
    REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA    DEPUTY DISTRICT ATTORNEY
     T. Bowan - D.A.O.

STANLY    VS.    ALAN   H    R. TAYLOR Babcock, R.
    DEFENDANT    ATTORNEY FOR DEFENDANT (PD / APD / PCC / RETAINED)

VIOLATION OF __PC632(A)/ru__ _____ P.O. _____
ENH(S) _____ INTERP. _____ OATH ON FILE / SWN.
PRIOR(S) _____ LANGUAGE _____

| P R E V | |
|---|---|
| DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED | |
| ☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ ☐ WAIVES HEARING. | |
| ☐ PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☐ SQNT ☐ ST&C ☐ TERMD. ☐ EXT. TO: | |

**JUDGMENT**

☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☐ PROBATION IS: ☐ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☐ 4TH AMENDMENT WAIVER    ☐ FORMAL PROB. CONVERTS TO SUMM. PROB. _____
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ WORK FURLOUGH, REPORT: _____
☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737
**☐ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS** ☐ PER PC 1170(d).
☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
ON COUNT _____ CODE A NO. _____ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE.
☐ DEFENDANT SENTENCED PER PC 667b-(i)/1170.12. ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ **NO VISITATION** PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS. ☐ **REGISTRATION** PER PC 290 / HS 11590 / PC 457.1 / PC 186.30. ☐ **TESTING** PER PC 1202.1 HIV / PC 296 DNA.
☐ DEFENDANT TO PAY: FINE OF $ _____ PLUS PENALTY ASSESSMENT. ☐ $20 COURT SECURITY FEE. ☐ PROBATION COSTS. ☐ BOOKING FEES.
REST. FINE(S): ☐ $ _____ PER PC 1202.4(b). ☐ FORTHWITH PER PC 2085.5. ☐ $ _____ PER PC 1202.45 SUSP. UNLESS PAROLE REVKD.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $ _____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
☐ COURT-APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $ _____
☐ INCOME DEDUCTION ORDER OF $ _____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST. NOTICE OF RIGHTS PROVIDED.
☐ AT THE COMBINED RATE OF $ _____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____
☐ DEFENDANT IS REFERRED TO ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS TO SET UP AN ACCOUNT.
☐ DEFENDANT IS TO REPORT TO PROBATION / REV. & REC/ COURT COLLECTIONS FORTHWITH / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

| | CREDIT FOR TIME SERVED |
|---|---|
| | _____ DAYS LOCAL |
| | _____ DAYS STATE INST. |
| | _____ DAYS PC 4019 / 2933.1 |
| | _____ TOTAL DAYS CREDIT |

**CUSTODY STATUS**
☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL. ☐ WITH BAIL SET AT $ _____
☒ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ _____. ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.

**FUT HRGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____

**BENCH WARRANTS/BONDS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ _____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $ _____ BOND NO. _____
BOND COMPANY _____ AGENT _____

**MH**
☐ PROCEEDINGS SUSPENDED ☐ PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**OTHER**
☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c. ☐ REPT. TO REG. OF VOTERS. ☐ DMV ABSTRACT. B.A.C. _____
☐ CONCURRENT WITH / CONSECUTIVE TO: Unreported chambers conference held.
The civil documents sent to the Court were not served
on either Mr. Babcock or Ms Bowan. Court further finds, the
civil documents were filed untimely _____
with this court. Court finds that there is proof that the 3 computers
siezed were not instrumentally used in _____
_____ to the defendant. Items found on lines 12-19 of the people _____ paths
_____ to be returned. _____

SDSC CR-2B(Rev. 9-03)    **CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT**    JUDGE OF THE SUPERIOR COURT

# EXHIBIT 6

6 SDS

SCD182630 DA ABF40001

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☑ CENTRAL    ☐ NORTH    ☐ EAST    ☐ SOUTH

DATE 08-16-05 AT 08:30 M.    OTHER MOTION HG

PRESENT: HON ROBERT J. TRENTACOSTA    JUDGE PRESIDING DEPARTMENT 016

CLERK B. Lindahl    REPORTER Betty Ashe CSR No. 4844    CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.
STANLY    ALAN    H    CF 1
DEFENDANT

DEPUTY DISTRICT ATTORNEY T. Boulan, A.G.

ATTORNEY FOR DEFENDANT (PD / APD / PCO / RETAINED) Babcock, R.

VIOLATION OF PC632(A) /M    P.O.

ENH(S)    INTERP.    OATH ON FILE / SWN.

PRIOR(S)    LANGUAGE

**P R E V**
DEFENDANT ☐ PRESENT ☒ NOT PRESENT ☐ NOT PRODUCED
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION    ☐ WAIVES HEARING.
☐ PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☒ CONT ☑ ST&C ☐ TERMD. ☐ EXT. TO:

**J U D G M E N T**
☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☐ PROBATION IS: ☐ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☐ 4TH AMENDMENT WAIVER    ☐ FORMAL PROB. CONVERTS TO SUMM. PROB. _____
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ WORK FURLOUGH, REPORT: _____
☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY    ☐ PER WI 1737
☐ **DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS**    ☐ PER PC 1170(d).
☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE.
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ **NO VISITATION** PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.

CREDIT FOR TIME SERVED
_____ DAYS LOCAL
_____ DAYS STATE INST.
_____ DAYS PC 4019 / 2933.1
_____ TOTAL DAYS CREDIT

☐ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS. ☐ **REGISTRATION** PER PC 290 / HS 11590 / PC 457.1 / PC 186.30. ☐ **TESTING** PER PC 1202.1 HIV / PC 296 DNA.
☐ DEFENDANT TO PAY: FINE OF $ _____ PLUS PENALTY ASSESSMENT. ☐ $20 COURT SECURITY FEE. ☐ PROBATION COSTS. ☐ BOOKING FEES.
REST. FINE(S): ☐ $ _____ PER PC 1202.4(b). ☐ FORTHWITH PER PC 2085.5. ☐ $ _____ PER PC 1202.45 SUSP. UNLESS PAROLE REVKD.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $ _____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.
☐ COURT-APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $ _____
☐ INCOME DEDUCTION ORDER OF $ _____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST. NOTICE OF RIGHTS PROVIDED.
☐ AT THE COMBINED RATE OF $ _____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____.
☐ DEFENDANT IS REFERRED TO ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS TO SET UP AN ACCOUNT.
☐ DEFENDANT IS TO REPORT TO PROBATION / REV. & REC/ COURT COLLECTIONS FORTHWITH / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

**CUST SAT**
☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL. ☐ WITH BAIL SET AT $ _____.
☒ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ _____ ☒ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.

