# DOCKET NUMBER 11-1

1  L. Scott Keehn (61691)
   Sarah H. Lanham (213555)
2  **ROBBINS & KEEHN, APC**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Petitioning Creditor
   **ALAN STANLY**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | ) Case No. 05-05926-PBINV |
|---|---|
| Francis J. Lopez, | ) Involuntary Chapter 7 |
| Alleged Debtor. | ) **PROOF OF SERVICE** |
|  | ) **Date:** August 22, 2005 |
|  | ) **Time:** 2:30 p.m. |
|  | ) **Judge:** Hon. Peter W. Bowie |
|  | ) **Dept.:** 4 |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE SUBMITTED IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION**

[ ]   BY PERSONAL SERVICE:  I placed a true copy of the above document(s) in a sealed envelope clearly labeled to identify the attorney for the party being served, and

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

personally caused said such envelope to be personally delivered on each addressee named hereafter:

[✔] **BY FACSIMILE AND MAIL:** I declare that upon the prior agreement of the party being served, I served the above named documents by facsimile transmission during usual office hours from facsimile number 619-544-9095, to a facsimile machine maintained by the person on whom it is served and that the transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

**M. Jonathan Hayes**
**Law Office of M. Jonathan Hayes**
**21800 Oxnard Street, Suite 840**
**Woodland Hills, CA  91367**
**Facsimile: (818) 710-3659**

**United States Trustee**
**402 W. Broadway, Suite 600**
**San Diego, CA  92101**
**Facsimile: (619)557-5339**

[✔] **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the above-named documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**M. Jonathan Hayes**
**jhayes@polaris.net**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 18, 2005     //s// Carolina Polanco
                                CAROLINA POLANCO