# DOCKET NUMBER 16

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | FRANCIS J. LOPEZ | | |
| **Case Number:** | 05-05926-PB7 | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, AUGUST 22, 2005 02:30 PM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | MARCIA PEARSON | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

## Matter:

ALLEGED DEBTOR'S MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION TO THE NORTHERN DISTRICT OF FLORIDA

## Appearances:

M. Jonathan Hayes, ATTORNEY FOR FRANCIS J. LOPEZ
L. Scott Keehn, ATTORNEY FOR ALAN STANLY

## Disposition:

Motion denied without prejudice;Order to be prepared by Keehn.
Answer due 9/7