# DOCKET NUMBER 17

1  L. Scott Keehn, SBN 61691
   **ROBBINS & KEEHN, APC**
2  A Professional Corporation
   530 B Street, Suite 2400
3  San Diego, California  92101
   Telephone:    619-232-1700
4  Facsimile:    619-544-9095

5  Attorneys for **ALAN STANLY**

6

7              **UNITED STATES BANKRUPTCY COURT**

8              **SOUTHERN DISTRICT OF CALIFORNIA**

9
   In Re:                          )  CASE NO.    **05-05926-PB7**
10                                 )
                                   )
11     Francis J. Lopez,           )  **NOTICE OF LODGMENT OF ORDER**
                                   )  **DENYING (WITHOUT PREJUDICE)**
12         Alleged Debtor.         )  **ALLEGED DEBTOR'S MOTION TO**
                                   )  **DISMISS OR TRANSFER INVOLUNTARY**
13                                 )  **PETITION TO THE NORTHERN**
                                   )  **DISTRICT OF FLORIDA**
14                                 )
                                   )  **DATE:        August 22, 2005**
15                                 )  **TIME:        2:30 PM**
                                   )  **DEPT.:       Four (4)**
16                                 )  **JUDGE:       Hon. Peter W. Bowie**
                                   )
17                                 )
                                   )
18                                 )
   _____)
19

20

21      **NOTICE IS HEREBY GIVEN** that pursuant to Rule 7054-3(b) of the Local Rules of the

22  United States Bankruptcy Court for the Southern District of California ("LBR"), the original of the

23  "**ORDER DENYING (WITHOUT PREJUDICE) ALLEGED DEBTOR'S MOTION TO**

24  **DISMISS OR TRANSFER INVOLUNTARY PETITION TO THE NORTHERN DISTRICT**

25  **OF FLORIDA**," a copy of which is attached hereto marked "Exhibit 1" and incorporated herein

26  by this reference, was lodged with the Bankruptcy Court for signature by the Honorable Peter W.

27  Bowie, on August 24, 2005.

28  ///

*ROBBINS & KEEHN, APC*
*ATTORNEYS AT LAW*
*2400 UNION BANK BUILDING · 530 "B" STREET*
*SAN DIEGO, CALIFORNIA 92101*
*TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095*

Pursuant to LBR 7054-3(b)(1), you are advised that you have five (5) business days within which to file and serve, pursuant to LBR 7054-3(b)(3), any objections to the form and/or the substance of the pleadings, and/or serve upon the undersigned alternate pleadings if desired.

Dated:  August 24, 2005     **ROBBINS & KEEHN**
A Professional Corporation


By:  //s// L. Scott Keehn
L. Scott Keehn
Attorneys for Respondent, Alan Stanly

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

- 2 -

EXHIBIT 1

Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (61691)          619-232-1700
**ROBBINS & KEEHN, APC**
530 B Street, Suite 2400
San Diego, CA  92101

Attorneys for **ALAN STANLY**

---

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| Francis J. Lopez | | **LODGED** |
| | | BANKRUPTCY NO.   05-05926-PB7 |
| | | Date of Hearing:  August 22, 2005 |
| | | Time of Hearing:  2:30 p.m. |
| | Debtor. | Name of Judge:   Peter W. Bowie |

---

## ORDER DENYING (WITHOUT PREJUDICE) ALLEGED DEBTOR'S MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION TO THE NORTHERN DISTRICT OF FLORIDA

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Notice of Lodgment Docket Entry No. _____

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Robbins & Keehn, APC
(Firm name)

By: /s/ L. Scott Keehn
Attorney for ☐ Movant ☑ Respondent

ORDER DENYING (WITHOUT PREJUDICE) ALLEGED DEBTOR'S MOTION TO DISMISS OR TRANSFER INVOLUNTARY
PETITION TO THE NORTHERN DISTRICT OF FLORIDA
DEBTOR: Francis J. Lopez                                             CASE NO:05-05926-PB7

The Alleged Debtor's motion to dismiss or, in the alternative, transfer venue of the Involuntary Petition to the Northern

District of Florida (the "Motions") came on regularly on August 22, 2005, at 2:30 p.m. in department 4 of the above entitled court

located at 325 West "F" Street, San Diego, California, the Honorable Peter W. Bowie, Judge, presiding.  Appearances were

made by the firm of Robbins & Keehn, APC, by L. Scott Keehn on behalf of Alan Stanly, petitioning creditor in opposition to

the motion, and Law Office of M. Jonathan Hayes, by M. Jonathan Hayes on behalf of the movant and Alleged Debtor, Francis

J.Lopez.

The court having previously considered all of the pleadings, papers, requests for judicial notice, and declarations

submitted by the parties in support of their respective positions, the oral arguments, contentions, and requests of the parties

were fully heard and considered in open session.

The court's findings of fact and conclusions of law were stated orally by the court, and recorded in open session,

following the close of argument, and are incorporated herein by this reference pursuant to Rules 7052 and 9014 of the Federal

Rules of Bankruptcy Procedure and Rule 52(a) of the Federal Rules of Civil Procedure.  Based upon the foregoing, and good

cause therefore appearing,

**IT IS HEREBY ORDERED** that:

(1)      The Motions are denied without prejudice; and,

(2)      Alleged Debtor Francis J. Lopez is ordered to answer the petition on or before September 7, 2005.