# DOCKET NUMBER 17-1

1  L. Scott Keehn (61691)
   Sarah H. Lanham (213555)
2  **ROBBINS & KEEHN, APC**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Petitioning Creditor
   **ALAN STANLY**

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 In Re:                          )   Case No. 05-05926-PBINV
                                    )
12                                  )   Involuntary Chapter 7
         Francis J. Lopez,          )
13                                  )   **PROOF OF SERVICE**
              Alleged Debtor.       )
14                                  )
                                    )   **Date:**   August 22, 2005
15                                  )   **Time:**   2:30 p.m.
                                    )   **Judge:**  Hon. Peter W. Bowie
16                                  )   **Dept.:**  4
                                    )
17                                  )
                                    )
18                                  )
                                    )
19 _____)

20        I, the undersigned, declare that I am over the age of eighteen years and not a party to

21 this cause.  I am employed in, or am a resident of, the County of San Diego, California, and my

22 business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

23        On the date shown below, I caused to be served the following document(s):

24

25        **NOTICE OF LODGMENT OF ORDER DENYING (WITHOUT PREJUDICE)
          ALLEGED DEBTOR'S MOTION TO DISMISS OR TRANSFER**
26        **INVOLUNTARY PETITION TO THE NORTHERN DISTRICT OF FLORIDA**

27

28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

103619/MCP/5311.01

1    [  ]     BY PERSONAL SERVICE:  I placed a true copy of the above document(s) in a sealed

2            envelope clearly labeled to identify the attorney for the party being served, and

3            personally caused said such envelope to be personally delivered on each addressee

4            named hereafter:

5    [ ✔ ]    BY MAIL:  I declare that upon the prior agreement of the party being served, I served

6            the above named documents by facsimile transmission during usual office hours from

7            facsimile number 619-544-9095, to a facsimile machine maintained by the person on

8            whom it is served and that the transmission was reported as complete and without error.

9            Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee

10           named hereafter:

11           **M. Jonathan Hayes**
             **Law Office of M. Jonathan Hayes**
12           **21800 Oxnard Street, Suite 840**
             **Woodland Hills, CA  91367**
13

14

15   [  ]     BY E-MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an

16   agreement of the parties to accept service by e-mail or electronic transmission, I caused a true

17   copy of the above-named documents to be sent to the persons at the e-mail addresses listed below.

18   I did not receive, within a reasonable time after the transmission, any electronic message or other

19   indication that the transmission was unsuccessful.

20

21           I declare under penalty of perjury under the laws of the United States that the foregoing

22   is true and correct.

23           Executed on August 24, 2005          //s// Sara Freeman
                                                  SARA FREEMAN
24

25

26

27

28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

- 2 -                                            103619/MCP/5311.01