# DOCKET NUMBER 20

CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (61691)      619-232-1700
**ROBBINS & KEEHN, APC**
530 B Street, Suite 2400
San Diego, CA  92101

Attorneys for **ALAN STANLY**

**Order Entered on September 01, 2005 by Clerk U.S. Bankruptcy Court Southern District of California**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West "F" Street, San Diego, California 92101-6991 |
|---|

In Re

Francis J. Lopez

Debtor.

**LODGED**

BANKRUPTCY NO.  05-05926-PB7

Date of Hearing: August 22, 2005
Time of Hearing: 2:30 p.m.
Name of Judge:   Peter W. Bowie

# ORDER DENYING (WITHOUT PREJUDICE) ALLEGED DEBTOR'S MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION TO THE NORTHERN DISTRICT OF FLORIDA

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Notice of Lodgment Docket Entry No. __17__

//
//
//
//
//
//

DATED: **September 01, 2005**

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Robbins & Keehn, APC
(Firm name)

By: /s/ L. Scott Keehn
    Attorney for ☐ Movant  ☑ Respondent

Judge, United States Bankruptcy Court

CSD 1001C/103613

ORDER DENYING (WITHOUT PREJUDICE) ALLEGED DEBTOR'S MOTION TO DISMISS OR TRANSFER INVOLUNTARY PETITION TO THE NORTHERN DISTRICT OF FLORIDA
DEBTOR: Francis J. Lopez                                                CASE NO:05-05926-PB7

The Alleged Debtor's motion to dismiss or, in the alternative, transfer venue of the Involuntary Petition to the Northern District of Florida (the "Motions") came on regularly on August 22, 2005, at 2:30 p.m. in department 4 of the above entitled court located at 325 West "F" Street, San Diego, California, the Honorable Peter W. Bowie, Judge, presiding. Appearances were made by the firm of Robbins & Keehn, APC, by L. Scott Keehn on behalf of Alan Stanly, petitioning creditor in opposition to the motion, and Law Office of M. Jonathan Hayes, by M. Jonathan Hayes on behalf of the movant and Alleged Debtor, Francis J.Lopez.

The court having previously considered all of the pleadings, papers, requests for judicial notice, and declarations submitted by the parties in support of their respective positions, the oral arguments, contentions, and requests of the parties were fully heard and considered in open session.

The court's findings of fact and conclusions of law were stated orally by the court, and recorded in open session, following the close of argument, and are incorporated herein by this reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 52(a) of the Federal Rules of Civil Procedure. Based upon the foregoing, and good cause therefore appearing,

**IT IS HEREBY ORDERED** that:

(1)     The Motions are denied without prejudice; and,

(2)     Alleged Debtor Francis J. Lopez is ordered to answer the petition on or before September 7, 2005.

CSD 1001C/103613

*Signed by Judge Peter W. Bowie September 01,2005*