# DOCKET NUMBER 28

CSD 1181 [10/17/05]
Name, Address, Telephone No. & I.D. No.

M. Jonathan Hayes (CA Bar # 90388)
21800 Oxnard St. Ste 840
Woodland Hills, CA 91367
(818) 710-3656
(818) 710-3659 fax
jhayes@polarisnet.net

```
                FILED
                ENTERED
                LODGED
                RECEIVED

              NOV 2 2 2005

        CLERK, U.S. BANKRUPTCY COURT
       SOUTHERN DISTRICT OF CALIFORNIA
       BY                         DEPUTY
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Francis Lopez**
    Alleged Debtor

BANKRUPTCY NO. 05-05926-PBINVL

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-____ Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

    **YOU ARE HEREBY NOTIFIED** that on December 19, 2005, at 10:30a. .m., in Department 4, Room ____, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Francis J. Lopez
for [check the appropriate box]:

[ ]    Dismissal of a chapter 7, 11 or 12 case;

[ ]    Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[ ]    Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[ ]    Appointment of a trustee in a chapter 11 case; or

[✓]    Other [specify the nature of the matter]:

MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING A DEADLINE TO ADD NEW PETITIONING CREDITORS; AND REQUIRING THE POSTING OF A BOND

    If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

    Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: November 18, 2005

                                               [Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
CSD 1181