# DOCKET NUMBER 32-4

G.    The terms "REFER TO" or "RELATE TO" as used herein shall mean supports, describes, alludes to, comments on, discusses, shows, discloses, explains, mentions, analyzes, indicates, regards, respects, affects, concerns, touches on, pertains to, compares, balances, links, suggests, constitutes, comprises, evidences, sets forth, summarizes or characterizes, either directly or indirectly, in whole or in part.

H.    The singular shall be interchangeable with the plural, the masculine, feminine, and neuter shall be interchangeable, and the terms "and" and "or" shall be both conjunctive and disjunctive.

2.    It is not intended that this request for DOCUMENTS require the disclosure of any DOCUMENTS which YOU claim are protected against disclosure as "work product" or "privileged," although plaintiff reserves the right to move for disclosure.  For any DOCUMENT withheld on such grounds, please provided a written response with the following information:

A.    A description of the DOCUMENTS sufficiently particular to identify it and to enable YOU to identify, disclose or produce it in response to an order of the above-entitled court;

B.    The nature of the protection claimed;

C.    A list of all PERSONS who participated in the preparation of the DOCUMENT;

D.    A list of all PERSONS to whom the DOCUMENT was circulated, or its contents communicated.

## DOCUMENTS TO BE PRODUCED

1.    Copies of any and all DOCUMENTS, for June 30, 2004, to the present, in YOUR possession, custody or control, which REFER or RELATE in any way to YOUR Acct. No. 37287380-4.

2.    Copies of any and all DOCUMENTS, for June 30, 2004, to the present, in YOUR possession, custody or control, which REFER or RELATE in any way to YOUR Auto Insurance account of **Francis J. Lopez**.

3.    To the extent they are different from those previously requested, copies of any and all DOCUMENTS, for June 30, 2004, to the present, in YOUR possession, custody or control which REFER or RELATE to **Francis J. Lopez**.

4.    Copies of any and all DOCUMENTS, for June 30, 2004, to the present, in YOUR possession, custody or control, which REFER or RELATE in any way to records of charges and payments made by **Francis J. Lopez**.

103955/5311.01

# EXHIBIT B

```
10/27/2005 03:45    0006784504                          PAGE: 05
PREPARED: 10/13/05        ACCOUNT BILLING HISTORY        PAGE:    1
PROGRAM UT476L                  DETAILS
OKALOOSA GAS DISTRICT
                         ( 7/28/05 TO 10/13/05)

    CUSTOMER:    232078    LOPEZ, FRANCIS J
                          310 SAND MYRTLE TRL

                          DESTIN              FL  305413429

    LOCATION:    74788     310 SAND MYRTLE TRL              DESTIN
    BALANCE:      .00
    CYCLE/ROUTE:  91-13
    STATUS: A
    BUDGET TRANSACTIONS (%)

      ******TRANSACTION******     PREVIOUS  CURRENT   BILLED      TOTAL BILL
    DATE    TYPE  DESCRIPTION      BALANCE   AMOUNT  CONSUMPTION    AMOUNT
    8/29/05 PMT                                       46.38-
    ***********************************************************************
    8/23/05 BILL CYCLE BILL           .00                            46.38
          GS CUSTOMER CHARGE                    10.00
          GS COST OF GAS CHARGE                 21.60     23.03
          GS DELIVERY CHARGE                    10.04     23.03
             LATE CHARGE                         4.74
             TOTAL ACTUAL CHGS                  46.38

    8/21/05 PMT                                       47.37-
    ***********************************************************************
    8/18/05 BILL CYCLE BILL           .00                            47.37
          GS CUSTOMER CHARGE                    10.00
          GS COST OF GAS CHARGE                 25.51     27.20
          GS DELIVERY CHARGE                    11.86     27.20
             TOTAL ACTUAL CHGS                  47.37

    8/08/05 PMT                                       34.10-
    ***********************************************************************
    7/22/05 BILL CYCLE BILL           .00                            34.10
          GS CUSTOMER CHARGE                    10.00
          GS COST OF GAS CHARGE                 12.29     18.80
          GS DELIVERY CHARGE                     8.20     18.80
             LATE CHARGE                         3.61
             TOTAL ACTUAL CHGS                  34.10

    7/20/05 PMT                                       44.33-
    ***********************************************************************
    6/21/05 BILL CYCLE BILL           .00                            44.33
          GS CUSTOMER CHARGE                    10.00
          GS COST OF GAS CHARGE                 15.63     23.92
          GS DELIVERY CHARGE                    10.43     23.92
             LATE CHARGE                         8.27
             TOTAL ACTUAL CHGS                  44.33

    6/16/05 PMT                                       83.74-
    ***********************************************************************
    5/19/05 BILL CYCLE BILL           .00                            83.74
          GS CUSTOMER CHARGE                    10.00
          GS COST OF GAS CHARGE                 43.63     66.76
```

10/27/2005  03:49   8506784604                    OKALOOSA GAS                                    PAGE  08

```
PREPARED: 10/13/05                    ACCOUNT BILLING HISTORY          PAGE:    6
PROGRAM UT476L                              DETAILS
OKALOOSA GAS DISTRICT                   ( 7/28/05 TO 10/13/05 )

   CUSTOMER:   232079   LOPEZ, FRANCIS J
   LOCATION:    74788   310 SAND MYRTLE TRL
                                                                    DESTN

   TOTALS BY CATEGORY

        GS Charges . . . . .  . . :          2997.52
        Other Charges . . . . . . :           147.14
     TOTAL CHARGES . . . . . . . . :         3144.66

     TOTAL TRANSFER BALANCE FROM . :              .00

     TOTAL TRANSFER BALANCE TO . . :              .00


   CONSUMPTION PARAMETERS FOR GAS SERVICE
   EXCEPTION REPORT FLAG . . . . . . :
   CONSUMPTION ESTIMATE . . . . . . :              .00
   DEMAND CONSUMPTION ESTIMATE . . . :              .00
   AVERAGE CONSUMPTION . . . . . . . :             3.05
   AVERAGE DEMAND CONSUMPTION . . . :              .00
   TOTAL CONSUMPTION . . . . . . . . :          2399.38
   TOTAL DEMAND CONSUMPTION . . . . :              .00
   TOTAL READING DAYS . . . . . . . :              786
```

# EXHIBIT C

# ACORD EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YY) 10/22/04

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

| PRODUCER | PHONE/FAX (A/C, No, Ext): 850-230-0800 850-230-0992 | COMPANY |
|---|---|---|
| Coastal Community Ins Agency<br>12139 Panama City Beach Pkwy<br>Panama City Beach FL 32407<br>Anthony DuBose | | Landmark American Ins Co<br>c/o Roehrig & MacDuff |

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID #: KELLY-1

| INSURED | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| Kelly Plantation Owners Assoc.<br>34851 Emerald Coast Pkwy # 150<br>Destin FL 32541 | | LHQ336763 |

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| 07/30/04 | 07/30/05 | |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
001

310 Sand Myrtle Trail
Destin FL 32541

Single Family residence of Frances & Madeline Lopez

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Flood Coverage as provided in Difference in conditions policy provided for homeonwers of Kelly Plantation Homeowners Association Inc. subject to policy forms, provisions and clusions<br><br>Frances & Madeline Lopez<br>Single Family Dwelling 310 Sand Myrtle Trail | 250000 | 25000 |

## REMARKS (Including Special Conditions)

## CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ___00___ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST

NAME AND ADDRESS

Frances & Madeline Lopez

310 Sand Myrtle Trail
Destin FL 32541

| MORTGAGEE | | ADDITIONAL INSURED |
|---|---|---|
| LOSS PAYEE | X | Homeowner |

LOAN #

AUTHORIZED REPRESENTATIVE

Anthony DuBose

ACORD 27 (3/93)

© ACORD CORPORATION 1993

FROM :                          FAX NO. :850 269 1034        Aug. 05 2004 10:32AM P1

TO : BETH MARTIN

FROM : FRANCIS LOPEZ

2 PAGES

1. I'M SENDING A CHECK FOR $920.94

2. CHUCK WITH BANK ONE WILL BE CONTACTING YOU FOR PROOF OF INSURANCE

THANK YOU,

FRANCIS LOPEZ
(850) 650-8341

Kelly Plantation Homeowner Association
Master Flood Insurance Policy Renewal Offer

Term of July 30, 2004 to July 30, 2005

Homeowner Information:

Frances and Madeleine Lopez
310 Sand Myrtle Trail
Destin, FL   32541

Phone:    850-650-8341 or 760-214-1955
Fax:       850-650-8341
E Mail    medigmail@aol.com

Location of Insured Property:       Same as mailing

Flood Zone:       __AE_____    Attach elevation certificate if available

Limit Currently Provided:        ~~$452,000~~   250,000

Deductible:    $10% of Insured Value    ($45,200)

Premium for Term 7-30-04 to 7-30-05        $   ~~1,665.06~~   920.94

Mortgage Information:    Countrywide Home Loans, Inc.
                        ISAOA  ATIMA
                        P. O. Box 10212
                        Van Nuys, CA  91410-0212

I hereby elect to purchase the product renewal offered by Landmark American:

