# DOCKET NUMBER 32-7

L. Scott Keehn (61691)
Charles F. Robbins (132666)
Sarah H. Lanham (213555)
**ROBBINS & KEEHN, APC**
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for Petitioning Creditor
**ALAN STANLY**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | **Case No. 05-05926-PBINV** |
| FRANCIS J. LOPEZ, an individual, | **Involuntary Chapter 7** |
| Alleged Debtor. | **PROOF OF SERVICE** |
| | **Date:** December 19, 2005<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Peter W. Bowie<br>**Dept.:** Four (4) |

I, the undersigned, declare, that I am over eighteen years of age and not a party to this action. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

I caused to be served the following document(s):

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

1  **REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

2

3  **DECLARATION OF L. SCOTT KEEHN IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

4

5

6  **DECLARATION OF MICHAEL V. PUNDEFF IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

7

8  **DECLARATION OF SARAH H. LANHAM IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

9

10

11  **EVIDENTIARY OBJECTIONS TO DECLARATION OF FRANCIS J. LOPEZ IN SUPPORT OF MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

12

13

14  [ ]    BY PERSONAL SERVICE.  I placed a true copy of the above-named document(s) in a

15  sealed envelope clearly labeled to identify the party being served, and personally caused said such

16  envelope to be personally delivered on each addressee named hereafter:

17  **[X]**    **BY MAIL.**  I declare that I am readily familiar with this business's practice for collection

18  and processing of correspondence for mailing with the United States Postal Service, that the

19  correspondence shall be deposited with the United States Postal Service this same day in the

20  ordinary course of business; and that I enclosed a true copy of the above-named documents in a

21  sealed envelope or package, with postage thereon fully prepaid, for each addressee named

22  hereafter:

23  **M. Jonathan Hayes**
    **Law Office of M. Jonathan Hayes**
24  **21800 Oxnard Street, Suite 840**
    **Woodland Hills, CA  91367**
25  **Telephone No.:        (818) 710-3656**

26  **United States Trustee**
    **402 West Broadway, Suite 600**
27  **San Diego, CA  92101-8511**
    **Telephone No.:        (619) 557-5013**

28  / / /

1  [ ] BY OVERNIGHT DELIVERY. I enclosed the documents in an envelope or package
2  provided by an overnight delivery carrier and addressed to the persons at the addresses listed
3  below. I placed the envelope or package for collection and overnight delivery at an office or a
4  regularly utilized drop box of the overnight delivery carrier.

5  [ ] BY FAX TRANSMISSION. Based on a court order or an agreement of the parties to
6  accept service by fax transmission, I faxed a true copy of the above-named documents the persons
7  at the fax numbers listed below, and that the transmission was reported as complete and without
8  error. A copy of the record of the fax transmission, which I printed out, is attached.

9  [ ] BY FAX AND MAIL. Based on a court order or an agreement of the parties to accept
10 service by fax transmission, I faxed a true copy of the above-named documents the persons at the
11 fax numbers listed below, and that the transmission was reported as complete and without error.
12 A copy of the record of the fax transmission, which I printed out, is attached. Thereafter, I mailed
13 (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

14 [ ] BY E-MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an
15 agreement of the parties to accept service by e-mail or electronic transmission, I caused a true
16 copy of the above-named documents to be sent to the persons at the e-mail addresses listed below.
17 I did not receive, within a reasonable time after the transmission, any electronic message or other
18 indication that the transmission was unsuccessful.

19     I declare under penalty of perjury under the laws of the United States that the foregoing is
20 true and correct.

21     Executed on December 5, 2005.        //s// Sara C. Freeman
                                            **SARA C. FREEMAN**