# DOCKET NUMBER 34

L. Scott Keehn (61691)
Sarah H. Lanham (213555)
**ROBBINS & KEEHN, APC**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for Petitioning Creditor
**ALAN STANLY**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ, an individual,<br><br>Alleged Debtor.<br>_____ | **Case No. 05-05926-PBINV**<br><br>**Involuntary Chapter 7**<br><br>**ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**<br><br>**Date:** December 19, 2005<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Peter W. Bowie<br>**Dept.:** Four (4) |

Petitioning Creditor, Alan Stanly, respectfully submits this Errata to Memorandum of Points and Authorities in Opposition to Motion by Alleged Debtor for an Order Bifurcating Trial re Involuntary Petition; Setting Deadline to Add New Petition Creditors; and Requiring the Posting of a Bond.

The Table of Authorities was inadvertently omitted from the Memorandum of Points and Authorities in Opposition to Motion by Alleged Debtor for an Order Bifurcating Trial re Involuntary Petition; Setting Deadline to Add New Petition Creditors; and Requiring the Posting of a Bond.

1  The Table of Authorities is attached hereto and incorporated herein by this reference as
2  Exhibit "A".
3  Petitioning Creditor apologizes for any inconvenience this inadvertent omission may have
4  caused the parties or the Court.

6  Dated:  December 6, 2005  **ROBBINS & KEEHN**
  A Professional Corporation

9  By:  //s//  L. Scott Keehn
  L. Scott Keehn
10  Charles F. Robbins
  Sarah H. Lanham
11  Attorneys for Petitioning Creditor
  Alan Stanly

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

- 1 -

104802/SCF/5311.01

# EXHIBIT A

## **TABLE OF CONTENTS**

**Page**

I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. FACTUAL AND PROCEDURAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Stanly and Lopez' Prior Business Relationship: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    The Superior Court Actions: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    Prism Goes into Receivership and Involuntary Bankruptcy: . . . . . . . . . . . . . . . . . . . . . . . 3

    Lopez Flees to Florida: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    Stanly's Judgment and Sanctions Against Lopez: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    These Involuntary Bankruptcy Proceedings: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    Lopez' History of Stonewalling and Abusing Discovery . . . . . . . . . . . . . . . . . . . . . . . . . 5

    The Question of Creditors: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    A.   Bifurcation of Trial Is Not Proper Because it Would Result in Duplicative Testimony and Evidence and Will Not Provide Judicial Economy. . . . . . . . . . . . 8

    B.   Stanly must be allowed to complete discovery before any deadline can be set regarding the addition of new moving creditors. . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    C.   A Bond Is Not Warranted in this Case Because Petitioning Creditor Has a $50,000.00 Judgment Against the Debtor and Filed the Involuntary Petition in Good Faith. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

IV. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

## **TABLE OF AUTHORITIES**

**Page**

### **FEDERAL CASES**

*Angelo v. Armstrong World Industries*,
  11 F.3d 957 (10th Cir. 1993) .................................................. 8

*DeWitt, Porter, Huggett, Shumacher & Morgan v. Kovalic*,
  991 F.2d 1243 (7th Cir. 1993) ................................................ 8

*Hydrite Chemical Company v. Calumet Lubricants Co.*,
  47 F.3d 887 (7th Cir. 1995) ................................................... 8

*MCI Communications v. American Telegraph & Telegraph Co.*,
  708 F.2d 1081 (7th Cir. 1983) ................................................ 8

### **STATE CASES**

*Houseman v. Aviation Underwriters*,
  171 F.3d 1117 (C.A.7 Wis. 1999) ........................................... 8

*In re Reed*,
  11 B.R. 755 (Bankr. S.D. W. Va. 1981) ............................... 10, 11

*Matter of Dill*,
  13 B.R. 9 (D.Nev. 1981) ..................................................... 11

### **FEDERAL STATUTES**

11 U.S.C. § 303 ................................................... 1, 4, 5, 6, 7, 9, 10

11 U.S.C. § 544 ................................................................ 6, 9

11 U.S.C. § 545 ................................................................ 6, 9

11 U.S.C. § 547 ............................................................. 6, 7, 9

11 U.S.C. § 548 ................................................................ 6, 9

11 U.S.C. § 549 ................................................................ 6, 9

11 U.S.C. § 724 ................................................................ 6, 9

Federal Rule of Civil Procedure ................................................. 8

Federal Rule of Bankruptcy Procedure ........................................... 8

*H.R.Rep.No.95-595, 95th Cong., 1st Sess.* 323 (1977),
    U.S. Code Cong. & Admin. News 1978, p. 5787 . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095