# DOCKET NUMBER 34-1

L. Scott Keehn (61691)
Charles F. Robbins (132666)
Sarah H. Lanham (213555)
**ROBBINS & KEEHN, APC**
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for Petitioning Creditor
**ALAN STANLY**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ, an individual,<br><br>Alleged Debtor. | **Case No. 05-05926-PBINV**<br><br>**Involuntary Chapter 7**<br><br>**PROOF OF SERVICE**<br><br>**Date:** December 19, 2005<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Peter W. Bowie<br>**Dept.:** Four (4) |

I, the undersigned, declare, that I am over eighteen years of age and not a party to this action. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

I caused to be served the following document(s):

**ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION BY ALLEGED DEBTOR FOR AN ORDER BIFURCATING TRIAL RE INVOLUNTARY PETITION; SETTING DEADLINE TO ADD NEW PETITION CREDITORS; AND REQUIRING THE POSTING OF A BOND**

1  [ ]   BY PERSONAL SERVICE.  I placed a true copy of the above-named document(s) in a
2  sealed envelope clearly labeled to identify the party being served, and personally caused said such
3  envelope to be personally delivered on each addressee named hereafter:
4  **[X]   BY MAIL.**  I declare that I am readily familiar with this business's practice for collection
5  and processing of correspondence for mailing with the United States Postal Service, that the
6  correspondence shall be deposited with the United States Postal Service this same day in the
7  ordinary course of business; and that I enclosed a true copy of the above-named documents in a
8  sealed envelope or package, with postage thereon fully prepaid, for each addressee named
9  hereafter:

10  **M. Jonathan Hayes**
    **Law Office of M. Jonathan Hayes**
11  **21800 Oxnard Street, Suite 840**
    **Woodland Hills, CA  91367**
12  **Telephone No.:        (818) 710-3656**

13  **United States Trustee**
    **402 West Broadway, Suite 600**
14  **San Diego, CA  92101-8511**
    **Telephone No.:        (619) 557-5013**
15

16  [ ]   BY OVERNIGHT DELIVERY.  I enclosed the documents in an envelope or package
17  provided by an overnight delivery carrier and addressed to the persons at the addresses listed
18  below.  I placed the envelope or package for collection and overnight delivery at an office or a
19  regularly utilized drop box of the overnight delivery carrier.
20  [ ]   BY FAX TRANSMISSION.  Based on a court order or an agreement of the parties to
21  accept service by fax transmission, I faxed a true copy of the above-named documents the persons
22  at the fax numbers listed below, and that the transmission was reported as complete and without
23  error.  A copy of the record of the fax transmission, which I printed out, is attached.
24  [ ]   BY FAX AND MAIL.  Based on a court order or an agreement of the parties to accept
25  service by fax transmission, I faxed a true copy of the above-named documents the persons at the
26  fax numbers listed below, and that the transmission was reported as complete and without error.
27  A copy of the record of the fax transmission, which I printed out, is attached.  Thereafter, I mailed
28  (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

1  [ ] BY E-MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an
2  agreement of the parties to accept service by e-mail or electronic transmission, I caused a true
3  copy of the above-named documents to be sent to the persons at the e-mail addresses listed below.
4  I did not receive, within a reasonable time after the transmission, any electronic message or other
5  indication that the transmission was unsuccessful.

6  I declare under penalty of perjury under the laws of the United States that the foregoing is
7  true and correct.

8  Executed on December 6, 2005.        \_\_\_//s// Sara C. Freeman_____
                                       **SARA C. FREEMAN**

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

- 3 -                                                              104784/SHL/5311.01