# DOCKET NUMBER 35

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | FRANCIS J. LOPEZ | | |
| **Case Number:** | 05-05926-PB7 | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, DECEMBER 19, 2005 10:30 AM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | MARCIA PEARSON | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

## Matters:

1) ALLEGED DEBTOR'S MOTION FOR ORDER BIFURCATING TRIAL; SETTING A DEADLINE TO ADD NEW PETITIONING CREDITORS AND REQUIRING A BOND

2) STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER (fr. 11/29/05)

## Appearances:

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLEY

## Disposition:

Bifurcation granted as to number of creditors; bond request withdrawn
1) & 2) Hearings continued to 1/23/06 @ 10:30 a.m.