# DOCKET NUMBER 36

ROBBINS & KT    APC
ATTORNEYS
2100 NORTHEAST ILLINOIS, SD "F" STREET
SAN DIEGO, CALIFORNIA 92101

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In re:

FRANCIS J. LOPEZ,

        Alleged Debtor.

CASE NO. 05-05926-PBINV

Involuntary Chapter 7

NORTHWEST FLORIDA DAILY NEWS'
JOINDER IN INVOLUNTARY PETITION
FOR FRANCIS J. LOPEZ

Dept.:    Four
Judge:   Hon. Peter W. Bowie

      Northwest Florida Daily News ("Petitioner"), creditor of alleged debtor Francis J. Lopez, ("Lopez"), hereby joins the Involuntary Petition filed by Alan Stanly commencing the above-captioned case, and in support thereof states:

      1.    Petitioner maintains a principal place of business at <u>NORTHWEST FL</u> <u>DAILY NEWS</u>. Petitioner is owed $ <u>69.30</u> by Lopez as of the date hereof (the "Claim"). The Claim is for <u>ADVERTISEMENT + SUBSCRIPTION</u>. Petitioner did not acquire its Claim by transfer from another entity.





2.    Petitioner's Claim is non-contingent and not subject to a bona fide dispute as to its existence, nature or amount.

3.    Petitioner requests that an order for relief be entered against Lopez under Chapter 7 of Title 11 of the United States Code.

4.    Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of its knowledge, information and belief.

Dated: 12-20-05        By: _Eleanr Hyas._

ROBBINS & KT APC
ATTORNEYS
1400 UNION BANK BUILDING • 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 233-770 • TELECOPIER (619) 544-0475