# DOCKET NUMBER 36-1

L. Scott Keehn (61691)
Charles F. Robbins (132666)
Sarah H. Lanham (213555)
**ROBBINS & KEEHN, APC**
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for Petitioning Creditor
**ALAN STANLY**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | **Case No. 05-05926-PBINV** |
| FRANCIS J. LOPEZ, an individual, | **Involuntary Chapter 7** |
| Alleged Debtor. | **PROOF OF SERVICE** |

I, the undersigned, declare, that I am over eighteen years of age and not a party to this action. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

I caused to be served the following document(s):

**NORTHWEST FLORIDA DAILY NEWS' JOINDER IN INVOLUNTARY PETITION FOR FRANCIS J. LOPEZ**

/ / / / /

104977/CKL/5311.01

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

1  [ ] BY PERSONAL SERVICE. I placed a true copy of the above-named document(s) in a
2  sealed envelope clearly labeled to identify the party being served, and personally caused said such
3  envelope to be personally delivered on each addressee named hereafter:

4  **[X]  BY MAIL.**  I declare that I am readily familiar with this business's practice for collection
5  and processing of correspondence for mailing with the United States Postal Service, that the
6  correspondence shall be deposited with the United States Postal Service this same day in the
7  ordinary course of business; and that I enclosed a true copy of the above-named documents in a
8  sealed envelope or package, with postage thereon fully prepaid, for each addressee named
9  hereafter:

10  **M. Jonathan Hayes**
    **Law Office of M. Jonathan Hayes**
11  **21800 Oxnard Street, Suite 840**
    **Woodland Hills, CA  91367**
12  **Telephone No.:       (818) 710-3656**

13  **United States Trustee**
    **402 West Broadway, Suite 600**
14  **San Diego, CA  92101-8511**
    **Telephone No.:       (619) 557-5013**
15

16  [ ] BY OVERNIGHT DELIVERY. I enclosed the documents in an envelope or package
17  provided by an overnight delivery carrier and addressed to the persons at the addresses listed
18  below. I placed the envelope or package for collection and overnight delivery at an office or a
19  regularly utilized drop box of the overnight delivery carrier.

20  [ ] BY FAX TRANSMISSION. Based on a court order or an agreement of the parties to
21  accept service by fax transmission, I faxed a true copy of the above-named documents the persons
22  at the fax numbers listed below, and that the transmission was reported as complete and without
23  error. A copy of the record of the fax transmission, which I printed out, is attached.

24  [ ] BY FAX AND MAIL. Based on a court order or an agreement of the parties to accept
25  service by fax transmission, I faxed a true copy of the above-named documents the persons at the
26  fax numbers listed below, and that the transmission was reported as complete and without error.
27  A copy of the record of the fax transmission, which I printed out, is attached. Thereafter, I mailed
28  (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

1 [ ] BY E-MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the above-named documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 21, 2005.   //s// Cynthia K. Lay
**CYNTHIA K. LAY**