# DOCKET NUMBER 37

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2850 UNION BANK BUILDING 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 TELECOPIER (619) 544-9022

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FRANCIS J. LOPEZ,<br><br>           Alleged Debtor. | CASE NO. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>ALTERNATIVE RESOLUTION CENTER'S JOINDER IN INVOLUNTARY PETITION FOR FRANCIS J. LOPEZ<br><br>Dept.: Four<br>Judge:   Hon. Peter W. Bowie |

      Alternative Resolution Center ("Petitioner"), creditor of alleged debtor Francis J. Lopez, ("Lopez"), hereby joins the Involuntary Petition filed by Alan Stanly commencing the above-captioned case, and in support thereof states:

1.     Petitioner maintains a principal place of business at 11601 Wilshire Blvd. Suite 1950 Los Angeles, CA 90025. Petitioner is owed $1,575.00 by Lopez as of the date hereof (the "Claim"). The Claim is for services rendered by Judge Sarokin serving as a discovery referee, stipulated to by the parties, and appointed by the court at the request of Lopez. Petitioner did not acquire its Claim by

1   transfer from another entity.

2.  Petitioner's Claim is non-contingent and not subject to a bona fide dispute as to its existence, nature or amount.

3.  Petitioner requests that an order for relief be entered against Lopez under Chapter 7 of Title 11 of the United States Code.

4.  Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of its knowledge, information and belief.

Dated: DEC 28 05     By: _____

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2455 UNION BANK BUILDING - 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700  TELECOPIER (619) 232-6905

-2-