# DOCKET NUMBER 37-1

1  L. Scott Keehn (61691)
   Charles F. Robbins (132666)
2  Sarah H. Lanham (213555)
   **ROBBINS & KEEHN, APC**
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for Petitioning Creditor
   **ALAN STANLY**

6

7

8            **UNITED STATES BANKRUPTCY COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 In Re:                                ) **Case No. 05-05926-PBINV**
                                         )
12                                       ) **Involuntary Chapter 7**
   FRANCIS J. LOPEZ, an individual,      )
13                                       )
        Alleged Debtor.                  ) **PROOF OF SERVICE**
14                                       )
                                         )
15                                       )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20 _____)
21

22      I, the undersigned, declare, that I am over eighteen years of age and not a party to this

23 action.  I am employed in, or am a resident of, the County of San Diego, California, and my

24 business address is:  Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

25      I caused to be served the following document(s):

26 **ALTERNATIVE RESOLUTION CENTER'S JOINDER IN INVOLUNTARY
   PETITION FOR FRANCIS J. LOPEZ**
27

28 / / / / /

[ ]     BY PERSONAL SERVICE.  I placed a true copy of the above-named document(s) in a sealed envelope clearly labeled to identify the party being served, and personally caused said such envelope to be personally delivered on each addressee named hereafter:

**[X]     BY MAIL.**  I declare that I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that I enclosed a true copy of the above-named documents in a sealed envelope or package, with postage thereon fully prepaid, for each addressee named hereafter:

**M. Jonathan Hayes**
**Law Office of M. Jonathan Hayes**
**21800 Oxnard Street, Suite 840**
**Woodland Hills, CA  91367**
**Telephone No.:     (818) 710-3656**

**United States Trustee**
**402 West Broadway, Suite 600**
**San Diego, CA  92101-8511**
**Telephone No.:     (619) 557-5013**

[ ]     BY OVERNIGHT DELIVERY.  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed below.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]     BY FAX TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed a true copy of the above-named documents the persons at the fax numbers listed below, and that the transmission was reported as complete and without error.  A copy of the record of the fax transmission, which I printed out, is attached.

[ ]     BY FAX AND MAIL.  Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed a true copy of the above-named documents the persons at the fax numbers listed below, and that the transmission was reported as complete and without error.  A copy of the record of the fax transmission, which I printed out, is attached.  Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9905

105032/CKL/5311.01

1    [ ]     BY E-MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an

2   agreement of the parties to accept service by e-mail or electronic transmission, I caused a true

3   copy of the above-named documents to be sent to the persons at the e-mail addresses listed below.

4   I did not receive, within a reasonable time after the transmission, any electronic message or other

5   indication that the transmission was unsuccessful.

6         I declare under penalty of perjury under the laws of the United States that the foregoing is

7   true and correct.

8         Executed on December 29, 2005.      //s// Cynthia K. Lay

                                                 **CYNTHIA K. LAY**

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

105032/CKL/5311.01