# DOCKET NUMBER 52

Name, Address, Telephone No. & I.D. No.

L. Scott Keehn (61691)
**ROBBINS & KEEHN, APC**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Order Entered on April 07, 2006 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

FRANCIS J. LOPEZ

Alleged Debtor.

BANKRUPTCY NO. 05-05926-PBINV

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: N/A

# CONSENT ORDER ENJOINING SALE OR TRANSFER OF REAL PROPERTY LOCATED AT 310 SAND MYRTLE TRAIL, DESTIN, FLORIDA, 32541
A M E N D E D *

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  2   with exhibits, if any, for a total of  4   pages, is granted.  Motion/Application Docket Entry No.  49 

//
//
//
//
//
//

DATED: April 07, 2006

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted jointly by:

Robbins & Keehn, APC
(Firm name)

Law Offices of M. Jonathan Hayes
(Firm name)

By: //s// L. Scott Keehn
   Attorneys for  [X] Movant  [ ] Respondent

By:  //s// M. Jonathan Hayes

CSD 1001A/106358

**CONSENT ORDER ENJOINING SALE OR TRANSFER OF REAL PROPERTY LOCATED AT 310 SAND MYRTLE TRAIL, DESTIN, FLORIDA, 32541 - AMENDED\***

Debtor: Francis Lopez                                                                 BANKRUPTCY NO.   05-05926-PBINV

The Court, having reviewed the "Stipulation for Entry of Consent Order Enjoining Sale or Transfer of Debtor's Real Property" filed concurrently herewith, and good cause therefore appearing;

IT IS HEREBY ORDERED, that:

1. Until further order of this court, Francis J. Lopez, the alleged Debtor herein, together with all of his agents, employees, escrow agents, attorneys, and all persons acting pursuant to his request, or direction, or acting in concert with him, are restrained, enjoined, and prohibited from causing, permitting, or suffering the sale or transfer of any interest of Francis J. Lopez in or to that certain residential real property commonly known as 310 Sand Myrtle Trail, Destin, Florida, 32541, and more fully described in Exhibit "1" attached hereto and incorporated herein by this reference (the "Property").

2. Without limiting the generality of the foregoing, and until further order of this court, Francis J. Lopez, the alleged Debtor herein, together with all of his agents, employees, escrow agents, attorneys, and all persons acting pursuant to his request, or direction, or acting in concert with him, are restrained, enjoined, and prohibited from causing, permitting, or suffering that certain escrow mentioned at First American Title identified as Commitment No.1054-1126315 to close.

3. Francis J. Lopez shall cause a true copy of this order to be delivered to his escrow agent at First American Title with respect to Commitment No.1054-1126315, not later than April 7, 2006, by e-mail or fax.

4. A certified copy of this Order may be recorded or filed in the official Real Property Records of the county (or counties) in which the Property is located.

\*Amended to include Exhibit "1"

CSD 1001A/106358

*Signed by Judge James W. Meyers April 07,2006*

# EXHIBIT "1"

*Signed by Judge James W. Meyers April 07,2006*

# L. SCOTT KEEHN - Legal Description

**From:** "M. Jonathan Hayes" <jhayes@polarisnet.net>
**To:** "L. SCOTT KEEHN" <LSK@robbins-keehn.com>
**Date:** 4/6/2006 11:15:47 AM
**Subject:** Legal Description

The legal description is as follows:

Lot 5, Block I, KELLY PLANTATION PHASE II, according to the Plat thereof as recorded in

Plat Book 15, Page(s) 59 & 60, of the Public Records of Okaloosa County, Florida.

I have asked the title company to send me the name of the escrow.

Jon