# DOCKET NUMBER 63

L. Scott Keehn (SBN 61691)
Leslie F. Keehn (SBN 199153)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>       Alleged Debtor | Case No. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>**SUPPLEMENTAL PROOF OF SERVICE**<br><br>Date: June 26, 2006<br>Time: 2:00 p.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm: 4 |

I, the undersigned, declare, that I am over eighteen years of age and not a party to this action. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**NOTICE OF HEARING AND MOTION**

**DECLARATION OF LESLIE F. KEEHN IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**

**DECLARATION OF L. SCOTT KEEHN IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**

**DECLARATION OF ALAN STANLY IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**

**PROOF OF SERVICE**  107192/ASG/5311.01

**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**

[✔] **BY PERSONAL SERVICE:** I placed a true copy of the above-named document(s) in a sealed envelope clearly labeled to identify the party being served, and personally caused said such envelope to be personally delivered on each addressee named hereafter:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, California 92101

[✔] **BY EXPRESS MAIL:** I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for each addressee named hereafter:

M. Jonathan Hayes, Esq.
Law Office of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, California 91367

[ ] BY MAIL. I declare that I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that I enclosed a true copy of the above-named documents in a sealed envelope or package, with postage thereon fully prepaid, for each addressee named hereafter:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2006.            /s/ Michael J. Bordeaux
                                     Michael J. Bordeaux

- 2 -

**PROOF OF SERVICE**                                          107192/ASG/5311.01