# DOCKET NUMBER 67

L. Scott Keehn (SBN 61691)
Leslie F. Keehn (SBN 199153)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>Alleged Debtor | Case No. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>**ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**<br><br>Date:   June 26, 2006<br>Time:  2:00 p.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:  4 |

Attached hereto and incorporated herein by this reference is the "Table of Authorities" which was inadvertently omitted from the "**Memorandum of Points and Authorities in Support of Petitioning Creditors' Motion for Summary Judgment (Bifurcated Phase - 1)**" filed with the Court on May 29, 2006, and identified as Docket Item No. 56.

Dated:   June 14, 2006            **ROBBINS & KEEHN**
                                  A Professional Corporation


                          By:     //s// L. Scott Keehn
                                  L. Scott Keehn
                                  Leslie F. Keehn
                                  Attorneys for Petitioning Creditors

107378/5311.01

# TABLE OF AUTHORITIES

## FEDERAL CASES

*In re Agricultural Research and Technology Group, Inc.*,
   916 F.2d 528 .................................................................... 11

*In re American Ambulance Service, Inc.*,
   46 B.R. 658 ..................................................................... 16

*In re Braten*,
   99 B.R. 579 ................................................................. 5, 14

*British Airways Board v. Boeing Co.*,
   585 F.2d 946 ................................................................... 11

*In re Brooklyn Navy Yard Asbestos Litigation*,
   971 F.2d 831 ................................................................... 10

*Celotex Corp. v. Catrett*,
   477 U.S. 317 ............................................................. 10, 11

*In re Chase & Sanborn Corp.*,
   813 F.2d 1177 ................................................................. 16

*In re Chattanooga Wholesale Antiques, Inc.*,
   930 F.2d 458 ................................................................... 17

*In re Chin-Liang Chan*,
   325 B.R. 432 ................................................................... 11

*In re Crain*,
   194 B.R. 663 ........................................................... 5, 6, 14

*In re Elsub Corp.*,
   70 B.R. 797 ................................................................. 5, 14

*F.T.C. v. Gill*,
   71 F.Supp.2d 1030 ..................................................... 10, 11

*In re Hoover*,
   32 B.R. 842 ...................................................................... 6

*Matter of International Teldata Corp.*,
   12 B.R. 879 ..................................................................... 15

*In re Lewis W. Shurtleff, Inc.*,
   778 F.2d 1416 ................................................................. 17

*In re Mercer*,
   169 B.R. 694 ................................................................... 10

*Nissan Fire & Marine Insurance Co., Ltd. v. Fritz Companies, Inc.*,
   210 F.3d 1099 ................................................................. 11

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

107379/ckl/5311.01

*Matter of Rassi*,
    701 F.2d 627 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*In re Smith*,
    243 B.R. 169 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 13

*Snyder v. Dravo Corp.*,
    6 F.R.D. 546 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*In re Western World Funding, Inc.*,
    54 B.R. 470 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**FEDERAL STATUTES**

11 U.S.C. §101 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

11 U.S.C. §303(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 13, 14

11 U.S.C. §303(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 6, 11, 13, 14

11 U.S.C. §303(f) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

11 U.S.C. §547 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

11 U.S.C. §549 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

FRCP 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

FRBP 7056 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

FRBP 9014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095