# DOCKET NUMBER 67-1

L. Scott Keehn (SBN 61691)
Leslie F. Keehn (SBN 199153)
**ROBBINS & KEEHN, APC**
530 B Street, Suite 2400
San Diego, California 92101
Telephone:   619-232-1700
Facsimile:   619-544-9095

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **CASE NO. 05-05926-PBINV** |
| | **Involuntary Chapter 7** |
| **FRANCIS J. LOPEZ,** | **PROOF OF SERVICE** |
| Alleged Debtor. | |

I, the undersigned, declare, that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT (BIFURCATED PHASE - 1)**

[ ]   BY PERSONAL SERVICE:  I placed a true copy of the above document(s) in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally caused

said such envelope to be personally delivered on each addressee named hereafter:

[ ]     **BY FACSIMILE AND MAIL:** I declare that upon the prior agreement of the party being served, I served the above named documents by facsimile transmission during usual office hours from facsimile number 619-544-9095, to a facsimile machine maintained by the person on whom it is served and that the transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

**[X]     BY MAIL:** I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for each addressee named hereafter:

**United States Trustee**
**Department of Justice**
**402 West Broadway, Suite 600**
**San Diego, CA  92101**

**M. Jonathan Hayes**
**Law Office of M. Jonathan Hayes**
**21800 Oxnard Street, Suite 840**
**Woodland Hills, CA  91367**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 14, 2006.

                                        //s// Cynthia K. Lay
                                        **CYNTHIA K. LAY**