**FUT HRGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.    Unreported chambers conference held.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON:

**BONDS WRNTS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ _____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____.
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $ _____, BOND NO. _____.
BOND COMPANY _____ AGENT _____

**MH**
☐ PROCEEDINGS SUSPENDED ☐ PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER **WI 3051**, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**OTHER**
☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c. ☐ REPT. TO REG. OF VOTERS. ☐ DMV ABSTRACT. B.A.C.
☐ CONCURRENT WITH / CONSECUTIVE TO:

Attorney J. Sanzo is present on behalf of Evident Data. Attorney A. Haddad is present on behalf of F. Lopez. The hard drive (serial # Y2TKAHBE) is hereby ordered destroyed. People to submit formal order to court.

ROBERT TRENTACOSTA

ROBERT J. TRENTACOSTA    JUDGE OF THE SUPERIOR COURT

SDSC CR-2B(Rev. 9-03)    CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT

EXHIBIT 7

SC0190132 DA ABM07701   **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

DATE 08-16-05 AT 01:30 __M.   ☒CENTRAL ☐NORTH ☐EAST ☐SOUTH

**PROB HEAR-SENTENCING**

PRESENT: HON GEORGE W. CLARKE   JUDGE PRESIDING DEPARTMENT 029

Michelle Neuenswander CSR#12508

CLERK _____ REPORTER _____ CSR# _____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA   Craig Rooten

VS.   DEPUTY DISTRICT ATTORNEY

TAYLOR   GLENN   E   N -   S. Dadmun

DEFENDANT   ATTORNEY FOR DEFENDANT (PD / APD / PCC / RETAINED)

VIOLATION OF BP6126(B)(A)   P.O. J. Halleman

ENH(S) _____   INTERP. _____   OATH ON FILE / SWN.

PRIOR(S) _____   LANGUAGE _____

---

**P R E V**

DEFENDANT ☒PRESENT ☐NOT PRESENT ☐NOT PRODUCED

☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ ☐WAIVES HEARING.

☐ PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐REVKD ☐REINST ☐MODIFIED ☐CONT ☐ST&C ☐TERMD. ☐EXT. TO: _____

**J U D G M E N T**

☒ WAIVES ARRAIGNMENT. ☒ARRAIGNED FOR JUDGMENT. ☐IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.

☒ PROBATION IS: ☐DENIED ☒GRANTED 5 YEARS (FORMAL / SUMMARY) TO EXPIRE 08-15-10

☒ COMMITMENT TO SHERIFF FOR 20 DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. ☐PAROLE NOT TO BE GRANTED.

☒ PERFORM 20 HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____

2 days per week unless employed, then 1 day every other week

☐ 4TH AMENDMENT WAIVER _____ FORMAL PROB. CONVERTS TO SUMM. PROB.

☒ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☒WORK FURLOUGH, REPORT _____ Maybe done in San Bernardino County

☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐PER WI 1737

☐ **DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS** ☐PER PC 1170(h)

☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE

ON COUNT _____ CODE & NO. _____ ☐PRINCIPAL COUNT. ☐STIPULATED SENTENCE.

| | CREDIT FOR TIME SERVED |
|---|---|
| 3 | DAYS LOCAL |
| 0 | DAYS STATE INST. |
| 0 | DAYS PC 4019 / 2933.1 |
| 3 | TOTAL DAYS CREDIT |

☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☒NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.

☒ **NO VISITATION** PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.

☐ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS. ☐REGISTRATION PER PC 290 / HS 11590 / PC 457.1 / PC 186.30. ☒TESTING PER PC 1202.1 HIV / PC 296 DNA

☒ DEFENDANT TO PAY: FINE OF $ 289 PLUS PENALTY ASSESSMENT. ☐$20 COURT SECURITY FEE. ☐PROBATION COSTS. ☐BOOKING FEES.

REST. FINE(S): $ 200 PER PC 1202.4(b). ☐FORTHWITH PER PC 2085.5. $ 200 PER PC 1202.45 SUSP. UNLESS PAROLE REVKD.

☒ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $ 47,608 ☐IN AN AMT. TO BE DETERMINED ☐JOINT & SEVERAL. Prob

☐ COURT-APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $ _____

☐ INCOME DEDUCTION ORDER OF $ _____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST. NOTICE OF RIGHTS PROVIDED.

☒ AT THE COMBINED RATE OF $ 100 PER MONTH TO START 60 DAYS AFTER RELEASE / ON 10-17-05

☒ DEFENDANT IS REFERRED TO REVENUE & RECOVERY ☐COURT COLLECTIONS, TO SET UP AN ACCOUNT.

☒ DEFENDANT IS TO REPORT TO PROBATION (REV. & REC) / COURT COLLECTIONS FORTHWITH / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

**C U S T**

☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF _____ WITHOUT BAIL. ☐WITH BAIL SET AT $ _____

☒ DEFENDANT TO REMAIN AT LIBERTY ☐ON BOND POSTED $ _____ ☒ON PROBATION. ☐ON DEJ. ☐ON OWN / SUPERVISED RECOGNIZANCE.

☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ON PROBATION. ☐ON OWN / SUPERVISED RECOGNIZANCE. ☐ON DEJ. ☐THIS CASE ONLY.

**F U T HR G S**

☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.

☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐PER PC 1203.03. ☐PER WI 707.2.

_____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION

OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____

**B W R R N D S T S**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ _____ ☐SERVICE FORTHWITH. ☐ORDERED WITHHELD TO _____

☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.

☐ BAIL IS ☐EXONERATED. ☐FORFEITED. AMOUNT $ _____ BOND NO. _____

BOND COMPANY _____ AGENT _____

**M H**

☐ PROCEEDINGS SUSPENDED ☐PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)

☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**O T H E R**

☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c. ☐REPT. TO REG. OF VOTERS. ☐DMV ABSTRACT. B.A.C.

☐ CONCURRENT WITH / CONSECUTIVE TO: _____

- Victim Alan Stanley addresses the Court.
- Russell Babcock (atty) addresses the Court.