Homeowner _____    Date: _8/4/04_____

I hereby REJECT this offer of coverage and understand no coverage will be in force after
July 30th, 2004 under this flood insurance policy.  (DIC)

Homeowner _____    Date: _____

# EXHIBIT D

Caller Request

COPY

| | | | |
|---|---|---|---|
| Request ID: | 213443732 | Contract ID: | 58449061 |
| Request Type: | Contract Information | Amount: | $0.00 |
| Date Of Request: | 11/16/2004 | Reason: | |

Request
Description:    OK TO SERVICE

Send To
Address:    PO BOX 219
DESTIN, FL 32540-0219

Work Order:

Line Item:

Dispatch ID:

| Caller | Phone # | Role |
|---|---|---|
| MADELINE LOPEZ | (850)650-8341 | Buyer |

AHS 0088

# EXHIBIT E



Cards
American Express Cards
777 American Expressway
Ft. Lauderdale, FL 33337

October 19, 2005

**L. Scott Keehn**
L. Scott Keehn
530 B Street Suite 2400
San Diego, CA 92101

**RE: Francis J. Lopez**
**Our File No: 05285GIM3263415**

Dear Sir / Madam:

Please be advised that American Express Travel Related Services, Company, Inc. / American Express Centurion Bank is unable to comply with the above referenced subpoena request for the following reason(s):

• American Express Travel Related Services Company, Inc. does not have records responsive to the subpoena request

If we can be of further assistance please do not hesitate to contact us.

Sincerely,

Linda Y Salas, Subpoena Correspondent
Assistant to the Custodian of Records
(954) 503-7001 ext. 65943
INSFLTR

# EXHIBIT F



CORPORATION SERVICE COMPANY®

# Return of Service of Process

SLM
**Transmittal Number: 4188614**

**Return to Sender Information:**

L Scott Keehn
Robbins & Keehn, APC
530 B Street
Suite 2400
San Diego, CA 92101

| | |
|---|---|
| **Date:** | 10/04/2005 |
| **Entity:** | Chevron Texaco |
| **Title of Action:** | Francis J. Lopez vs. Chevron Texaco |
| **Court:** | U.S. Bankruptcy Court Southern District, California |
| **Case Number:** | 05-05926-PB7 |

Service of Process has been received from you on behalf of one of the defendants named in the above action.

The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.

Because two different companies can have very similar names, the name of the company for whom service is directed MUST BE IDENTICAL to the company name on file with the Secretary of State, or other appropriate state agency.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882  |  sop@cscinfo.com

# EXHIBIT G

# Valley Forge Life
## Insurance Company

October 30, 2005


L. Scott Keehn, Esq.
Robbins Keehn
530 "B" Street, Suite 2400
San Diego, CA 92101

In re: Francis J. Lopez

Dear Mr. Keehn:

Pursuant to Subpoena in a Case Under the Bankruptcy Code, please find enclosed the responsive documents for the time period June 30, 2004 to the present. Mr. Lopez is insured under Term Policy No. VITU045825. The policy has no cash value, no outstanding loans and is paid until February 5, 2006.

Should you have any questions or wish to discuss the matter further, please do not hesitate to contact me at 800-888-9772, extension 6863 or directly at 248-746-6863.

Very truly yours,

*S. L. Garbovan*

Sandra L. Garbovan
Legal Administrator


Enclosure

25800 Northwestern Highway, P O Box 600, Southfield, MI 48037-0600
Phone 1-800-888-9772     Fax    (248) 746-6846

# EXHIBIT H

 LAST NAME

 FIRST NAME

 M/R UNIT #

 ACCT#

 BIRTHDATE

 ADMIT DATE

 D/C DATE

```
NAME:       LOPEZ,FRANCIS

UNIT#:      F000328170

ACCT#:      F00708722055      ER      F.DECC
B/DAY:      07/07/1961
SER DATE:   07/03/2004
```

# DESTIN EMERGENCY CARE CENTER ENCOUNTER RECORD
## A DEPARTMENT OF FORT WALTON BEACH MEDICAL CENTER

| Patient No. F00708722055 | Unit No. F000328170 | Service Date/Time 07/03/04 1850 | Age 42 | DOB 07/07/61 | Sex M | ED Physician Abelly, Andre |
|---|---|---|---|---|---|---|

| Patient Name | LOPEZ, FRANCIS | | Allergies NKDA,NKCA,NKFA,NKA |
|---|---|---|---|

| Reason for Visit | PAIN BACK RADIATING TO LT AND MID ABD | Temp. 102.5 | Pulse 130 | Resp. 18 | B/P 142/94 | Weight 208# |
|---|---|---|---|---|---|---|

| Primary Care Physician | Unknown-Do Not Use | O2 Sat □ RA □ O2 | VISUAL ACUITY OS OD OU |
|---|---|---|---|

Mode of Arrival: POV    Accompanied By:    Tetanus Hx.: NA

TO ROOM #    Time/Initials    □ Call bell within reach    □ Pt./Family verbalizes understanding    FHT:

□ WITH CORRECTION   □ WITHOUT CORRECTION

Labs:
- CBC
- BMP
- CARDIAC ENZ
- AMYLASE
- LIPASE
- PT/PTT
- MAGNESIUM
- LFT'S
- QUICK STREP
- UA □ CCMS □ CATH
- CULTURE
- BLOOD CULTURE

- GYN PROFILE
- HCG QUAL
- HCG QUANT
- RH
- FHT
- T&S
- T&C ___ UNITS
- UR DRUG SCREEN
- BLOOD ALCOHOL

- PCXR
- CHEST
- ABD SERIES
- C-SPINE
- L-SPINE
- CT BRAIN
- IVP
- U/S PELVIC
- U/S GALLBLADDER

- OLD RECORDS
- EKG
- MONITOR
- O2 @
- ABG □ RA □ O2
- PEAK FLOW PRE&POST
- ALBUTEROL x
- ATROVENT x
- JET NEB

RADIOLOGY REPORTS:
TYPE OF TEST:  REPORT:  RADIOLOGIST:

VITAL SIGNS: TIME: TEMP. PULSE RESP B/P O2 SAT

ACCU/ TIME | FSBS | INSULIN | INITIALS | RESP TREATMENTS #1 #2 #3 | PEAK FLOW PRE POST

ORTHOSTATIC VITAL SIGNS BP | LYING | SITTING | STANDING
C/O DIZZINESS? □ YES □ NO
POSITIVE TILT? □ YES □ NO

MEDICATION / DOSE / ROUTE
- Teplock
- Darvocet-N-100 1 PO

IV'S TREATMENTS, ETC

INITIAL DECODING:

DISCHARGE □ AMA □ LWBS □ ELOPED
TIME: ___ DATE: 7-30-4 INITIALS:
CONDITION ON DISCHARGE: □ SAME □ IMPROVED □ CHANGED
TO: □ HOME □ ADMIT TO: □ NH □ TRANSFER TO
□ DECEASED
MODE: □ AMBULATORY □ CARRIED □ W/C □ CRUTCHES □ STRETCHER
ACCOMPANIED BY □ PATIENT □ FAMILY / PARENTS □ FRIEND □ EMS □ POLICE
REC'D WRITTEN INSTRUCTIONS: □ YES □ NO
RX: GIVEN □ YES □ NO    MED DISP: □ YES □ NO
FOLLOW UP INSTRUCTIONS GIVEN: □ YES □ NO
VOICED UNDERSTANDING / DENIES FURTHER QUESTIONS □ YES □ NO

SEE T-SHEET

PA-C/ARNP    MD/DO

C:\My Documents\ED Encounter Record.doc
83494
REV 5/2003

© 1996-2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

LOPEZ, FRANCIS
F00708722055      PRE ER
07/03/04   Abelly,Andre
DOB:07/07/61  42      M   MRH  F000328170

**08   Destin Urgent Care Center**
**EMERGENCY PHYSICIAN RECORD**
Low Back Pain / Injury

DATE: 7/3/4  TIME: 1948  ROOM: 9 ___ *EMS Arrival*
HISTORIAN: (patient) __paramedic __translator __other ___
AGE 42  (M) F ___
__History limited by ___

**HPI** chief complaint / location of injury:
(back pain) hx of chronic back pain
2 weeks + abd pain x 2 days.

duration / started: ___

timing
__continues in E.D.
__better
__gone now
__intermittent
__worse

recent injury: (no) __yes __possibly
how (context)? __lifting __turning/bending __fall / near-fall __trauma
when? __as above ___
where occurred? __home __work __school ___

**Location & radiation of pain:**

(pain)
paresthesias
paresis

**quality and severity of pain:**
similar to prior back pain(s)
burning   sharp   acute
dull   radiating
mild (moderate) severe
Pain Scale: ( 1-10 )