VICTIM RESTITUTION IS TO BE PAID FIRST THEN COURT FINES, FEES & COSTS.

DATE: AUG 18 2005

Attest: A true copy,

By _____ Deputy

JUDGE OF THE SUPERIOR COURT

GEORGE W. CLARKE

SDSC CR-2B(Rev. 9-03)   **CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

Central Division County Divisions

DEFENDANT: TAYLOR GLENN E  STATUS: OR  □ BB □ CB (Y/N)

0190132  PROS. # ABM07701  DOB: 042455  BKG # $  CTS: 3 days hrs.

PE: 07-14-05 @ 08:15 DEPT. F02  INTERPRETER:  □ Spanish □ Sworn □ Oath on File

JUDGE/COMM/PRO TEM: GEORGE W. CLARKE  □ STIP. FILED  REPORTER – CSR Michelle Neuenswander CSR#12508

CLERK: _____ / M Berger  TAPE #  COUNTER #

CHARGE(S): BP6126(B)  BP6126(B)  BP6126(B)  BP6126(B)
BP6126(B)  BP6126(B)  PC487.(a) Ct.8

FUTURE DATES: PE 07-28-05 1:15pm D11 1hr  □ CONFIRMED ☑ VACATED
C. Rutten  S. Dadmun  25-4 50

Attorney for the People (DDA) DCA)  Attorney for the Defendant (PD) APD / PCC / Retained / Counseling )

☑ Defendant present by / with/ without counsel  □ in pro per  □ via audio/video  □ not produced in courtroom  □ Defendant failed to appear

☑ 4TH AMENDMENT WAIVER PREVIOUSLY ORDERED  □ PROTECTIVE ORDER PURSUANT TO PC136.2 PREVIOUSLY ISSUED

Case called for □ FTA □ Arraignment □ Bail Review ☑ Readiness/DWT □ Jury Trial □ Preliminary Examination □ Motion
□ DEJ  Protective Order Expires: _____

CASE TRANSFERRED TO DEPT. _____

□ Warrant Ordered/Issued on _____  □ Warrant Cleared □ Warrant Outstanding

TIME ESTIMATE: _____

□ Complaint amended by interlineation to read: _____
□ Amended □ Amendment to complaint filed □ charging □ adding □ VC23103 (a) pursuant to VC23103.5 □ VC22107, VC21658(a), PC647(f)
_____ as INFRACTION(S) pursuant to PC17(d)(2).  □ other: _____
□ Defendant advised of and waives the right to a separate and conflict-free attorney / interpreter for this court appearance.
□ Defendant duly arraigned and advised of the constitutional and statutory rights as indicated on the reverse side of this minute order*.
□ Acknowledgment of advisal of constitutional rights signed and filed. □ Defendant has received copy of complaint.
□ Defendant waives reading of complaint. □ Deft. states true name is _____  □ on complaint [____ line]
□ DEFENDANT PLEADS NOT GUILTY and denies any priors/allegations/separate convictions alleged □ on amended complaint.
□ Defendant WAIVES: □ time for speedy trial □ 10 day/60 day statutory time for preliminary hearing □ personal presence □ per PC977
□ jury trial. □ preliminary hearing

COUNSEL ☑ REQUEST FOR APPOINTED ATTY.  □ Granted □ Public Defender □ Alternate Public Defender □ Private Conflict Counsel
Atty: _____  □ Denied □ Referred to Near Indigent Panel □ Deft to retain counsel.
□ The Court finds the defendant □ is □ is not qualified to represent self in PRO PER.  □ Lopez Waiver signed and filed.

CONVICTION ☑ Deft is sworn and examined. ☑ Defendant withdraws any previously entered plea.
DEFENDANT PLEADS: ☒ GUILTY □ NO CONTEST to: Ct 1 BP6126(B)  □ VC23152(a) / (b)
□ Admits _____ charges contained in □ mode/amendment to _____ separate conviction(s) alleged/ _____ allegation(s)
☒ On motion of Court/Deputy Defendant Count(s) Balance remaining is/are DISMISSED □ FOJ ☑ VOP □
☒ On motion of Court/People/Defendant Allegation(s)/Prior(s) Balance remaining is/are STRICKEN □ FOJ □ VOP □
☑ Plea form executed and filed □ Peo vs. West □ BAC: _____ □ VC23593 advisal given □ PC666 advisal given
☑ WAIVERS: ☒ Harvey □ Arbuckle ☒ Blakely ☒ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
□ PC1210 □ accepted □ declined.  □ Time waived for sentencing, see JUDGMENT.
□ Stipulated bindover. ☒ Cause certified as a general jurisdiction matter □ Complaint deemed the Information.
☒ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. – PC296(a).

MOTIONS □ Motion for _____ by People/Defendant with/without objection granted/denied.

PC1000 □ Defendant's application for □ reinstatement to □ Deferred Entry of Judgment granted as to count(s) _____, for _____ mo / yrs.
□ New term □ Time waived for sentencing □ S.D. Rescue Mission Program □ Enroll by _____ □ Term to be determined by Assessor.
□ $ _____  Admin. fee (PC1001.15) □ $ _____  DEJ Restitution fee (PC1001.90) Comply with all orders of Assessor.
□ $ _____ credit for time served  TOTAL AMOUNT DUE $ _____  □ Waived □ By _____ □ Waived.
□ Defendant has satisfactorily COMPLETED the DEJ Program, previously entered plea to count(s) _____ set aside and charges dismissed.
□ Defendant has FAILED to satisfactorily perform in the DEJ Program. □ PC1000 set aside and any unpaid fees pertaining thereto ordered.
□ Court makes a finding of guilt to the defendant(s) pled. □ Time waived for sentencing, see JUDGMENT.