**neurologic symptoms:**
__bowel dysfunction
__bladder dysfunction
__radiation to leg
__sensori-motor loss

**Modifying Factors:**
exacerbated by:
__supine / upright position
__movement ( to right / to left / flexion )
__cough / deep breaths / nothing
Sex Urination

relieved by:
supine / upright position
(remaining still)
nothing

__Similar symptoms previously ___
__Recently seen/treated by doctor ___

☑ Agree w/ nurse's note for PFSH / ROS

**ROS**
☒ ROS below otherwise negative
GU
__trouble w/ urination
__frequent urination
__blood in urine
OTHER
__fever
subjective / to ___ °F
__chills
Women  LNMP ___
__vaginal bleeding
normal period / abnormal
__vaginal discharge
__missed/abnormal period(s)
__denies pregnancy

**NEURO & PSYCH**
__headache
__depression
ENT, PULMONARY, CVS
__sore throat
__cough
__trouble breathing
__chest pain
GI
__abdominal pain
__nausea
__vomiting
__diarrhea
__black/bloody stool
SKIN & MS
__skin rash
__neck pain

**PAST HISTORY** __Prior records ordered / reviewed ☐ Tetanus UTD
__prior back injury ___
__prior back pain
episode(s)  chronic ___
__intervertebral disc disease ___
__arthritis ___
__compression fracture(s) ___
__back surgery
laminectomy  fusion  discectomy
__Other ___

__peptic ulcer disease
documented? yes  no
__aortic aneurysm
__kidney stone
__urinary tract infectn
__prostatitis
__pancreatitis
__high blood pressure
__diabetes  insulin / oral / diet
__heart disease

Medications __none __(see list)
__ASA __NSAID __acetaminophen ___

Allergies (NKDA)
__see list

**SOCIAL HX** __smoker __drugs ___
__alcohol (recent / heavy / occasional) ___
__lives alone __lives in nursing home __lives at home ___
__occupation ___
FAMILY HX ___

Version 2002

# DESTIN EMERGENCY CARE CENTER
A Department of Fort Walton Beach Medical Center
**Patient Care Record**

Date: 7/3/04  Time: 1850  Mode of Arrival: (POV) EMS Ambulatory W/C Stretcher

Name: _Frances_  TRIAGE NURSE _Ruth Rohrbach_

Acuity: (circle) Emergent  Urgent  (Non-Urgent)

## SUBJECTIVE

**CHIEF COMPLAINT:** pain middle of back to front abd area 2 d ago

Date of Onset: 2 whs ago  Time of Onset: _____
Provoked by: movement
Quality of Pain: Sharp (Dull) Burning Pressure Other _____
Does pain Radiate: No (Yes) where around the front-side to mid abd
Severity Pain Assessment: (circle) N/A  7 /10  Constant  Intermittent
Previous Treatment:(circle) None  Meds Darvocet @ noon - advil
Other water

**INFANT/CHILD** (12 years and under)  N/A

Height/Length: _____ Inches, (as applicable) Weight: _____ # _____ Oz. _____ Kg
Head Circumference (if < 2yrs & applicable to chief complaint): _____ cms.
Childhood Immunizations: (circle) N/A UTD School Age Unknown Past Due

IS CHILD APPROPRIATE FOR DEVELOPMENTAL STAGE? YES NO

**Allergies:**(circle all that apply)
Drug Allergies (None) or Yes_____  Latex Allergies: (No) or Yes
Environmental (None) or Yes_____  IV Contrast : No or Yes

**Past Medical History** (check all that apply)  PNEUMOVAX Y / N  FLU VAC Y / N
Previous Medical History (Yes) No  Historian: (Patient)/Spouse Parent Other:

| Alcohol abuse | Cataracts/Glaucoma | GI diverticul... | Neurologic/Seizures | Tobacco |
|---|---|---|---|---|
| Anemia | CVA | GU/Renal | Orthopedic | Other |
| Asthma | Diabetes | Headaches | Psychiatric | |
| Cancer | Known Drug Abuse | Hepatitis | Respiratory/TB | |
| Cardiac | ENT | Hypertension X | Thyroid | |

**GYN History** (N/A)

LMP _____ Gravida _____ Para _____ Pregnant Y / N ? EDC _____ FHT _____ B C: _____

**Current Medications:** Circle if (See Attached List)
1) Tegac 180 daily  5)
2)  6)
3)  7)
4)  8)

**Psychosocial Assessment** (circle appropriate response)

EYE CONTACT: (Y)or N  AFFECT: (Appropriate) Anxious Depressed Flat Hostile Inappropriate manic affect
IDEATIONS: (None) Harmful to self Harmful to others  SPEECH: (Clear) Garbled Mumbled Mute Slurred
SUPPORT: Lives with spouse (family) significant other  Home health  Independent
MOTOR BEHAVIOR: (Cooperative) Agitated Restless
Does patient exhibit concern regarding financial implication of health care choices? Yes (No)

853082  FCA1 rev. 10/2000

Destin Emergency Care /Monitor/Treatment/Interventions

OPEZ, FRANCIS
)0708722055    PRE ER
'/03/04    Abelly,Andre
)B:07/07/61   42        M
RT WALTON BEACH MEDI    MR# F000328170

Patient Name: _____    Date: _____

KEY:  FT = Family Taught    PT = Patient Taught    VU = Verbal Understanding
      RD = Returned Demonstration    NR = Need Reinforcement

### VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE RATE | RESPIRATORY RATE | TEMPERATURE | PULSE OX | INITIALS |
|------|----------------|-----------|------------------|-------------|----------|----------|
|      |                |           |                  |             |          |          |
|      |                |           |                  |             |          |          |

### MONITOR

| CARDIAC MONITOR | N/A | NSR | SB | ST | SVT | VT | AFIB |
|-----------------|-----|-----|-----|-----|-----|-----|------|
| ELB | N/A | PAC's | PJC's | PVC's | | | |
| 12 Lead EKG | Time | | Time | | Time | | |

### MEDICATIONS

| TIME | MEDICATIONS | DOSE | ROUTE | SITE | RESPONSE | Pt Educated | Pt/Family Understand | INITIALS |
|------|-------------|------|-------|------|----------|-------------|----------------------|----------|
| 2 2c | Darvocet | W 100 | | po t | shed | y | y | M |
|      |             |      |       |      |          |             |                      |          |
|      |             |      |       |      |          |             |                      |          |
|      |             |      |       |      |          |             |                      |          |
|      |             |      |       |      |          |             |                      |          |

### RESPIRATORY TREATMENT

| TIME | MEDICATIONS | PULSE BEFORE | PULSE DURING | PULSE AFTER | RESPONSE | Pt Educated | Pt/Family Understand | INITIALS |
|------|-------------|--------------|--------------|-------------|----------|-------------|----------------------|----------|
|      |             |              |              |             |          |             |                      |          |
|      |             |              |              |             |          |             |                      |          |

### INTRAVENOUS

| TIME ESTABLISHED | CATH GUAGE | SITE | ATTEMPTS | Pt Educated | Pt/Family Understand | INITIALS |
|------------------|-----------|------|----------|-------------|----------------------|----------|
| 20 410 | #20 | John Chand | I | y | y | M |
| | Coprodu | Lat drain | | | | |
| TIME D/C | CATH INTACT YES/NO | APPEARANCE OF SITE | | | | |
| 512c | (YES) | good | | y | y | M |

### IV FLUIDS

| TIME | SOLUTION | RATE ORDERED | ADDITIVES | AMOUNT INFUSED | INITIALS |
|------|----------|--------------|-----------|----------------|----------|
|      |          |              |           |                |          |
|      |          |              |           |                |          |

### WOUND CARE

| TIME | WOUND CARE | EXTREMITY DRESSING/SPLINT | ICE | ELEVATE | Pt Educated | INITIALS |
|------|------------|---------------------------|-----|---------|-------------|----------|
|      |            |                           |     |         |             |          |
|      |            |                           |     |         |             |          |

### MISC PROCEDURES

| TIME | PROCEDURE | COMMENTS | INITIALS |
|------|-----------|----------|----------|
|      |           |          |          |
|      |           |          |          |
|      |           |          |          |

853106

REV 5/2003

*Please read both sides before signing.*

1. **Consent to Treatment.** I consent to the provision of medical care required to treat the condition for which I am being admitted to the Hospital, including routine diagnostic procedures and other medical treatments ordered by my physician or other healthcare professional on the Hospital's medical staff. I understand that, absent emergency or extraordinary circumstances, major medical or surgical procedures will not be performed upon me unless and until I have had an opportunity to discuss the risks and benefits of the procedure or treatment with the physician or other healthcare professional. I understand that it is the treating healthcare professional's responsibility to obtain my informed consent, and that I have the right to consent, or to refuse consent to a proposed procedure or therapeutic course after discussion with the treating healthcare professional.

   Acknowledged: _____ (initial)

2. **Patient Self-Determination Act.** I have been offered information regarding Advance Directives (such as durable powers of attorney for healthcare and living wills), and have been informed that I may receive a copy of this information at any time during my hospital stay. I have been informed that a Patient Handbook containing patient rights and responsibilities and other information relating to my stay is available to me in Patient Registration or at my request during my hospital stay. **Please initial the following applicable statements:**

   I have executed an Advance Directive and have been requested to supply a copy to the Hospital. _____
   I have not executed an Advance Directive. _____
   I wish to execute an Advance Directive at this time. _____
   I do not wish to execute an Advance Directive at this time. _____

3. **Notice of Privacy Practices.** I acknowledge that I have received the Hospital's Notice of Privacy Practices, which describes the ways in which the Hospital will use and disclose my healthcare information for treatment, payment, healthcare operations and other described and permitted uses and disclosures. I understand that I may contact the Hospital Privacy Official designated on the Notice if I have a complaint.