REFERRALS Report ☑ forthwith □ by _____ to □ Assessment Unit ☑ Probation Department
☑ Pre-Sentence □ Mini □ Supplemental □ Psych. □ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.
□ Court Collections for payment of Attorney fee * $ _____  □ Indigent as to Attorney Fees.
* The Court finds that the defendant has the ability to repay the County of San Diego for the costs of Court Appointed Attorney fees.

| HEARINGS Set/continued on motion of □ People □ Defense □ Opposed □ Unopposed □ By Stipulation, ☒ Statutory time is WAIVED | | |
|---|---|---|
| □ Re-Attorney _____ at _____ in Dept. _____ | □ Motion/PC1538.5 _____ at _____ in Dept. _____ | |
| □ Arraignment _____ at _____ in Dept. _____ | □ Jury / Court Trial _____ at _____ in Dept. _____ | |
| □ Bail Review _____ at _____ in Dept. _____ | □ Sentencing _____ at _____ in Dept. _____ | |
| □ Readiness/DWT _____ at _____ in Dept. _____ | ☑ Prob. Hrg & Sent 08-16-05 at 1:30 in Dept. 20 | |
| □ Prelim Exam _____ at _____ in Dept. _____ | □ DEJ Hearing _____ at _____ in Dept. _____ | |
| Time Estimate: _____ hr/day Set with case(s): _____ | □ to trail for revocation | |

OTHER
□ Verbal notice of license suspension (DL 310) signed. □ Fingerprint form filed.

CUSTODY STATUS □ Deft. REMANDED to custody of Sheriff, bail $ _____  □ WITHOUT BAIL □ Per PC1275 □ as set
□ increased □ reduced  □ Bail Not Report Ordered re: SOR
☑ Deft. RELEASED □ on bail previously posted. □ after booking □ DEJ □ OR/SOR □ same terms and conditions
□ to an authorized representative of: _____ on _____ at _____
□ Release Conditions: □ Attend _____ AA/CA/NA/MA Mtgs. per week and submit proof at each court hearing. □ Abstain from alcohol.
□ Not use or possess any controlled substances without a valid prescription. □ Not possess narcotic paraphernalia.
□ Deft. waives 4th amendment rights and agrees to submit person, property, place of residence, vehicle, personal effects to search at any time with or without a
warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer □ until revoked. □ for the duration of
deferred entry of judgment. □ Have no contact with / stay away from: _____ □ PC136.2 Protective Order issued
□ Previously ordered: □ 4th WAIVER □ continues □ deleted □ PROTECTIVE ORDER □ continues □ deleted.
WARRANT □ Arrest □ Bench □ _____  Warrant ordered □ Bail set at $ _____  □ No Bail □ ISSUED ON: _____
□ Schedule for hrg. □ Mandatory Appearance □ Night Service Auth. □ Cash bail may be forfeited. □ HOLD issuance to DATE SET ABOVE. □ Warrant
previously ordered/issued □ remains outstanding □ rescinded □ RECALLED ON: _____
□ Affidavit requested. Due by: _____

BAIL STATUS Bail is □ exonerated □ forfeited □ Fine from bail, refund balance. □ Decl. of non-collusion/ reassumption of liability filed.
□ Bail forfeiture set aside and bond reinstated/exonerated □ upon payment of court cost $ _____ within 30 days □ cost waived
□ Bond # _____  Bond $ _____  Bond Co. _____

Attest a true copy  Dated: _____  DATE: AUG 2005
Distribution by: _____ on 71905 to: Jail Def. Atty. Pros. Prob. Bail Interpreter Assessment Other: _____

Attest: A true copy

CLERK OF THE SUPERIOR COURT, Court Administrator

_____ Deputy Clerk  By _____ Deputy

MISDEMEANOR/FELONY: PRE-DISPOSITION MINUTES

SDSC CRM-150(Rev. 5-05)

RIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

PEOPLE vs _GLENN TAYLOR_ **Defendant**

**PLEA OF GUILTY/NO CONTEST – FELONY**

| For Court Use Only |
|---|
| F I L E D |
| Clerk of the Superior Court |
| JUL 1 4 2005 |
| By: MICHAEL BERGER, Deputy |

Court Number:

DA Number:

I, the defendant in the above-entitled case, in support of my plea of Guilty/No Contest, personally declare as follows:

1.  Of those charges now filed against me in this case, I plead _Guilty_ to the following offenses and admit the enhancements, allegations and prior convictions as follows:

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| ONE | BP 67126(b) | |
| | | |
| | | |
| | | |

| PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, COUNTY, CASE NUMBER, AND CHARGE) |
|---|
| |
| |
| |

2.  I have not been induced to enter this plea by any promise or representation of any kind, except: *(State any agreement with the District Attorney.)*
    _Dismiss Balance. No Objection to Local Time._
    _Court Indicates No custody. Defendant_
    _agrees to pay restitution. DA has no objection_
    _to a 17(b) upon payment of restitution._

3.  I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me.

4.  I understand that a plea of No Contest is the same as a plea of Guilty for all purposes.

5.  I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours.

## CONSTITUTIONAL RIGHTS

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one.

**I understand** that as to all charges, allegations and prior convictions filed against me I also have the following **constitutional rights, which I now give up** to enter my plea of guilty/no contest:

6b. I have the right to a **speedy and public trial by jury. I now give up this right.**

6c. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.**

6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.**

6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.**

| | CASE NUMBER: |
|---|---|

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: _____*3*_____ years in State Prison, $ _*10,000*_ fine and _*4*_ years parole (4, 7, 14, life) with return to prison for every parole violation. If I am not sentenced to prison I may receive probation for a period up to 5 years or the maximum prison term, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison for the maximum term as stated above.

7b. I understand that I must pay a restitution fine ($200 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims.

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation and substantially increased penalties in any future felony case.

7d. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to an "Aggravated Felony" listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization.

7e. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases, and consecutive sentences.

7f. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.)

| | | |
|---|---|---|
| (1) Consecutive sentences | (7) Priorable (increased punishment for future offenses) | (13) Reduced conduct credits |
| (2) Loss of driving privileges | | (a) Violent Felony (No credit or max. 15%) |
| (3) Commitment to Youth Authority | (8) Prison prior | (b) Prior Strike(s) (No credit to max. 20%) |
| (4) Registration as an arson / sex / narcotic / gang offender | (9) Mandatory prison | (c) Murder on/after 6/3/98 (No credit) |
| (5) Cannot possess firearms or ammunition | (10) Presumptive prison | |
| (6) Blood test and saliva sample | (11) Sexually Violent Predator Law | (14) Loss of public assistance |
| | (12) Possible/Mandatory hormone suppression treatment | (15) AIDS education program |
| | | (16) Other: _____ |

## OTHER WAIVERS

8. **(Appeal Rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strikes priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein.

9. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence.

10. **(Arbuckle Waiver)** I give up my right to be sentenced by the judge who accepts this plea.

11. **(Probation Report)** I give up my right to a full probation report before sentencing.

| ...t: | CASE NUMBER: |
|---|---|

### PLEA

12. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in paragraph #1, above. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)*

_practiced law after I was involuntarily enrolled as an inactive member of the State Bar._                                                             [ng]

13. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct.    [Qls]

Dated: _7-14-05_    Defendant's Signature _____

Defendant's Address: _14025 Country Walk Lane_
                                                        Street
_Chino Hills_                    _CA_    _91709_
      City                                  State    Zip

Telephone Number: _(909) 590-1519_

Defendant's Right Thumb Print

### ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: _7·14·05_    _Stewart K. Nadler_    _____
                                                (Print Name)    Attorney for Defendant    (Signature)
                                                                    (Circle one: PD / APD / PCC / RETAINED)

### INTERPRETER'S STATEMENT (If Applicable)

I, the sworn _____ language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: _____    _____
                                                (Print Name)    Court Interpreter    (Signature)

### PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: _7/14/05_    _A. CRAIG ROOTEN_    _____
                                                (Print Name)    Deputy District Attorney    (Signature)

### COURT'S FINDING AND ORDER

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

DATE: AUG 1 8 2005

Dated: _JUL 1 4 2005_    Attest: A true copy,

GEORGE W. CLARKE                                                Judge of the Superior Court

Court Administrato
By _____                                                Deputy

SDSC CRM-12(Rev. 11-03)    **PLEA OF GUILTY/NO CONTEST - FELONY**    Page three of three

_OR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO_

☐ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6695
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| | **FOR COURT USE ONLY** |
|---|---|
| PROB A # 2111 4081 | **F I L E D** |
| CII # | Clerk of the Superior Court |
| BK # 5120164 | AUG 16 2005 |
| P.O. NAME: C. White | By: A. Helfers |
| WORK LOCATION: HOJ | |
| MAIL STATION: C-91 | |

PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff,
vs
Glenn Edward Taylor Defendant.

**ORDER GRANTING PROBATION**
**(PC 1203)**

| CASE # SCD 190132 |
| DA # ABM 07701 |
| DEPT # SDSC |

Having been convicted of violating section(s) BP62126 (b) - Ct 1 _____

IT IS ORDERED that the ☒ imposition of sentence be suspended ☐ execution of sentence of _____ years / months in state prison
be suspended, for ☒ 5 years, and the defendant be granted ☒ formal ☐ summary probation; ☐ formal to convert to summary upon
successful completion of 18 months probation if approved by the P.O.; any felony subject to PC17(b) to remain a felony; on the following
terms and conditions:

1. **COMMITMENT:** a. ☒ To the custody of the Sheriff for **3** day(s), with credit for **3** actual day(s) and **0** PC 4019 credits,
for a total of **3** day(s) credit. ☐ Defendant may be released after a minimum of _____ days to an authorized representative
of _____ Custody is stayed until _____.
   b. ☐ **COMMIT RECOMMENDATIONS:** 1. ☐ The Electronic Surveillance Program    2. ☐ Probation Work Furlough.
   Defendant to report to Probation Work Furlough on _____ at _____ am / pm to 551 S. 35th St., San Diego 92113.
   c. ☐ Custody is to be served consecutive to / concurrent with _____

2. **PROBATION DEPARTMENT PUBLIC SERVICE PROGRAM (PSP) / VOLUNTEER WORK:** a. ☒ Work **20** day(s) in PSP.
   The defendant is to enroll within 72 hours at one of the following locations:

   | Vista Probation | El Cajon Probation | PSP Work Project Office | Downtown Probation |
   |---|---|---|---|
   | 325 S. Melrose Dr. #2600 | 250 W. Main St., 8th Fl. | 5555 Overland Avenue | 330 W. Broadway #557 |
   | Vista Courthouse | El Cajon Courthouse | Kearney Mesa | San Diego |
   | (760) 806-2333 | (619) 441-3440 | (858) 560-3258 * | (619) 515-8203 |

   Report for work at the PSP Work Project Office as directed at enrollment.    *Call ONLY if information is needed.
   b. ☐ The defendant may work in another county.    ☒ Complete up to 20 days PSP, if directed by the P.O.
   d. ☒ Complete 60 hours of vol. work at a nonprofit org. by 8/15/06 with written proof to the P.O. / court by 9/1/06

3. **THE DEFENDANT SHALL PAY:** a. ☒ Fine of $ 239- plus penalty assessment and PC 1465.7(a) surcharge.
   b ☐ A criminal lab analysis fee of $ _____ and drug program fee of $ _____ per HS 11372.5 and HS 11372.7.
   c. ☐ A fine of $10.00 per PC 1202.5 for payment to _____ law enforcement agency.
   d. ☒ Restitution fine of $ 200-HM per PC 1202.4(b).    e. ☒ A $20 court security fee per PC 1465.8.
   f. ☒ Restitution of $ TO BE DETERMINED per P.O.'s report / Restitution Fund, plus 10% annual interest on unsatisfied amount.
   g. ☐ Restitution is joint and several with the co-defendant(s) _____
   The defendant's share is currently set at $ _____.    h. ☒ Order is enforceable as a civil judgment under PC 1202.4(i).
   i. ☐ Income deduction order of $ _____ per pay period per PC 1202.42 stayed unless defendant fails to pay victim restitution.
   j. ☒ All fines and/or restitution are to be paid to Probation through Revenue & Recovery / Court Collections at the combined rate of
   $ 100.00 per month. Payments are to start ☐ 60 days after release from custody / ☒ on 10/17/05 _____
   k. ☒ Restitution is to be determined / modified by further court order if the victim reports a loss / further loss.

4. **UNDOCUMENTED DEFENDANT CONDITIONS:** An undocumented defendant shall: ☐ Not enter or be in the United States without
   proper documentation of lawful presence. ☐ Report to the P.O. within 72 hours of entry, legal or illegal, into the United States.

5. **WAIVER OF EXTRADITION:**
   ☒ Defendant waives extradition and agrees NOT to contest any such extradition to the State of California from any other state, govern-
   ment, country or jurisdiction. The waiver is in effect from today through the duration of probation, including periods of revocation.