   Acknowledged: _____ (Initial)

4. **Payment:** I permit the Hospital and the physicians or other health professionals involved in my inpatient or outpatient care to release the healthcare information necessary to facilitate payment by a person or entity liable for payment on my behalf to such person or entity in order to verify coverage or payment questions, or for any other purpose related to benefit payment. If I am a Medicare or Medicaid patient, I authorize the release of healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim. This information may include, without limitation, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurses notes, consultations, psychological and/or psychiatric reports and discharge summary. This consent specifically includes information concerning psychological conditions, psychiatric conditions, and/or infectious diseases, including, but not limited to, blood-borne diseases such as Hepatitis, Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).

   Acknowledged: _____ (Initial)

5. **Assignment of Benefits.** In executing this assignment of benefits, I am directing the health insurance carrier or other health benefit plan providing my coverage to pay the Hospital and/or hospital-based physicians* directly for the services the Hospital and/or hospital-based physicians provide to me, my minor child, or other person entitled to health care benefits for this admission. In return for the services rendered and to be rendered by the Hospital and/or hospital-based physicians, I hereby irrevocably assign and transfer to the Hospital and/or hospital-based physicians all right, title, and interest in all benefits payable for the healthcare rendered, which are provided in any and all insurance polices and health benefit plans from which my dependents or I are entitled to recover. This assignment and transfer shall be for the

   *All sections, front and back, are incorporated by reference herein.*

---

I hereby certify that I have read and understand this Conditions of Admission and Consent for Medical Treatment Form, and I have signed this document knowingly, freely, and voluntarily. Moreover, I certify and state that I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.

☐ Patient is medically unable to sign the Conditions of Admissions

Date 7-3-04

Time 2020 ☐ a.m. ☐ p.m.

Patient/Parent/Guardian/Conservator
X _____

If other than patient, indicate relationship

Spouse (if married/available)
X _____

Witness (to Signature only)
X _____

Fort Walton Beach Medical Center
1000 Mar Walt Drive
Ft walton Beach, FL 32547
850-862-1111

Place Patient Identification Label or Account Number Here

**Conditions of Admission and Consent for Medical Treatment**

Page 1 of 2

 

| Patient | Unit # | Service/Location | Status | Account # |
|---|---|---|---|---|

**LOPEZ,FRANCIS**       F000328170   DESTIN EMERGENCY CAR   REG ER   F00708722055

### PATIENT                Alternate Address N
Soc Sec No    DOB      Age    Sex MS  Race Religion
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  07/07/61  42     M   M   W    NON
Address:  310 SAND MYRTLE TRAIL          Language:
          DESTIN, FL 32541               County: OKALOOSA COUNTY
Home Phone: (850)650-8341                Country: USA

### PATIENT EMPLOYER
SELF EMPLOYED

.,XX 00000
Work Ph: (999)999-9999        Occp:

### GUARANTOR
LOPEZ,FRANCIS J               SS#: 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   Rel/Pt: PATIENT
Address:  310 SAND MYRTLE TRAIL    Home Ph:  (850)650-8341
          DESTIN, FL 32541         County: OKALOOSA COUNTY

### GUARANTOR EMPLOYER
SELF EMPLOYED

.,XX 00000                     Work:(999)999-9999
                               Occp:

### OTHER GUARANTOR
                SS#:  --        Rel/Pt:
Address:                       Home Ph:
                               County:

### OTHER GUARANTOR EMPLOYER

                               Work:
                               Occp:

### PERSON TO NOTIFY
                    NEXT OF KIN          TEMPORARY ADDRESS
                    LOPEZ,MADELEINE
                    310 SAND MYRTLE TRAIL
                    DESTIN,FL 32541
Home:           Work:        Home:(850)650-8341 Work:            Exp:
Rel to Patient:              Rel to Patient: WIFE       Comment:

### INSURANCE#1   PC 99    Ins # 1 SELFPAY          00000
SELF PAY              Policy # 551351124
SELF PAY             Insured  LOPEZ,FRANCIS
                     Rel to Pt  PATIENT
                     Eff.         to        Rel Y Assign Y
Phone                Group  99999 - SELFPAY

### AUTHORIZATION
Auth Reqd-N  Auth Date:
Type:            No:                LOS
Auth Ph:              By:
Verf Reqd-Y  Verf Date:
Ver Ph:              By:

### INSURANCE#2      Ins # 2
                     Policy #
                     Insured
                     Rel to Pt
                     Eff.         to        Rel   Assign
Phone                Group

### AUTHORIZATION
Auth Reqd-  Auth Date:
Type:            No:                LOS
Auth Ph:              By:
Verf Reqd-  Verf Date:
Ver Ph:              By:

### INSURANCE#3      Ins # 3
                     Policy #
                     Insured
                     Rel to Pt
                     Eff.         to        Rel   Assign
Phone                Group

### AUTHORIZATION
Auth Reqd-  Auth Date:
Type:            No:                LOS
Auth Ph:              By:
Verf Reqd-  Verf Date:
Ver Ph:              By:

### OCCURRENCES
Code Type                Date    Time   Code Type
11  ONSET OF SYMPTOMS/ILLNESS    07/03/04

Adm Priority: EM
Senior Friend? N
Ins Card Copy: N
If No,reason: NASP

### CONDITIONS

Admission Comment: FS CC                         Pt Valuables: NONE         Spec Prg:

### ACCIDENT INFO
Accident ? N
Type:
Location of Accident:

Date:              Time:
Other persons involved:

### PHYSICIANS
Attending Physician          Admitting Physician          Emergency Room Physician
                                                          Abelly,Andre
Prim Care Physician          Family Physician             Other Physician

### ADMISSION/REGISTRATION
Date      Time  Source       Rm/Bed  Arrival     Principal Admitting Diagnosis/Reason for Visit    Admitted By
07/03/04  2020  SELF REFERRAL  /      AUTOMOBILE  PAIN BACK RADIATING TO LT AND MID ABD            1RSVBV0730

Fort Walton Beach Medical Center
1000 Mar-Walt Drive  Fort Walton Beach, FL 32547

REGISTRATION FORM  A7001                                         Printed  07/03/04 2022

   U#      A#   

LICENSE NUMBER
L120-250-61-247-0

FRANCIS JOSEPH LOPEZ
310 SAND MYRTLE TRAIL
DESTIN, FL 32541-0000

| BIRTH DATE | SEX | HGT | REST | ENDORSE. |
|---|---|---|---|---|
| 07-07-61 | M | 6-01 | | |

| ISSUED | EXPIRES | DUPLICATE |
|---|---|---|
| 07-24-03 | 07-07-10 | 02-25-04 |

A070402250000

SAFE DRIVER

Operation of a motor vehicle constitutes consent to any sobriety test required by law

```
RUN DATE: 07/03/04              FORT WALTON BEACH MEDICAL CENTER                    PAGE    1
RUN TIME: 2126                       CLINICAL LABORATORY
                                     1000 MAR WALT DRIVE
                                 FORT WALTON BEACH, FL.  32547


                               *** STAT BROADCAST REPORT ***
```

```
NAME: LOPEZ,FRANCIS                 AGE/SEX: 42/M              ROOM/BED:
ACCT #: F00708722055                UNIT #: F000328170         ADM DATE:
ADM PHYSICIAN:
DIAG: PAIN BACK RADIATING TO LT AND MID ABD
```

```
Specimen:  0703:FW:U00046S    Collected: 07/03/04-2040  Status:   COMP     Req#: 01240574
                              Received:  07/03/04-2040  Subm Dr: Abelly,Andre

Ordered:  UA DIPSTICK
```

| Test | Low | Normal | High | Flag | Reference | Site |
|------|-----|--------|------|------|-----------|------|
| *** URINALYSIS *** | | | | | | |
| *UA DIPSTICK* | | | | | | |
| UA COLOR | | YELLOW | | | YELLOW | DEC |
| UA APPEARANCE | | CLEAR | | | CLEAR | DEC |
| UA GLUCOSE | | NEGATIVE | | | NEGATIVE MG/DL | DEC |
| UA BILIRUBIN | | NEGATIVE | | | NEGATIVE MG/DL | DEC |
| UA KETONES | | NEGATIVE | | | NEGATIVE | DEC |
| UA SPEC GRAVITY | | 1.010 | | | 1.016-1.022 | DEC |
| UA BLOOD | | NEGATIVE | | | NEGATIVE | DEC |
| UA PH | | 6 | | | 5.0 - 9.0 | DEC |
| UA PROTEIN | | | TRACE | * | NEGATIVE MG/DL | DEC |
| UA UROBILINOGEN | | NORMAL | | | <2.0 MG/DL | DEC |
| UA NITRITE | | NEGATIVE | | | NEGATIVE | DEC |
| UA LK ESTERASE | | NEGATIVE | | | NEGATIVE | DEC |