6. **THE DEFENDANT SHALL** a. ☐ Follow such course of conduct as the probation officer prescribes.
   b. ☒ Not possess a firearm, ammunition, or deadly weapon.    c. ☒ Have a photo ID card on your person at all times.
   d. ☒ Obey all laws. Minor traffic infractions will not affect probation status.    e. ☒ Comply with a curfew as directed by the P.O.
   f. ☒ Report to the P.O. as directed, including within 72 hours of any release from custody. If homeless, report to the Probation Office at _____ within 72 hours. Thereafter, report in person the first day of each month until directed to do otherwise.
   g. ☒ Report any change of address or employment to the P.O. and Revenue & Recovery / Court Collections within 72 hours.
   h. ☒ If contacted by law enforcement, provide true name, address, and date of birth. Report contact or arrest in writing to the probation officer within 7 days. Include the date of contact/arrest, charges, if any, and the name of the law enforcement agency.
   i. ☒ Obtain the consent of the P.O. before leaving San Diego county OR obtain written consent of the San Diego Superior Court and the P.O. before moving to another state. ☒ The defendant may travel to or reside in SAN BERNARDINO per interstate compact
   j. ☐ Register per HS 11590 ☐ PC 290 ☐ PC 457.1 ☐ PC 186.30    k. ☐ Take psychotropic meds as prescribed by doctor.
   l. ☐ Submit person, property, residence, vehicle, personal effects, _____ to search at any time with or without a warrant, and with or without reasonable cause, when required by probation officer or other law enforcement officer.
   m. ☒ Seek and maintain full-time employment, schooling, or a full-time combination thereof if directed by the P.O.
   n. ☐ Not maintain a checking/charge account or be in possession of checks, credit and/or access cards unless issued per employment.
   o. ☐ Contact the San Diego Council on Literacy for an educational assessment if directed by the P.O.

*(handwritten left margin:) Victim restitution to be paid first, then court fees, costs*

*(handwritten left margin:) ALL CIRCLED LETTERS ARE ORDERED*

| SDSC CRM-21 (Rev. 2-04) | **ORDER GRANTING PROBATION    PAGE 1 OF 4** | NOTE: This order is incomplete unless SDSC |
| Distribution: Orig. file; 2 copies, Probation; R&R (D-60) / Court Collections | | CRM-21A or CRM-21B and CRM-21C are attached |

Glenn Edward Taylor

CASE NUMBER: ~~X~~ SCD 190132
PROBATION A# 2114681

**CONDITIONS LISTED IN SECTIONS 7, 8, 9, 10 AND 11 ARE NORMALLY IMPOSED IN CASES INVOLVING SPECIFIED OFFENSES, E.G., DRUGS, ALCOHOL, SEX, ETC., BUT MAY BE IMPOSED FOR OTHER OFFENSES IF REASONABLE AND LAWFUL.**

**7. TREATMENT, THERAPY, COUNSELING**

a. ☒ Participate in treatment, therapy, counseling, or other course of conduct as suggested by validated assessment tests. *as provided pursuant to paragraph 7(a) of this order*

b. ☒ All records related to treatment of the defendant including, but not limited to, ~~history and physical examination,~~ discharge summary, progress notes, medication records, drug and alcohol test results, ~~interpretation of images (x-rays)~~, laboratory results, ~~dental records,~~ psychiatric records including consultations, ~~HIV/AIDS blood test results, physician orders,~~ pharmacy records, ~~immunizations records, nursing notes~~ and drug and alcohol rehabilitation records, including but not limited to mental health, alcohol abuse and substance abuse, shall be made available upon request to the Court and the Probation Department by all individuals, agencies and entities, including, but not limited to, hospitals, laboratories, ~~health insurers, health plans, health-maintenance organizations, employers, hospitals,~~ clinics, physicians, psychologists, psychotherapists, counselors and any other individual or entity paying for or providing health or psychological treatment or assessment services.

**8. DRUG CONDITIONS:**

a. ☐ Attend and successfully complete a ☐ Psychiatric ☐ Individual ☐ Group ☐ Substance Abuse counseling program approved by the P.O., ☐ as/☐ if directed by the P.O. Authorize the counselor to provide progress reports to the probation officer or court when requested; all costs to be borne by defendant.

b. ☐ Complete a program of residential treatment and aftercare ☐ as/☐ if directed by probation officer.

c. ☐ Attend meetings of Alcoholics/Narcotics Anonymous or similar organization ☐ as/ ☐ if directed by the probation officer.

d. ☐ Not use or possess any controlled substance without a valid prescription and submit to testing for the use of controlled substances/alcohol when required by the probation or law enforcement officer.

e. ☐ Complete the county AIDS Education Course per PC 1001.10; Call Provider at _____ within 30 days of release from custody or issuance of order to enroll unless course is completed while defendant is in custody.

**9. ALCOHOL CONDITIONS:**

a. ☐ Totally abstain from the use of alcohol.

b. ☐ Register/enroll in the SB38/First Conviction Program within 30 days, and satisfactorily complete that program as directed by the probation officer. All costs are to be borne by the defendant.

c. ☐ Take antabuse (if physically able, as determined by a licensed physician) if directed by the P.O. and continue in the program until excused. If not physically able to take antabuse, submit a written statement from physician verifying inability to do so.

d. ☐ Whenever requested by the P.O., a law enforcement officer, or the court ordered treatment program, submit to any chemical test of blood, breath, or urine to determine the blood alcohol content and authorize release of results to P.O. or the court.

e. ☐ Surrender your driver's license forthwith to the court for forwarding to DMV per VC 13350-51 / 13357 / 13202(b). *(Circle one)*

f. ☐ Not be in places, except in the course of employment, where alcohol is the main item for sale.

g. ☐ Not drive unless licensed and insured as required by the State of California.

h. ☐ Not drive a motor vehicle unless that vehicle is equipped with a functioning ignition interlock device, certified pursuant to VC 13386.