DEC - DESTIN EMERGENCY CARE CENTER

```
PATIENT: LOPEZ,FRANCIS              ROOM/BED:              ACCT #: F00708722055
```

```
RUN DATE: 07/03/04              FORT WALTON BEACH MEDICAL CENTER                 PAGE    1
RUN TIME: 2127                        CLINICAL LABORATORY
                                      1000 MAR WALT DRIVE
                              FORT WALTON BEACH, FL.  32547

                                *** STAT BROADCAST REPORT ***
```

```
NAME: LOPEZ,FRANCIS                  AGE/SEX: 42/M                ROOM/BED:
ACCT #: F00708722055                 UNIT #: F000328170          ADM DATE:
ADM PHYSICIAN:
DIAG: PAIN BACK RADIATING TO LT AND MID ABD
```

```
Specimen: 0703:FW:H00131S    Collected: 07/03/04-2040 Status:  COMP    Req#: 01240574
                             Received:  07/03/04-2040 Subm Dr: Abelly,Andre

Ordered:  CBC
```

| Test | Low | Normal | High | Flag Reference | Site |
|------|-----|--------|------|----------------|------|

### *** HEMATOLOGY ***

### *** COMPLETE BLOOD COUNT ***

| Test | Low | Normal | High | Flag | Reference | Site |
|------|-----|--------|------|------|-----------|------|
| *CBC* | | | | | | |
| WBC | | | 13.1 | H | 4.8-10.8 K/MM3 | DEC |
| RBC | | 4.64 | | | 4.20-5.40 M/MM3 | DEC |
| HGB | | 14.2 | | | 14.0-18.0 GM/DL | DEC |
| HCT | | 40.2 | | | 39.0-55.0 % | DEC |
| MCV | | 86.6 | | | 80.0-100.0 FL | DEC |
| MCH | | 30.6 | | | 25.0-35.0 PG | DEC |
| MCHC | | 35.3 | | | 31.0-37.0 GM/DL | DEC |
| RDW | | 12.8 | | | 11.5-14.5 % | DEC |
| PLT | | 195 | | | 130-450 K/MM3 | DEC |
| MPV | | 7.8 | | | 7.4-10.4 FL | DEC |
| LYMPH % | 10.0 | | | L | 20.5-51.1 % | DEC |
| MONO % | | 3.9 | | | 2.0-9.0 % | DEC |
| LYMPH # | | 1.3 | | | 1.2-3.4 K/MM3 | DEC |
| MONO # | | 0.5 | | | 0.1-0.6 K/MM3 | DEC |
| | | | | | | |
| GRAN % | | | 86.1 | H | 42.2-75.2 % | DEC |
| GRAN # | | | 11.3 | H | 1.4-6.5 K/mm3 | DEC |

DEC - DESTIN EMERGENCY CARE CENTER

```
PATIENT: LOPEZ,FRANCIS              ROOM/BED:                    ACCT #: F00708722055
```

```
RUN DATE: 07/03/04              FORT WALTON BEACH MEDICAL CENTER                    PAGE    1
RUN TIME: 2108                        CLINICAL LABORATORY
                                       1000 MAR WALT DRIVE
                                 FORT WALTON BEACH, FL.  32547


                             *** STAT BROADCAST REPORT ***
```

```
NAME: LOPEZ,FRANCIS                    AGE/SEX: 42/M              ROOM/BED:
ACCT #: F00708722055                   UNIT #: F000328170         ADM DATE:
ADM PHYSICIAN:
DIAG: PAIN BACK RADIATING TO LT AND MID ABD
```

```
Specimen: 0703:FW:C00241S     Collected: 07/03/04-2040  Status:  COMP    Req#: 01240574
                              Received:  07/03/04-2040  Subm Dr: Abelly,Andre

Ordered:  CHEM UC
```

| Test | Low | Normal | High | Flag Reference | Site |
|------|-----|--------|------|----------------|------|

### *** CHEMISTRY ***

### *** CHEMISTRY PROFILES ***

| Test | Low | Normal | High | Flag | Reference | Site |
|------|-----|--------|------|------|-----------|------|
| *CHEM UC* | | | | | | |
| NA | 136 | | | L | 138-146 MMOL/L | DEC |
| K | | 3.7 | | | 3.5-4.9 MMOL/L | DEC |
| CL | | 105 | | | 98-107 MMOL/L | DEC |
| BUN | | 14 | | | 5-16 MG/DL | DEC |
| CREA | | 1.1 | | | 0.6-1.3 MG/DL | DEC |
| GLU | | 95 | | | 70-105 MG/DL | DEC |

DEC - DESTIN EMERGENCY CARE CENTER

```
RUN DATE: 07/03/04              FORT WALTON BEACH MEDICAL CENTER                    PAGE      1
RUN TIME: 2108                         CLINICAL LABORATORY
                                        1000 MAR WALT DRIVE
                                    FORT WALTON BEACH, FL.  32547


                             *** STAT BROADCAST REPORT ***


NAME: LOPEZ,FRANCIS                    AGE/SEX: 42/M              ROOM/BED:
ACCT #: F00708722055                   UNIT #: F000328170         ADM DATE:
ADM PHYSICIAN:
DIAG: PAIN BACK RADIATING TO LT AND MID ABD


Specimen: 0703:FW:C00241S    Collected: 07/03/04-2040 Status:  COMP    Req#: 01240574
                             Received:  07/03/04-2040 Subm Dr: Abelly,Andre

Ordered:  CHEM UC
```

| Test | Low | Normal | High | Flag | Reference | Site |
|------|-----|--------|------|------|-----------|------|
| *** CHEMISTRY *** | | | | | | |
| *** CHEMISTRY PROFILES *** | | | | | | |
| *CHEM UC* | | | | | | |
| NA | 136 | | | L | 138-146 MMOL/L | DEC |
| K | | 3.7 | | | 3.5-4.9 MMOL/L | DEC |
| CL | | 105 | | | 98-107 MMOL/L | DEC |
| BUN | | 14 | | | 5-16 MG/DL | DEC |
| CREA | | 1.1 | | | 0.6-1.3 MG/DL | DEC |
| GLU | | 95 | | | 70-105 MG/DL | DEC |

```
DEC - DESTIN EMERGENCY CARE CENTER
```

```
PATIENT: LOPEZ,FRANCIS               ROOM/BED:               ACCT #: F00708722055
```

```
RUN DATE: 07/03/04            FORT WALTON BEACH MEDICAL CENTER             PAGE      1
RUN TIME: 2108                      CLINICAL LABORATORY
                                    1000 MAR WALT DRIVE
                             FORT WALTON BEACH, FL.  32547

                            *** STAT BROADCAST REPORT ***


NAME: LOPEZ,FRANCIS                   AGE/SEX: 42/M              ROOM/BED:
ACCT #: F00708722055                  UNIT #: F000328170        ADM DATE:
ADM PHYSICIAN:
DIAG: PAIN BACK RADIATING TO LT AND MID ABD


Specimen: 0703:FW:C00241S    Collected: 07/03/04-2040 Status:  COMP    Req#: 01240574
                             Received:  07/03/04-2040 Subm Dr: Abelly,Andre

Ordered:  CHEM UC
```

| Test | Low | Normal | High | Flag | Reference | Site |
|------|-----|--------|------|------|-----------|------|

*** CHEMISTRY ***

*** CHEMISTRY PROFILES ***

| _CHEM UC_ | Low | Normal | High | Flag | Reference | Site |
|-----------|-----|--------|------|------|-----------|------|
| NA | 136 | | | L | 138-146 MMOL/L | DEC |
| K | | 3.7 | | | 3.5-4.9 MMOL/L | DEC |
| CL | | 105 | | | 98-107 MMOL/L | DEC |
| BUN | | 14 | | | 5-16 MG/DL | DEC |
| CREA | | 1.1 | | | 0.6-1.3 MG/DL | DEC |
| GLU | | 95 | | | 70-105 MG/DL | DEC |

DEC - DESTIN EMERGENCY CARE CENTER

PATIENT: LOPEZ,FRANCIS          ROOM/BED:              ACCT #: F00708722055

 LAST NAME

 FIRST NAME

 M/R UNIT #

 ACCT#

 BIRTHDATE

 ADMIT DATE

 D/C DATE

```
NAME:      LOPEZ,FRANCIS

UNIT#:     F000328170

ACCT#:     F00708756587      ER        F.DECC
B/DAY:     07/07/1961
SER DATE:  07/13/2004
```

# DESTIN EMERGENCY CARE CENTER ENCOUNTER RECORD
## A DEPARTMENT OF FORT WALTON BEACH MEDICAL CENTER

| Patient No. F00708756587 | Unit No. F000328170 | Service Date/Time 07/13/04  2236 | Age 43 | DOB 07/07/61 | Sex M | ED Physician Abelly, Andre |
|---|---|---|---|---|---|---|

| tient Name | LOPEZ, FRANCIS | Allergies : NKDA, NKCA, NKFA, NKA |
|---|---|---|

| Reason for Visit | RECHECK DIVERTICULITIS, NOT FEELING BETTER. | Temp. 98.3 | Pulse 79 | Resp. 20 | B/P 143/81 | Weight 205 |
|---|---|---|---|---|---|---|

| Primary Care Physician | Unknown - Do Not Use | O2 Sat: ☐ RA  ☐ O2 | VISUAL ACUITY |
|---|---|---|---|