**10. GANG CONDITIONS:**

a. ☐ Not appear in court or at the courthouse unless you are a party or witness in the proceedings.

b. ☐ Not associate with any known gang member or persons who are associated with the _____ gang.

c. ☐ Not visit or frequent any school grounds unless you are a student registered at the school.

d. ☐ Not knowingly be an occupant in a stolen vehicle.

e. ☐ Not own, transport, sell, possess any weapon, firearm, replica, ammunition, or any instrument used as a weapon.

f. ☐ Not associate with any persons who have firearms or weapons in their possession.

g. ☐ Not participate in activities/frequent places where firearms or weapons are used illegally or legally (hunting/target shooting).

h. ☐ Not be in possession of any beeper or paging device except in course of lawful employment.

i. ☐ Not be within two blocks of _____ (an area of gang or criminal activity).

j. ☐ Not wear, display, use, or possess any insignias, emblems, badges, buttons, caps, hats, jackets, shoes, flags, scarves, bandanas, shirts, or other articles of clothing which are evidence of affiliation with or membership in the _____ gang.

k. ☐ Not display any gang signs or gestures.

**11. FURTHER CONDITIONS:**

a. ☒ ~~Pay a probation revocation restitution fine of~~ **$200 —** ~~per PC1202.44 to be suspended and remain so unless probation is revoked.~~

b. ☐ _____

c. ☐ _____

SDSC CRM-21A(Rev. 2-04)                    **ORDER GRANTING PROBATION  PAGE _2_ OF _4_**
Distribution: Orig, file; 2 copies, Probation; R&R (D-60) /Court Collections

NOTE: This order is incomplete unless SDSC CRM-21 and CRM-21C are attached

Glenn Edward Taylor

| CASE NUMBER: SCD 190132 |
| PROBATION A# 2111 46 81 |

## 12. VIOLENCE AND SEX CONDITIONS:

a. ☐ Attend and successfully complete a/an ☐ Anger Management ☐ Individual ☐ Sex Offender ☐ Parenting ☐ 52-Week Child Abuse per PC 273.1 ☐ Anti-Theft counseling program approved by the P.O., ☐ as / ☐ if directed by the P.O. Authorize the counselor to provide progress reports to the probation officer when requested; all costs to be borne by defendant.

b. ☒ Submit to DNA testing pursuant to PC 296.

c. ☐ Submit to service and comply with any order of the family court, including restraining orders.

d. ☐ Do not use force, threats, or violence on another person.

e. ☐ Do not contact _____ except per family court orders regarding visitation and/or custody of children.

f. ☐ Make $ _____ payment to the domestic violence special fund per PC 1203.097(a)(5).

g. ☐ Successfully complete a probation officer approved batterer's program at least one year in duration involving weekly, minimum two-hour sessions per PC 1203.097(a)(6). Show proof of enrollment to probation officer by _____.

h. ☐ Perform _____ hours of community service as directed by the probation officer.

i. ☐ Submit to AIDS Testing per PC 1202.1:    1. ☐ By SDSO/Adult Institutions, prior to release;
                                              2. ☐ By San Diego County Health at _____.

j. ☐ Pay an additional fine of $_____ per PC 290.3 to Probation through Revenue & Recovery at $_____ per month beginning ☐ today/☐ 30 days after release from custody.

k. ☐ Pay an additional restitution fine in the amount of $_____ pursuant to PC 294.

l. ☐ Obey all orders of Juvenile and Family courts.

m. ☐ Be responsible for all medical/psychological therapy expenses incurred by the victim pursuant to PC 1203.1.g.

n. ☐ Defendant's residence and employment are subject to approval by the probation officer.

o. ☐ Undergo periodic polygraph examinations at the direction of the P.O. with the results of those tests released to the P.O. Polygraph questions shall be limited to items which are relevant to the crime(s) for which the defendant was convicted and shall assist with supervision, treatment, and rehabilitative efforts.

p. ☒ Not contact, annoy, or molest Alan Stanly or any member of his family

q. ☐ Not associate with minors, nor be in places where minors congregate, unless with an adult approved by the probation officer.

r. ☐ Not reside nor loiter within area approved by therapist, victim's therapist, victim's non-offending parent or guardian, and P.O.

s. ☐ Not contact the victim unless approved by therapist, victim's therapist, victim's non-offending parent or guardian, and P.O.

t. ☐ Not purchase or possess a camera or related photographic equipment, nor possess or have in residence any toys, video games, or similar items.

u. ☐ Not possess any pornographic material including computer files and disks, nor frequent areas of pornographic activity (e.g., X-rated bookstores, etc.).

v. ☐ Comply with the Protective Order (PC 136.2) issued on _____.

w. ☐ Not participate in computer chat rooms or otherwise contact minors via computer.

x. ☐ Not use a computer or have a computer in their possession unless approved by the P.O.

## 13. WELFARE FRAUD CONDITIONS:

a. ☐ Cooperate with the District Attorney's Office or any County agency in locating the other parent(s) of the defendant's children.

b. ☐ Restitution ordered in 3e is to be disbursed to the Department of Public Welfare in DPW case _____.

c. ☐ Restitution payments may be satisfied by recoupment at rate set by Department or by Social Services.

d. ☐ Payments are to increase to $_____ per month on _____.

e. ☐ Attend Debtor's Anonymous meetings once a week for six months. Call (619) 525-3065 for meeting schedule. Provide proof of attendance and spending plan to the probation officer/to the court at the Review Hearing.

## 14. FURTHER CONDITIONS:

a. ☐ _____

_____

b. ☐ _____

_____

c. ☐ _____

_____

SDSC CRM-21B(Rev. 2-04)
Distribution: Orig, file; 2 copies, Probation; R&R(D-60) / Court Collections

**ORDER GRANTING PROBATION PAGE 3 OF 4**

NOTE: This order is incomplete unless SDSC CRM-21 and CRM-21C are attached

Glenn Edward Taylor

CASE NUMBER: SCD 190132

PROBATION A# Z 1114681

## ☒ 15. ORDER RE FINANCIAL EVALUATIONS:

You are ordered to cooperate with the Probation Officer or authorized representative as directed in the preparation of financial evaluations. If it is determined that you have present ability to repay the county for costs of the pre-sentence investigation and/or costs of probation supervision, and you do not agree with such determination, you have a right to a hearing before the court to determine your present ability. Failure to cooperate with the financial evaluation will be deemed a waiver of your right to such a hearing, and a civil judgment will be entered against you for the amount of funds expended for the above services. These costs are presently set at $ 889 — for the pre-sentence investigation, and up to $79.00 per month for probation supervision, including an interstate compact fee. Additionally, if ordered to submit to the polygraph condition, the defendant is to pay for each polygraph exam.