VISUAL ACUITY: OS | OD | OU

| TO ROOM # 8 | Time / Initials 2236/RN | ☐ Call bell within reach  ☑ Pt./Family verbalizes understanding | FHT: |
|---|---|---|---|

| Mode of Arrival Car | Accompanied By Self | Tetanus Hx. | ☐ WITH CORRECTION  ☐ WITHOUT CORRECTION |
|---|---|---|---|

| | TIME/ INITIALS | | TIME/ INITIALS | | TIME/ INITIALS | | TIME/ INITIALS |
|---|---|---|---|---|---|---|---|
| ☐ CBC | | ☐ GYN PROFILE | | ☐ PCXR | | ☐ OLD RECORDS | |
| ☐ BMP | | ☐ HCG QUAL | | ☐ CHEST | | ☐ EKG | |
| ☐ CMP | | ☐ HCG QUANT | | ☐ ABD SERIES | | ☐ MONITOR | |
| ☐ CARDIAC ENZ | | ☐ RH | | ☐ C-SPINE | | ☐ O2 @ | |
| ☐ AMYLASE | | ☐ FHT | | ☐ L-SPINE | | | |
| ☐ LIPASE | | ☐ T&S | | ☐ CT BRAIN | | ☐ ABG    ☐ RA | |
| ☐ PT/PTT | | ☐ T&C ____ UNITS | | ☐ IVP | | ☐ O2 | |
| ☐ MAGNESIUM | | ☐ UR DRUG SCREEN | | ☐ U/S PELVIC | | ☐ PEAK FLOW | |
| ☐ LFT'S | | ☐ BLOOD ALCOHOL | | ☐ U/S | | PRE&POST | |
| ☐ QUICK STREP | | ☐. | | GALLBLADDER | | ☐ ALBUTEROL x | |
| ☐ UA  ☐ CCMS | | ☐. | | ☐. | | | |
| ☐ CATH | | ☐. | | ☐. | | ☐ ATROVENT x | |
| ☐ CULTURE | | ☐. | | ☐. | | | |
| ☐ BLOOD CULTURE | | ☐. | | ☐. | | ☐ JET NEB | |
| X_____ | | | | | | | |

| RADIOLOGY REPORTS: | TIME/INITIALS | TIME/INITIALS | VITAL SIGNS |
|---|---|---|---|

VITAL SIGNS: TIME | TEMP. | PULSE | RESP | B/P | O2 SAT

| TYPE OF TEST: | TYPE OF TEST: | |
|---|---|---|
| REPORT: | REPORT: | |
| RADIOLOGIST: | RADIOLOGIST: | |

| ACCU:/ TIME | FSBS | INSULIN | INITIALS | RESP TREATMENTS | PEAK FLOW PRE | POST | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | #1 | | | ORTHOSTATIC VITAL SIGNS | LYING | SITTING | STANDING |
| | | | | #2 | | | BP | | | |
| | | | | #3 | | | HR | | | |
| | | | | | | | C/O DIZZINESS ? | ☐ YES | ☐ NO | TIME/INI |
| | | | | | | | POSITIVE TILT ? | ☐ YES | ☐ NO | |

| MEDICATION / DOSE / ROUTE | TIME/ INITIALS | IV'S TREATMENTS, ETC | TIME/ INITIALS |
|---|---|---|---|
| | | — Continue current RX | |
| | | — FU with GI or ??? surgeon | |
| | | w/ discomfort / pain persists | |
| | | | |
| | | | |

| INITIAL DECODING; INITIALS    SIGNATURE | ☑ DISCHARGE  ☐ AMA  ☐ LWBS  ☐ ELOPED |
|---|---|

TIME: 2320    DATE: 7/13/04    INITIALS: RSC/LD
CONDITION ON DISCHARGE: ☑ SAME  ☐ IMPROVED  ☐ CHANGED
TO: ☑ HOME  ☐ ADMIT TO: _____  ☐ NH _____
☐ DECEASED,  ☐ TRANSFER TO _____
MODE: ☑ AMBULATORY ☐ CARRIED ☐ W/C ☐ CRUTCHES ☐ STRETCHER
ACCOMPANIED BY ☐ PATIENT ☐ FAMILY / PARENTS ☐ FRIEND  ☐ EMS ☐
POLICE
REC'D WRITTEN INSTRUCTIONS: ☐ YES ☐ NO
RX: GIVEN: ☐YES  ☐ NO    MED DISP: ☐ YES  ☐ NO
FOLLOW UP INSTRUCTIONS GIVEN: ☐ YES ☐ NO
VOICED UNDERSTANDING / DENIES FURTHER QUESTIONS ☐ YES  ☐ NO

☐ SEE T-SHEET

PA-C/ARNP _____    (MD) DO

© 1996-2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

LOPEZ, FRANCIS
F00708756587  PRE ER
07/13/04  Abelly,Andre
DOB:07/07/61  43      M  MRH:F000328170



**24**
Destin Urgent Care Center
# EMERGENCY PHYSICIAN RECORD
## General Adult

DATE: 7/13/4   TIME: 2330   ROOM: 8   __ EMS Arrival
HISTORIAN: (patient) __paramedic __translator __other____
AGE 43   (M) F____
__History limited by____
chief complaint: - nev on dever faulits

see note from 7/3/04

duration / started: - see 7/3/04

context: _____

signs / symptoms: - still has mild
abd pain) tired +++

quality: _____

location: N↓L 2Q abd pain

| timing: | severity: | modifying factors: |
|---|---|---|
| (still present) | (mild) | (none) |
| (better) | __moderate | |
| __gone now | __severe | |
| __worse | Pain Scale: ( 1-10) | |

__Similar symptoms previously____

__Recently seen/treated by doctor____

☑ Agree w/ nurse's note for PFSH / ROS

**ROS**
☑ ROS below otherwise negative
CONST.
__fever
__ subjective / to ____°F
__chills
ENT
__sore throat
__nasal drainage / congestion

CHEST / CVS
__cough
__sputum
__trouble breathing
__chest pain

GI
__abdominal pain
__nausea / vomiting
__diarrhea
__black / bloody stools
URINARY
__problems urinating
__frequent urination

**FEMALE GENITAL**
__abnormal bleeding/discharge
LNMP____
postmenopausal / hysterectomy

__denies pregnancy____
SKIN / Musculoskeletal
__skin rash
__back pain
__leg pain
__foot swelling

NEURO / EYES
__headache
__blackout
__lost feeling / power
__ in arm  leg  face  R / L
__difficulty walking
__difficulty with speech
__double vision
__confusion

**PAST HISTORY**  __Prior records ordered / reviewed  ☑ Tetanus UTD
__neurological problems        __lung disease
CVA   seizure disorder         asthma  emphysema

__cardiac disease____          __diabetes
heart attack (MI)  angina        insulin-dependent  diet-controlled
heart failure                    oral hypoglycemic
__high blood pressure           __high cholesterol
__other problems

Medications __none __see list    Allergies (NKDA)
__ASA  NSAID  __acetaminophen    __see list

SOCIAL HX __smoker __drugs
__alcohol (occasional / frequent / recent)
__lives alone __lives in nursing home __lives at home
__occupation
FAMILY HX____

Version 2002

*Please read both sides before signing.*

1. **Consent to Treatment.** I consent to the provision of medical care required to treat the condition for which I am being admitted to the Hospital, including routine diagnostic procedures and other medical treatments ordered by my physician or other healthcare professional on the Hospital's medical staff. I understand that, absent emergency or extraordinary circumstances, major medical or surgical procedures will not be performed upon me unless and until I have had an opportunity to discuss the risks and benefits of the procedure or treatment with the physician or other healthcare professional. I understand that it is the treating healthcare professional's responsibility to obtain my informed consent, and that I have the right to consent, or to refuse consent to a proposed procedure or therapeutic course after discussion with the treating healthcare professional.
   Acknowledged: _____ (initial)

2. **Patient Self-Determination Act.** I have been offered information regarding Advance Directives (such as durable powers of attorney for healthcare and living wills), and have been informed that I may receive a copy of this information at any time during my hospital stay. I have been informed that a Patient Handbook containing patient rights and responsibilities and other information relating to my stay is available to me in Patient Registration or at my request during my hospital stay. **Please initial the following applicable statements:**

   I have executed an Advance Directive and have been requested to supply a copy to the Hospital. _____
   I have not executed an Advance Directive. _____
   I wish to execute an Advance Directive at this time. _____
   I do not wish to execute an Advance Directive at this time. _____

3. **Notice of Privacy Practices.** I acknowledge that I have received the Hospital's Notice of Privacy Practices, which describes the ways in which the Hospital will use and disclose my healthcare information for treatment, payment, healthcare operations and other described and permitted uses and disclosures. I understand that I may contact the Hospital Privacy Official designated on the Notice if I have a complaint.
   Acknowledged: _____ (Initial)