16. The Court finds that the value of appointed attorney service is:

☐ $570.00 (Class III)    ☐ $1,140.00 (Class IV)    ☐ $9,137.00 (Class V)

for services provided by the following agency:    ☐ Public Defender    ☐ Alternate Public Defender    ☐ Private Conflict Counsel

## ☒ 17. ORDER RE REVENUE AND RECOVERY / COURT COLLECTIONS

You are ordered to the Department of Revenue and Recovery / Court Collections for a determination of your ability to pay
   ☐ appointed attorney services         ☐ costs of transcripts on any subsequent appeals.
You must report to Revenue and Recovery / Court Collections within 180 days from the date of this order. Court Collection Officers are located at each court location. The Department of Revenue and Recovery has an office at each of the following locations:

| Downtown Courthouse | Central Office | Vista Courthouse | East County Regional Center |
|---|---|---|---|
| Room M-060 (Mezzanine) | Second Floor | Suite 2000 | Ground Floor |
| 220 W. Broadway | 625 Broadway | 325 S. Melrose | 250 East Main |
| San Diego, CA | San Diego, CA | Vista, CA | El Cajon, CA |

If it is determined by the Department of Revenue and Recovery / Court Collections that you have the present ability to repay the county for court appointed attorney fees, or the costs of transcripts on appeal, and you do not agree with such determination, you have the right to a hearing before the court to determine your present ability. Failure to report to the Department of Revenue and Recovery / Court Collections within 180 days from the date of this order will be deemed a waiver of your right to a hearing on your present ability to repay the county, and a civil judgment will be entered against you for the amount of funds expended for the above services. Failure to pay a fine or restitution may result in a warrant being issued for your arrest. Execution may be issued on the order for costs of probation investigation/report, the costs of probation supervision, and the costs of transcripts on appeals, in the same manner as a judgment in a civil action (PC 1203.1b). Each of the above ordered amounts are to be paid to the Department of Revenue and Recovery / Court Collections.

REFERRAL TO THE DEPARTMENT OF REVENUE AND RECOVERY / COURT COLLECTIONS:

Defendant's Address: 14025 Country Walk Ln, Chino Hills CA 91709

Phone Number: 909-590-1510         DOB: 04/24/1955

In open court on: 8/16/05

_____ Judge of the Superior Court

GEORGE W. CLARKE

CLERK'S CERTIFICATE

DATE: AUG 18 2005
Attest: A true copy,

By _____ Deputy

The foregoing is a full, true and correct copy of the original on file in this office.

Court Administrator
CLERK OF THE SUPERIOR COURT

Date: _____    Clerk, by _____, Deputy

SDSC CRM-21C(Rev. 2-04)
Distribution: Orig. File; 2 copies, Probation; R&R (D-60) / Court Collections

**ORDER GRANTING PROBATION PAGE  4  OF  4**

NOTE: This order is incomplete unless SDSC CRM-21 and CRM-21A or CRM-21B are attached

EXHIBIT 8



# THE STATE BAR OF CALIFORNIA

Thursday, August 18, 2005

Home > Attorney Search > Attorney Profile

State Bar Home

Search Calbar

**Attorney Resources**

**Public Services**

**About the Bar**

**Member Services**

## ATTORNEY SEARCH

## Glenn Edward Taylor - #114388

### Current Status: Disbarred

This member is prohibited from practicing law in California by the order of the Cali Supreme Court.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| Bar Number | 114388 | | |
| Address | 14025 Country Walk Ln Chino Hills, CA 91709 | Phone Number | (909) 590-1519 |
| | | Fax Number | (909) 590-2250 |
| | | e-mail | Not Available |
| District | District 6 | Undergraduate School | Univ of Massachus MA USA |
| County | San Bernardino | Law School | Southwestern Univ Los Angeles CA US |

### Status History

| Effective Date | Status Change |
|---|---|
| *Present* | Disbarred |
| 7/31/2005 | Disbarred |
| 7/3/2003 | Not Eligible To Practice Law |
| 10/5/1984 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| **Disciplinary and Related Actions** | | | |
| 7/31/2005 | Disbarment | 03-O-4814 | Disbarred |
| 3/4/2005 | Ordered inactive | 03-O-4814 | Not Eligible To Pr Law |

| Date | Action | Case Number | Status |
|------|--------|-------------|--------|
| 11/5/2004 | Ordered inactive | 03-O-4814 | Not Eligible To Pr Law |
| 9/25/2004 | Discipline w/actual suspension | 04-PM-11192 | |
| 5/27/2004 | Ordered inactive | 04-PM-11192 | Not Eligible To Pr Law |
| 10/23/2003 | Discipline, probation; no actual susp. | 03-PM-2320 | |
| 7/3/2003 | Suspended, failed to pass Prof.Resp.Exam | 00-O-14880 | Not Eligible To Pr Law |
| 3/13/2002 | Discipline, probation; no actual susp. | 00-O-14880 | |

## Administrative Actions

| Date | Action | Case Number | Status |
|------|--------|-------------|--------|
| 9/8/2004 | Ordered Inactive/Fee Arb/B&P 6203 | 04-AE-13568 | Not Eligible To Pr Law |
| 9/16/2003 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Pr Law |

Copies of official attorney discipline records are available upon request.

Explanation of common actions

## California Bar Journal Discipline Summaries

*Summaries from the California Bar Journal are based on discipline orders but are not th official records. Not all discipline actions have associated CBJ summaries. Copies of offi attorney discipline records are available upon request.*

### September 25, 2004

GLEN EDWARD TAYLOR [#114388], 49, of Chino Hills Probation was revoked, the previ stay of suspension was lifted and he was actually suspended for 30 days. The order took Sept. 25, 2004.

In a default proceeding, the bar court found that Taylor failed to comply with probation conditions attached to a 2002 discipline order. He did not provide evidence that he compl 10 hours of MCLE courses or submit two quarterly probation reports or statements that h not possess any client funds.

Taylor had stipulated to a probation extension in 2003 after he failed to attend trust accou school or complete 10 hours of MCLE courses as part of his probation in a matter that re from his failure to maintain client funds in trust

Start New Search >