4. **Payment:** I permit the Hospital and the physicians or other health professionals involved in my inpatient or outpatient care to release the healthcare information necessary to facilitate payment by a person or entity liable for payment on my behalf to such person or entity in order to verify coverage or payment questions, or for any other purpose related to benefit payment. If I am a Medicare or Medicaid patient, I authorize the release of healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim. This information may include, without limitation, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurses notes, consultations, psychological and/or psychiatric reports and discharge summary. This consent specifically includes information concerning psychological conditions, psychiatric conditions, and/or infectious diseases, including, but not limited to, blood-borne diseases such as Hepatitis, Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).
   Acknowledged: _____ (Initial)

5. **Assignment of Benefits.** In executing this assignment of benefits, I am directing the health insurance carrier or other health benefit plan providing my coverage to pay the Hospital and/or hospital-based physicians* directly for the services the Hospital and/or hospital-based physicians provide to me, my minor child, or other person entitled to health care benefits for this admission. In return for the services rendered and to be rendered by the Hospital and/or hospital-based physicians, I hereby irrevocably assign and transfer to the Hospital and/or hospital-based physicians all right, title, and interest in all benefits payable for the healthcare rendered, which are provided in any and all insurance polices and health benefit plans from which my dependents or I are entitled to recover. This assignment and transfer shall be for the

*All sections, front and back, are incorporated by reference herein.*

I hereby certify that I have read and understand this Conditions of Admission and Consent for Medical Treatment Form, and I have signed this document knowingly, freely, and voluntarily. Moreover, I certify and state that I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.

☐ Patient is medically unable to sign the Conditions of Admissions

Date: 7-13-04
Time: 23:00  ☐ a.m. ☐ p.m.

Patient/Parent/Guardian/Conservator
X _____

Spouse (if married/available)
X _____

If other than patient, indicate relationship

Witness (to Signature only)
X _____

Place Patient Identification Label or Account Number Here

Fort Walton Beach Medical Center
1000 Mar Walt Drive
Ft walton Beach, FL 32547
850-862-1111

**Conditions of Admission
and Consent for Medical Treatment**

Page 1 of 2

853414                    White Chart / Yellow PAS / Pink Patient                    09/03

 

| Patient | Unit # | Service/Location | Status | Account # |
|---|---|---|---|---|
| **LOPEZ,FRANCIS** | F000328170 | DESTIN EMERGENCY CAR | REG ER | F00708756587 |

**P A T I E N T**   Alternate Address? N

| Soc Sec No | DOB | Age | Sex | MS | Race | Religion |
|---|---|---|---|---|---|---|
| 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 | 07/07/61 | 43 | M | M | W | NON |

Address: 310 SAND MYRTLE TRAIL          Language:
         DESTIN, FL 32541                County: OKALOOSA COUNTY
Home Phone: (850) 650-8341              Country: USA

**P A T I E N T   E M P L O Y E R**
SELF EMPLOYED
.,XX 00000
Work Ph: (999)999-9999        Occp:

**G U A R A N T O R**
LOPEZ,FRANCIS J          SS#: 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   Rel/Pt: PATIENT
Address: 310 SAND MYRTLE TRAIL   Home Ph: (850)650-8341
         DESTIN, FL 32541        County: OKALOOSA COUNTY

**G U A R A N T O R   E M P L O Y E R**
SELF EMPLOYED
                              Work: (999)999-9999
.,XX 00000                    Occp:

**O T H E R   G U A R A N T O R**
                 SS#:   --      Rel/Pt:
Address:                      Home Ph:
                              County:

**O T H E R   G U A R A N T O R   E M P L O Y E R**
                              Work:
                              Occp:

**P E R S O N   T O   N O T I F Y**               **N E X T   O F   K I N**               **T E M P O R A R Y   A D D R E S S**
                              LOPEZ,MADELEINE
                              310 SAND MYRTLE TRAIL
                              DESTIN, FL 32541
Home:           Work:         Home: (850)650-8341 Work:              Exp:
Rel to Patient:               Rel to Patient: WIFE      Comment:

**I N S U R A N C E #1   PC**   Ins # 1 SELFPAY        00000
SELF PAY                      Policy # 551351124
SELF PAY                      Insured  LOPEZ,FRANCIS
                              Rel to Pt PATIENT
,                             Eff.      to      Rel Y Assign Y
Phone                         Group 99999 - SELFPAY

**A U T H O R I Z A T I O N**
Auth Reqd-N  Auth Date:
Type:        No:                    LOS
Auth Ph:              By:
Verf Reqd-Y  Verf Date:
Ver Ph:               By:

**I N S U R A N C E #2**        Ins # 2
                              Policy #
                              Insured
                              Rel to Pt
                              Eff.      to      Rel  Assign
Phone                         Group

**A U T H O R I Z A T I O N**
Auth Reqd-  Auth Date:
Type:        No:                    LOS
Auth Ph:              By:
Verf Reqd-  Verf Date:
Ver Ph:               By:

**I N S U R A N C E #3**        Ins # 3
                              Policy #
                              Insured
                              Rel to Pt
                              Eff.      to      Rel  Assign
Phone                         Group

**A U T H O R I Z A T I O N**
Auth Reqd-  Auth Date:
Type:        No:                    LOS
Auth Ph:              By:
Verf Reqd-  Verf Date:
Ver Ph:               By:

**O C C U R R E N C E S**              **C O N D I T I O N S**              **A C C I D E N T   I N F O**
Code Type                Date    Time  Code Type          Accident ? N
11   ONSET OF SYMPTOMS/ILLNESS  07/13/04                  Type:
                                                          Location of Accident:

                         Adm Priority: EM       Date:         Time:
                         Senior Friend? N       Other persons involved:
                         Ins Card Copy: N
                         If No,reason: NASP
Admission Comment:  FS ID COPIED MEVSNET RUN        Pt Valuables: NONE        Spec Prg:

**P H Y S I C I A N S**
Attending Physician        Admitting Physician        Emergency Room Physician
                                                      Abelly,Andre
Prim Care Physician        Family Physician           Other Physician

**A D M I S S I O N / R E G I S T R A T I O N**
| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 07/13/04 | 2300 | SELF REFERRAL | / | AUTOMOBILE | RECHECK DIVERTICULITIS,NOT FEELING BETTER. | 1RSVBV0730 |

Fort Walton Beach Medical Center
1000 Mar-Walt Drive  Fort Walton Beach, FL 32547

REGISTRATION FORM  A7001                          Printed  07/13/04 2322

   U#      A#   

*The Sunshine State*

FLORIDA DRIVER LICENSE CLASS E

LICENSE NUMBER
**L120-250-61-247-0**

FRANCIS JOSEPH LOPEZ
310 SAND MYRTLE TRAIL
DESTIN, FL 32541-0000

| BIRTH DATE | SEX | HGT. | REST. | ENDORSE |
|---|---|---|---|---|
| **07-07-61** | **M** | **6-01** | | |

| ISSUED | EXPIRES | DUPLICATE |
|---|---|---|
| **07-24-03** | **07-07-10** | **02-25-04** |

SAFE DRIVE

A070402250060

Operation of a motor vehicle constitutes consent to any sobriety test required by law

# Destin Emergency Care Center After Care Instructions

## A Department of Fort Walton Beach Medical Center

Patient Name:

*Lopez, Francis*

NOTE: The examination and treatment you have received is not intended to be a substitute for or an effort to provide complete medical care. Often additional treatment is necessary and should be provided by your family doctor or the physician to whom you have been referred.
(A copy of your records and test reports will be sent to the physician upon his/her request.)
Report to the physician any new or remaining problems because it is possible that all elements of the injury or illness may not be recognized and treated in a single visit.

Meanwhile, FOLLOW THE INSTRUCTIONS BELOW as indicated for you.

### WOUND/SUTURE CARE

- [ ] KEEP WOUND CLEAN AND DRY.
- [ ] WASH AROUND WOUND EDGE WITH _____ 3 TIMES A DAY.
- [ ] REPORT TO YOUR DOCTOR IF SWELLING, BRUISING, PUS, DRAINAGE, FOUL SMELL, NUMBNESS, FEVER OR DISCOLORATION DEVELOPS.
- [ ] KEEP WOUND COVERED WITH STERILE BANDAGE.
- [ ] IF DRESSING NEEDS TO BE CHANGED, YOU SHOULD:
  - [ ] REAPPLY STERILE DRESSING.
  - [ ] REPORT TO YOUR DOCTOR WITHIN 2 DAYS.
- [ ] STITCHES/STERI STRIPS COME OUT IN _____ DAYS.

### SPRAIN, FRACTURE AND BRUISE CARE

- [ ] APPLY ICE PACK EVERY 3 HRS. FOR 15 MINS. DURING FIRST 24 HOURS.
- [ ] APPLY HEAT EVERY 4 HRS. FOR 15 MIN. AFTER 24 HRS. OF ICE.
- [ ] KEEP INJURED PART ELEVATED AND AT REST.
- [ ] KEEP CAST CLEAN AND DRY.
- [ ] MOVE FINGERS/TOES EVERY HOUR WHILE AWAKE.
- [ ] REPORT TO YOUR DOCTOR IMMEDIATELY IF SWELLING, BRUISING, PUS, FOUL SMELL, NUMBNESS, FEVER OR DISCOLORATION DEVELOPS.
- [ ] YOU MAY WALK ON THE CAST AFTER _____ HRS.
- [ ] USE CRUTCHES FOR _____ DAYS.
- [ ] ACE WRAP FOR _____ DAYS OR UNTIL PAIN FREE. REWRAP IF TOO TIGHT OR TOO CLOSE.
- [ ] GAIT TRAINING GIVEN AND PERFORMED.
- [ ] WEAR SLING/SPLINT FOR _____ DAYS.

### HEAD INJURY CARE

- [ ] REST FOR _____ HRS.
- [ ] TAKE ONLY LIQUIDS FOR _____ HRS.
- [ ] WEAR CERVICAL COLLAR FOR _____ DAYS.
- [ ] REPORT TO YOUR DOCTOR IMMEDIATELY IF ANY OF THE FOLLOWING OCCUR:
  - Persistent headaches
  - Bleeding or clear fluid drains from nose or ears
  - Blurred or double vision
  - Black areas of eyes become irregular
  - Weakness in arms/legs
  - Persistent vomiting
  - Confusion, irritability or unusual drowsiness (if sleeping, wake up every 2 hrs. for 24 hrs.)

### EYE, EAR, NOSE AND THROAT CARE

- [ ] REST FOR _____ DAYS.
- [ ] DO NOT PUT OBJECTS INTO YOUR EARS.
- [ ] WEAR EYE PATCH FOR _____ HRS.
- [ ] DO NOT DRIVE WHILE WEARING EYE PATCH.
- [ ] AVOID BRIGHT LIGHTS/T.V. FOR _____ HRS.
- [ ] APPLY COOL COMPRESS.
- [ ] DO NOT BLOW YOUR NOSE.
- [ ] REPORT TO YOUR DOCTOR IMMEDIATELY IF BLEEDING OCCURS THROUGH PACKING.
- [ ] USE ICE PACK TO BRIDGE OF NOSE.
- [ ] FUTURE BLEEDING MAY BE STOPPED BY PINCHING NOSTRILS TOGETHER FOR A FULL 10 MINS. AND APPLYING ICE PACKS.
- [ ] WARM SALTWATER GARGLES AS DESIRED.
- [ ] SOFT FOODS FOR _____ DAYS.
- [ ] REPORT TO YOUR DOCTOR IF FEVER GREATER THAN 100.6 DEVELOPS.

### MEDICAL CARE

- [ ] DRINK PLENTY OF LIQUIDS.
- [ ] CLEAR LIQUIDS FOR _____ HRS.
- [ ] NO SOLID FOOD FOR _____ HRS.
- [ ] NO FRIED, FATTY, SPICY FOODS.
- [ ] NO ALCOHOL.
- [ ] NO CAFFEINE.
- [ ] DIET INSTRUCTIONS GIVED. (_____ DIET)
- [ ] EAT BEDTIME SNACK.
- [ ] THREE FULL MEALS EVERY DAY.
- [ ] REST FOR _____ DAYS.
- [ ] TAKE _____ ASPIRIN/TYLENOL EVERY _____ HRS.
- [ ] WARM SOAKS/HEATING PAD EVERY _____ FOR _____ MINS.
- [ ] COLD COMPRESSES/ICE PACKS EVERY _____ HRS. FOR _____ MINS.
- [ ] REDUCE/STOP SMOKING.
- [ ] REPORT TO YOUR DOCTOR IF FEVER GREATER THAN 100.6 DEVELOPS OR PAIN WORSENS.

### MEDICATIONS

- [ ] YOU HAVE BEEN GIVEN PRESCRIPTIONS FOR:
  - [ ] PAIN: _____
  - [ ] INFECTION: _____
  - [ ] OTHER(S): _____
    _____
    _____
    _____
- [ ] FOLLOW LABEL DIRECTIONS FOR PRESCRIPTIONS.
- [ ] TAKE WITH FOOD OR MILK.
- [ ] TAKE ON AN EMPTY STOMACH.
- [ ] DO NOT DRINK ALCOHOL WHILE TAKING MEDICATIONS.
- [ ] MEDICATION MAY CAUSE DROWSINESS; DO NOT DRIVE OR OPERATE MACHINERY WHILE TAKING IT.

### IMMUNIZATIONS

- [ ] DPT  [ ] DT  [ ] Tetanus Toxoid

1. If this was your first such dose of Tetanus Toxoid, you must have 2 more injections to complete this series. No. 2 should be given in 4 to 6 weeks and No. 3 should be given 6 to 12 months after No. 2. After that you should have a booster dose every 5 years if no injury requiring a booster intervenes.

2. If this was a booster dose, you will not need another booster for 5 years.

### ADDITIONAL INSTRUCTIONS

*Continue current medication*

*Follow up with GI or General surgeon if discomfort or pain persist*

*return if needed*

All X-Rays are reviewed by a radiologist. You will be notified if their interpretations differ from the interpretations of the physician who treated you. Please provide a number where you can be reached:

### WORK/SCHOOL STATEMENT

- [ ] Able to work/go to school/resume previous activities.
- [ ] Limit activity for _____ days.
- [ ] Able to return to work/attend school on ___/___/___

### FOLLOW-UP APPOINTMENTS

- [ ] Call your family doctor for a follow-up appointment. (Your doctor may wish to see the x-rays made while you were in the Destin Urgent Care Center. Please inquire about this when making your appointment.)
- [ ] Referred to: _____
- [ ] _____
  _____

I acknowledge that I have been informed of and understand all of the instructions given to me and have received a copy thereof. I have been instructed to contact a physician as soon as possible for continued medical diagnosis and care if indicated. I do not have any more questions at this time, but understand that I may call the **Destin Urgent Care Center** at any time should I have any further questions or need assistance in obtaining follow-up care.    **Phone: (850) 837-9194**

X _____    7/13/04    2320
Signature of Patient (or Authorized Representative)    Date    Time

Nurse Signature
*Gisele Davis RN*

DECLARATION OF DR. ABELLY

The undersigned states and declare as follows:

1.    That I am a  physician duly licensed to practice and practicing in the State of Florida and was the treating physician for Francis Lopez . I state such facts from my personal knowledge and if called upon to testify could so competently testify thereto.

2.    That I am employed at the emergency room at Ft. Walton BeachMedical Center in Destin, FL.   That on July 3, 2004 Francis Lopez came into the emergency room complaining of severe abdominal pain accompanied by a fever.    I attended to him and diagnosed Mr. Lopez with a case of Divirticulosis, which is an infection and inflammation of the large intestine.

3.    That I prescribed Cipro, Darvocet and Flagyll  to stop the infection and for pain relief.   The side effects of these drugs may include nausea and dizziness.    While on this regimen Mr. Lopez is not able to sustain his ordinary workload and must not be subject to stressful situations.    Forcing Mr. Lopez to travel to California and undergo the stress  of preparing for and testifying at trial might be injurious to his health. It  would not be in accord with good medical advice and could result in an aggravation of his condition and another hospital visit.

4.    Mr. Lopez should be reevaluated in the next few weeks, and if his condition has  not improved he may require further medical treatment and/or hospitalization.

5.    At this time he may be  unable to assist his attorney in trial preparation due to his condition.        I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 13, 2004 at Fort Walton, Florida.

Andre Abelly, M.D.

C:\Documents and Settings\Owner\Local Settings\Temporary Internet Files\Content.IE5\WNRV2OLL\Dec re 7-16-04.wpd

DECLARATIONS                         4

# EXHIBIT I

Sent by: ... FAX NO. : 850 269 1034     Jun. 16 2004 05:14PM  P2
FROM :
·. JUN-16-04 WED 09:32 AM   0000000     FAX NO. 000000000        P. 02

## PROMISSORY NOTE

$15,000.00                                      Nashville, Tennessee

                                                June 16, 2004

FOR VALUE RECEIVED, the undersigned hereby promises to pay to the order of Wayne M. Wise the principal sum of fifteen thousand Dollars ($15,000.00), on the following terms: on sale or refinance of maker's residence on 310 Sand Myrtle Trail, Destin, FL or not later than one year from date hereof, whichever occurs earlier, with interest at the rate of six percent (6%) per annum.

In the event this note is placed in the hands of an attorney for collection or for enforcement or protection of the security, the makers and any endorsers hereof agree to pay a reasonable attorney's fee and all court and other costs.

The makers of any endorsements hereof agree to pay reasonable attorneys fee and all court and other costs.

It is further agreed that if suit is instituted against the maker(s), that in addition to any other jurisdiction, suit may be instituted and maintained in any court of competent jurisdiction in Davidson County, Tennessee. This note, in its making and in its performance shall be governed by and subject to the laws of the State of Tennessee.

All notice of honor, demand, and protest and consents to any extensions are hereby waived. All exemptions are to be waived.

Makers:

Francis Lopez
SSN: 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

Madeleine Lopez
310 Sand Myrtle Trail
Destin, FL 32541
telephone: 850-650-8341
mobile: 760-214-1955 mobile
fax: 850-269-1034