# DOCKET NUMBER 69

L. Scott Keehn (SBN 61691)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In Re:<br><br>　　　　FRANCIS J. LOPEZ,<br><br>　　　　　　Alleged Debtor<br><br>_____ | )　Case No. 05-05926-PBINV<br>)<br>)　Involuntary Chapter 7<br>)<br>)<br>)　**DECLARATION OF L. SCOTT KEEHN IN**<br>)　**OPPOSITION TO ALLEGED DEBTOR'S**<br>)　**MOTION FOR SUMMARY JUDGMENT**<br>)<br>)　Date:　June 26, 2006<br>)　Time:　2:00 p.m.<br>)　Judge: The Honorable Peter W. Bowie<br>)　Ctrm:　4<br>)<br>)<br>)<br>) |

I, L. SCOTT KEEHN, declare as follows:

1.　I am an attorney duly admitted to practice before the Courts of this State, and before the United States District Court for the Southern District of California.  I am a shareholder of the firm Robbins & Keehn, APC, counsel of record for the petitioning creditors herein.  I am the shareholder in charge of the engagement of the firm on behalf of the petitioning creditors herein, and the attorney within the firm who is most knowledgeable with respect to all aspects of this matter.

2.　In or about April of 2006, I did receive a settlement offer made by Jonathan Hayes, on behalf of Francis J. Lopez, in this matter.  The petitioning creditors do not waive the privileged confidentiality of the substance of that offer.  However, they would correct the record by

**ROBBINS & KEEHN, APC**
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

107356/5311.01

1   disclosing to the court that the terms of the offer as set forth in the "Declaration of Francis Lopez"

2   filed in support of his motion for summary judgment at page 14 lines 27 to 28, are materially

3   different from the terms of the offer communicated to me.

4        3.     During the course of the firm's engagement in this matter, I caused a documents

5   subpoena to be served upon the custodian of records for **Aurora Loan Services, LLC, A Lehman**

6   **Brothers Company**, an entity that we were informed and believed had documents that would be

7   admissible as evidence, or lead to the discovery of admissible evidence in this case.  Attached

8   hereto marked **Exhibit A** and incorporated herein by this reference are true and correct copies of

9   documents that were produced by Aurora in response to the subpoena.

10        4.     During the course of the firm's engagement in this matter, I caused a Requests For

11   Production of Documents to be served on **Lopez**, through his attorney of record.  Attached hereto

12   marked as **Exhibits B, through E, and I through N, inclusive,** and incorporated herein by this

13   reference are true and correct copies of documents that were produced by Lopez, either in

14   response to that Request, or at his deposition conducted on April 27, 2006.

15        5.     During the course of the firm's engagement in this matter, I caused a documents

16   subpoena to be served upon the custodian of records for **Household Bank**, an entity identified as a

17   creditor on the debtor's creditors list.  Attached hereto marked as **Exhibits F, G, and H,** and

18   incorporated herein by this reference are true and correct copies of documents that were produced

19   on behalf of Household Bank, in response to the subpoena.

20        6.     During the course of the firm's engagement in this matter, I caused a documents

21   subpoena to be served upon **Wayne Wise**, a person identified as a creditor on the debtor's

22   creditors list.  Attached hereto marked **Exhibit O** and incorporated herein by this reference is a

23   true and correct copy of the "Affidavit of Wayne Wise" that he caused to be produced in response

24   to the subpoena.

25        7.     Attached hereto marked as **Exhibit P,** and incorporated herein by this reference, is

26   a true and correct copy of excerpts of the **Reporter's Transcript** for the Status Conference

27   conducted on this case on May 1, 2006.

28   / / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

107356/5311.01

8.      At a hearing conducted in this case, on Monday December 19, 2005, this court granted Lopez's motion to bifurcate the proceedings into two phases.  Phase one was to be limited to the issue of whether or not the petition was supported by an adequate number of petitioners; and, Phase Two would address the issue of whether or not the alleged debtor was in fact generally paying his debts as they came due in the June 30, 2005, time frame.  The court did not require a formal order reflecting the bifurcation, and none was submitted.  However, the order is reflected in the court's minute order for that hearing which appears as docket item 35.  During the course of that hearing, the court made it clear that the bifurcation applied to discovery as well as trial.

9.      I  relied upon the bifurcation order and tailored my subsequent conduct in the case to comply with that order.  Accordingly, I did not thereafter seek to enforce pending discovery, nor did I promulgate new discovery, calculated to discover admissible evidence on the issue of whether or not Lopez was in fact paying his debts as they came due in the June 30, 2005 time frame.  Other than an announcement made at the last status conference by Lopez's attorney to the effect that he intended to bring a summary judgment motion that would dispose of both the phase one and Phase Two issues, and the summary judgment motion itself, I had no prior warning or other indication that Lopez or his counsel intended to abandon the protection that they had sought, and won, through the bifurcation order.  I objected to proceeding on the Phase Two issues before I was released from the restraint of the court's bifurcated order and permitted to conduct discovery on the Phase Two issues.[1]

10.      At this point I have not had any adequate opportunity to promulgate necessary discovery on the Phase Two issue – paying debts as they came due – which I would have promulgated but for the restraint imposed by the bifurcation order.  Specifically, I would have, at a minimum, obtained discovery as follows:

A.      Requests for admission that the debtor was not fully and timely paying his obligations as they came due in the June 30, 2005 time frame with separate requests for each creditor.

---

[1]      See Exhibit P (Transcript of 5/7/06 Status Conference) at page 11, lines 7-21.

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9995

107356/5311.01

B.      Interrogatories requesting the identification of all facts upon which any denial of the requests for admission were predicated, as well as identification of documents evidencing those facts, and witnesses that could testify to the facts revealed in response to such interrogatories.

I would have also issued interrogatories to determine whether or not Lopez had obtained any credit reporting information relating to himself or his "*credit score*" within the period from June 30, 2004, to the date of response.

I would have also issued interrogatories to obtain the identification of all lawsuits in which Lopez was a party and were pending at any time from June 30, 2004, to the date of response.

I also would have inquired via interrogatories as to whether Lopez had any credit application declined in the period of June 30, 2004, to the date of his response.

C.      Third Party Subpoenas. I would have issued subpoenas to third parties identified in the written discovery responses if it appeared from those responses that they might have admissible evidence, or documents that might lead to the discovery of admissible evidence.

D.      Depositions.  But for the bifurcation order, I would not have confined the scope of the deposition of Lopez conducted April 27, 2006, to issues that were calculated to produce admissible evidence on the issue of the number of creditors to be included in the "Section 303 Count" of creditors as of June 30, 2005.  That expanded inquiry would have been facilitated by responses obtained to written discovery as summarized above.

I would also have conducted the deposition of Madeline Lopez.  By early February of 2006, the documents produced by Aurora Loan Services in response to our subpoena, indicated, among other things, that in or about November, 2004, Madeline J. Lopez – the debtor's spouse – had refinanced their residence through a loan issued from Lehman Brothers Bank, FSB, a federal savings bank ("Lehman").  See Exhibit A for details.

I was surprised to learn from those documents that the refinancing of the residence was accomplished through a loan applied for and given solely on the credit of Madeline, and that the debtor was not identified as a borrower in that transaction. (See Exhibit A at bates number 0038 through 0041, and 0276 through 0280).  The documents also indicated that Madeline's credit score

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

107356/5311.01

at the time of the loan was 650, and that a credit score of 650 apparently fell below the acceptable "loan parameters" utilized by Lehman in evaluating a loan of that magnitude, because a specific exception to the standard loan parameters based on that low credit score was required (See Exhibit A at bates 0227). One of the legitimate inferences to be drawn from these facts is that Francis and Madeline purposefully decided that the refinancing loan would be taken solely in Madeline's name because of their concern that adverse credit information relating to Francis would be revealed as part of the application process and disqualify them for the loan. Testing the accuracy of this inference obviously required the deposition of Madeline to explore it more fully, and for the purpose of determining the facts upon which the decision for Francis not to participate in the loan process was made, as well as what adverse credit information Madeline was either aware of or concerned about at the time the decision was made. That in turn could have led to documents subpoenas, and perhaps other discovery, calculated to lead to admissible evidence demonstrating that Francis had bad credit history at the time of the refinancing application, and the bad credit information continued to and including the June 30, 2005, time frame. All of that would have been well within the scope of permissible discovery on the Phase Two issue in this case.

Deposition of Wayne Wise. The "Affidavit of Wayne Wise," produced in response to our document subpoena is neither admissible over a hearsay objection, nor a model of clarity as a precise status as of June 30, 2005. Absent the agreement of Mr. Wise to travel to San Diego to testify at trial, his deposition would have been necessary to provide admissible evidence showing that his obligation was not being performed in accordance with its terms as of June 30, 2005.

The foregoing is not an exhaustive list of discovery that would probably have been needed to adequately prepare for the Phase Two trial. It is merely a summation of the minimal discovery that would have been taken, and which is now necessary to take to fully and fairly address the issue of whether or not Lopez was in fact generally paying his debts as they came due in the June 30, 2005, time frame.

11.    I have firsthand knowledge of all of the foregoing, and if called as a witness, could and would, testify in the manner hereinabove set forth.

/ / /

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

107356/5311.01

1        I declare under penalty of perjury that the foregoing is true and correct, and that this

2    Declaration was executed on June 14, 2006, at San Diego, California.

3

4              /s/ L. Scott Keehn

          L. SCOTT KEEHN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

107356/5311.01

Documents from Aurora Loan Services

# EXHIBIT A

# AURORA LOAN SERVICES
*A Lehman Brothers Company*

Jennifer Bulmer
Paralegal - Litigation
Legal Department
Direct Dial Telephone: 720-945-4521
Facsimile: 720-945-3081
E-mail: jbulmer@alservices.com

February 1, 2006

**VIA OVERNIGHT MAIL**

L. Scott Keehn, Esq.
Robbins & Keehn, APC
530 "B" Street, Suite 2400
San Diego, CA 92101
Telephone: 619-232-1700

> **Re:**    **Francis J. Lopez; Subpoena in a case under the Bankruptcy Code**
> **Property Address: 310 Sand Myrtle Trail, Destin, FL 32541**
> **Aurora Loan Number:  0019275023**

Dear Mr. Keehn:

Aurora Loan Services LLC ("Aurora") is herein responding to the Subpoena we received on or about January 9, 2006. I have attached copies of the following documents from our files which are responsive to the Subpoena.

1)      Copy of Servicing File Documents
2)      Copy of Collateral File Documents
3)      Copy of Payment History

It is my understanding that Aurora Loan Services LLC will be released from this Subpoena and will have no further obligation to you regarding this specific matter. If my understanding is incorrect, please contact me immediately at (720) 945-4521, otherwise I will close my file.

Sincerely,

Jennifer Bulmer
Paralegal - Litigation

jb:
Enclosures

10350 Park Meadow Drive, Littleton, Colorado 80124   800.880.0128 or 720.945.3000

**NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS**

Borrower Name & Address:   MADELEINE J LOPEZ                 Loan Number:   0019275023

               310 SAND MYRTLE TRAIL
               DESTIN, FLORIDA 32541

You are hereby notified* that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from
    LEHMAN BROTHERS BANK, FSB

to
    AURORA LOAN SERVICES                              , effective      12/16/04

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. [In this case, all necessary information is combined in this one notice.]
Your present servicer is   LEHMAN BROTHERS BANK, FSB

If you have any questions relating to the transfer of servicing from your present servicer call
Customer Service at 877-266-7208                                                                                    between
8    a.m. and  5 MST  p.m. on the following days  Monday - Friday    . This is a toll-free or collect call number.

Your new servicer will be    AURORA LOAN SERVICES

The business address for your new servicer is: P.O. BOX 1706
                       SCOTTSBLUFF, NE 69363-1706
The toll-free or collect call telephone number of your new servicer is  800-550-0508
If you have any questions relating to the transfer of servicing to your new servicer call
Customer Service                                at      800-550-0508
between    8       a.m. and  5 MST  p.m. on the following days    Monday - Friday
The date that your present servicer will stop accepting payments from you is   12/16/04
The date that your new servicer will start accepting payments from you is    12/16/04
Send all payments due on or after that date to your new servicer.
The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: _____
_____
_____
_____

and you should take the following action to maintain coverage: _____
_____
_____
_____

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605):
During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.
Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:
        P.O. BOX 1706
        SCOTTSBLUFF, NE 69363-1706

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.
A Business Day is any day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.
Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

*This notification is a requirement of Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605).

LEHMAN BROTHERS BANK, FSB      11/01/2004      AURORA LOAN SERVICES      11/01/2004
PRESENT SERVICER                Date           FUTURE SERVICER            Date

^ ~553R  (9501)                    12/94

VMP MORTGAGE FORMS - (800)521-7291

AURORA 0031

# SIGNATURE/NAME AFFIDAVIT

DATE:    11/02/04

LOAN #:    0019275023

BORROWER:    MADELEINE J LOPEZ

THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.
(This signature must exactly match signatures on the Note and Mortgage or Deed of Trust.)

MADELEINE J LOPEZ
_____          _____
(Print or Type Name)                                              Signature

(If applicable, complete the following.)

I AM ALSO KNOWN AS:

MADELEINE MAGILL LOPEZ/MADELEINE LOPEZ
_____          _____
(Print or Type Name)                                              Signature

_____          _____
(Print or Type Name)                                              Signature

_____          _____
(Print or Type Name)                                              Signature

_____          _____
(Print or Type Name)                                              Signature

and that                                                                                                          are one

and the same person.

State/Commonwealth of
County/Parish of
     Okaloosa

Subscribed and sworn (affirmed) before me 

this ___ day of November 2004

_____
Notary Public in and for
the State/Commonwealth of
County/Parish of
My Commission Expires:

Lisa M. Ward
My Commission DD198599
Expires March 31 2007

VMP-304 (0103)                          VMP MORTGAGE FORMS - (800)521-7291                          3/01

AURORA 0035

100025440001953568
0019275023

Return To: AURORA LOAN SERVICES INC.
3040 Route 22 West
Branchburg, NJ, 08876

This document was prepared by:

ROSE HAHN
LEHMAN BROTHERS BANK
400 PROFESSIONAL DRIVE, SUITE 100
GAITHERSBURG, MD 20879

————————————— [Space Above This Line For Recording Data] —————————————

# MORTGAGE

MIN   100025440001953568

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated   November 2, 2004   , together with all Riders to this document.
(B) "Borrower" is

MADELEINE J LOPEZ

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is   LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK

FLORIDA -Single Family- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS   Form 3010 1/01

VMP -6A(FL) (0005)
Page 1 of 16   Initials: MC  H

VMP MORTGAGE FORMS - (800)521-7291

AURORA 0038

100025440001953568
0019275023

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_____                    _____ (Seal)
                                            MADELEINE J. LOPEZ        -Borrower

                                                                     (Address)

_____                    _____ (Seal)
                                                                     -Borrower

                                                                     (Address)

_____ (Seal)            _____ (Seal)
                         -Borrower                                  -Borrower

                         (Address)                                 (Address)

_____ (Seal)            _____ (Seal)
                         -Borrower                                  -Borrower

                         (Address)                                 (Address)

_____ (Seal)            _____ (Seal)
                         -Borrower                                  -Borrower

                         (Address)                                 (Address)

-6A(FL) (0005)                    Page 13 of 16                    Form 3010  1/01

## ⁻BORROWER'S AFFIDAVIT ⁻⁻

Date: 11/02/2004

Loan #: 0019275023
Case #:

I/We, MADELEINE J LOPEZ,

("Borrower(s)") being duly sworn according to law make the following statements and representations, which statements and representations are given to induce LEHMAN BROTHERS BANK, FSB
(Lender) to make a loan (the "Loan") to me/us, and/or to induce the Veterans Administration, and/or the Federal Housing Administration and/or a private insurer to insure/guarantee the Loan which Loan is secured by property located at:

    310 SAND MYRTLE TRAIL, DESTIN, FL 32541
                                ("Property")

**I/WE HEREBY STATE AND REPRESENT AS FOLLOWS:**

1.  **PURCHASE PRICE.** That the total purchase price for the Property is      N/A

2.  **ACKNOWLEDGMENT OF PAYMENT.** That the required down payment, settlement costs and prepaid expenses as required to legally settle this purchase of the Property were paid by me/us.

3.  **SOURCE OF FUNDS.** That no portion of the down payment, closing costs and prepaid expenses were borrowed from any source and that I/we did not incur any debts in this transaction except the subject loan and no additional agreements or kickbacks with the seller or agent have been made that have not been disclosed to the Lender.

4.  **OCCUPANCY.** That I/we (place your initials on the appropriate line below):

    ⇨    _____✓_____    presently occupy the Property as my/our principal residence; or,

         ___·_____      intend to occupy the Property on or before _____ as my/our principal residence; or
                                                                          (Date)
         _____     intend to occupy the Property as my/our second home (vacation, etc.) while maintaining my/our principal residence elsewhere (and will not use the Property for rental purposes); or,

         _____     do not intend to occupy the Property and intend to use the Property for investment/rental purposes.

5.  **MAILING ADDRESS.** That my/our correct mailing address is:

    ☑    the address for the Property which is set forth at the top of this Borrower's Affidavit; or,

    ❏    as follows:    _____

                        _____

6.  **PROPERTY INSPECTION.** That I/we have inspected the Property and accept the same;

    I/We believe the property to be structurally sound and am/are willing to close this transaction with the property in its present condition.

    I/We indemnify and hold   LEHMAN BROTHERS BANK, FSB
    harmless from any and all claims or damages arising from any and all structural defects of which I/we are now aware of or which I/we discover subsequent to loan closing.

7.  **HOA DUES.** That the Property:

    ☒ . is located in a: ❏ Condominium Project,    ☒ Planned Unit Development,    ❏ Project which assesses a maintenance charge; or

    ❏    is NOT subject to any such maintenance charge.

8.  **UTILITIES.** That I/we, acknowledge and accept that the Property:

    **WATER**

    ❏    has well water; or,

    ❏    does not have well water but is connected to a utility which provides water.

    **SEPTIC**

    ❏    has a septic system; or,

    ❏    does not have a septic system but is connected to a utility providing sewer service.

Lender or its successors or assigns, at their option and as permitted by applicable law, may: (1) receive from the Borrowers an amount sufficient to reduce the principal amount of the Loan to a level (or maximum loan to value) normally required by the Lender; (2) declare all sums secured by the Security Instrument immediately due and payable; (3) collect from the Borrower the additional fees (origination and other fees) normally charged by the Lender for non-owner-occupied loans; (4) adjust the interest rate and payment to be in accordance with program guidelines.

6.  The Borrowers are advised that the making of any misrepresentations or misstatements in this Affidavit or any other document executed in connection with the Loan, the failure to move into the property by the specified time, or a breach of any of the conditions of this Affidavit will constitute a default under the terms of and provisions of the Note and Security Instrument executed in connection with the Loan.

7.  Borrowers acknowledge that they understand that it is a federal crime punishable by a fine or imprisonment, or both to knowingly make any false statement concerning this Affidavit as applicable under the provisions of Title 18, United States Code, Sections 1001,1010 and 1014.

8.  The agreements and covenants contained in this Affidavit shall survive the closing of the Loan.

9.  This Affidavit is binding upon the parties, their heirs, administrators, executors, personal representatives, successors, and assigns.

| _____ | Date ___11-2-04___ |
| MADELEINE J LOPEZ (Signature of Borrower) | |
| _____ | Date _____ |
| (Signature of Borrower) | |
| _____ | Date _____ |
| (Signature of Borrower) | |
| _____ | Date _____ |
| (Signature of Borrower) | |

STATE of:    FLORIDA                    County ss:   Okaloosa

Subscribed and sworn to before me this    2nd    day of    November    ,    2004

WITNESS my hand and official seal.

Signature: _____

Name (typed or printed) _____

My Commission Expires: Lisa M. Ward My Commission DD198598 Expires March 31 2007

ALSOCC2

9/2004

AURORA 0041

## Loan Parameter Exception Request

**A copy of this document must be included as the TOP ITEM in the submission file**
**Your LPER Request Should Be Faxed to: (720) 945-5928**

Note: Issuance of this exception does not constitute loan approval nor does it indicate that the loan meets program acceptance. Loan approval is subject to satisfaction of underwriting criteria in the Underwriting Guidelines.

| | | |
|---|---|---|
| Date: *10/12/04* | Aurora Loan No: (Connect) *LR1046991* | Aurora Contact: |
| Seller: *Primelend America* | | Seller ID: *1510* |
| Seller Contact: *Al Bader / Marie* | Phone No: *954-929-8560* | |
| Fax # completed LPER should be sent to: ( )  *954-925-9223* | Email Address: *ab@primelendamerica.com* | |

| | | |
|---|---|---|
| Borrower Name: *Lopez, Madeleine J.* | SS#: *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* | Credit Score: *650* |
| Co-B Name: | SS#: | Credit Score: |
| Property Address: *310 Sand Myrtle Trail* | City: *Destin* | State: *Florida* |
| Reserves: (Net of Proceeds) | Appraised Value: *1,250,000* | LTV: *60.00* | CLTV: *60.00* |
| | Purchase Price: | | |
| Loan Amount: *750,000* | Ratios: *no doc* | |

| | | |
|---|---|---|
| Borrower Profession: *N/A* | Years on Job: *N/A* |
| Co-Borrower Profession: | Years on Job: |

| Occupancy | Purpose | Documentation |
|---|---|---|
| ☒ Owner Occupied | ☐ Purchase | ☐ Full/Alt Doc |
| ☐ Second Home | ☐ Refi – No Cash Out | ☐ Limited Doc |
| ☐ Non-Owner Occupied | ☒ Refi – Cash Out | ☐ No Ratio |
| | ☐ Construction/Perm | ☒ No Doc |

| Product Code | | Property Type |
|---|---|---|
| ☐ A30F – 30 Yr. Fixed | ☐ A76L – 7/6 LIBOR | ☒ SFD – PUD |
| ☐ A20F – 20 Yr. Fixed | ☐ A10L – 10/6 LIBOR | ☐ Two Unit |
| ☐ A15 F – 15 Yr. Fixed | ☐ A31L – 3/1 LIBOR | ☐ Three Unit |
| ☐ A6MH – 6-mo LIBOR High Margin | ☐ A51L – 5/1 LIBOR | ☐ Four Unit |
| ☐ A36L – 3/6 LIBOR | ☐ A71L – 7/1 LIBOR | ☐ Condo <= 4 Stories |
| ☒ A56L – 5/6 LIBOR | ☐ A101 – 10/1 LIBOR | ☐ Condo > 4 Stories |
| | ☐ Other: _____ | ☐ Condotel <= 4 Stories |
| | | ☐ Condotel > 4 Stories |
| | | ☐ Other: _____ |

| | |
|---|---|
| Description of Exception: | *Credit Score* |
| Compensating Factors: | *LTV* |

| For Aurora Use Only: | Pricing Adjustments: |
|---|---|
| ☐ Approved | Loan Amount/Program: _____ |
| ☐ Approved Subject to: _____ | Purpose: _____ |
| ☐ Declined | Occupancy: _____ |
| | Property Type: _____ |
| Aurora Exception Number: _____ | Credit Score: _____ |
| | Documentation Type: _____ |
| | Other: _____ |
| | Exception Charge: _____ |
| | Net Price to/from client: _____ |
| | Net Price to/from MI Company: _____ |

Stated adjustments to rate, margin, and/or price (if applicable are inclusive of standard Rate Sheet adjustments for the parameters noted above with the exception of interest-only, non-escrowed, prepayment premium (unless prepayment is required as indicated above) and best-efforts adjustments.

Date: _____ By: _____ Phone: (800) 880-0128 Ex._____

Comments: _____

0019275023
100025440001953568
0019275023

# ADJUSTABLE RATE NOTE

(LIBOR Six-Month Index (As Published In *The Wall Street Journal*) - Rate Caps)

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

November 2, 2004            DESTIN ,              FLORIDA
[Date]                      [City]               [State]

310 SAND MYRTLE TRAIL, DESTIN, FLORIDA 32541
[Property Address]

*1927 5023*

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 750,000.00    (this amount is called "Principal"), plus interest, to the order of Lender. Lender is
LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK

I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid Principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 5.875 %. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will pay Principal and interest by making a payment every month.

I will make my monthly payments on the first day of each month beginning on January 1 , 2005 I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on December 1, 2034 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at        LEHMAN BROTHERS BANK, FSB
400 PROFESSIONAL DRIVE, SUITE 500, GAITHERSBURG, MD 20879
or at a different place if required by the Note Holder.

(B) Amount of My Initial Monthly Payments

Each of my initial monthly payments will be in the amount of U.S. $ 4,436.54 . This amount may change.

(C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid Principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

MULTISTATE ADJUSTABLE RATE NOTE - LIBOR SIX-MONTH INDEX (AS PUBLISHED IN *THE WALL STREET JOURNAL* ) - Single Family - Fannie Mae UNIFORM INSTRUMENT
Amended for Florida

VMP®-838N(FL) (0005)            Form 3520 1/01
VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 4            Initials:



0019275023
100025440001953568
0019275023

**4. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

(A) Change Dates

The interest rate I will pay may change on the first day of **December, 2009**                                , and on that day every
**6th**   month thereafter. Each date on which my interest rate could change is called a "Change Date."

(B) The Index

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

(C) Calculation of Changes

Before each Change Date, the Note Holder will calculate my new interest rate by adding
**TWO AND 25 HUNDREDTHS**                     percentage points (            **2.250**        %) to the Current
Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%).
Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid Principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

(D) Limits on Interest Rate Changes

The interest rate I am required to pay at the first Change Date will not be greater than        **11.875**        %
or less than         **2.250**        %. Thereafter, my interest rate will never be increased or decreased on any single
Change Date by more than      **TWO**                         percentage point(s) (          **2.000**       %)
from the rate of interest I have been paying for the preceding           **6**           months. My interest rate will never be greater
than        **11.875**        %.

(E) Effective Date of Changes

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

(F) Notice of Changes

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**5. BORROWER'S RIGHT TO PREPAY**      SEE ATTACHED ADDENDUM

~~I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.~~

~~I may make a full Prepayment or partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.~~

**6. LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

Form 3520 1/01
Initials: _____

AURORA 0277

0019275023
100025440001953568
0019275023

## 7. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charges for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of     15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be     5.00     % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal that has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 8. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 10. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

Form 3520 1/01
Initials: _____

AURORA 0278

0019275023
100025440001953568
0019275023

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## 12. DOCUMENTARY TAX

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
MADELEINE J LOPEZ                 -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

*[Sign Original Only]*

AURORA 0279

## ADDENDUM TO NOTE

This addendum is made     **November 2 , 2004**                    and is incorporated into and deemed to amend and supplement the Adjustable Rate Note of the same date.

The property covered by this addendum is described in the Security Instrument and located at:

**310 SAND MYRTLE TRAIL , DESTIN , FLORIDA 32541**

### AMENDED PROVISIONS

In addition to the provisions and agreements made in the Note, I/we further covenant and agree as follows:

### ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES

**Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than     **11.875** % or less than **2.250**%. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than **TWO**                    percentage point(s) ( **2**        %) from the rate of interest I have been paying for the preceding six (6) months. My interest rate will never be greater than                    **11.875**%. My interest rate will never be less than     **2.250**     %.

### UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

In Witness Thereof, Trustor has executed this addendum.

_____
Witness

_____
Date

_____
Date

_____
Date

_____
Date

_____
**MADELEINE J LOPEZ**

_____
Date

_____
Date

_____
Date

# EXHIBIT B

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5490 9991 7848 8929 | $10,500.00 | $464.00 | 29 | 05/10/05 | $146.00 | 06/04/05 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|
| | | | | C | MAY 2005 STATEMENT | | |

**PAYMENTS AND CREDITS**
04/29    O371  MC        PAYMENT - NET ACCESS                                      90.00 CR
**PURCHASES AND ADJUSTMENTS**
05/07  05/07   9918  MC  C   LATE FEE FOR PAYMENT DUE 05/06              39.00
TOTAL FOR BILLING CYCLE FROM 04/12/2005 THROUGH 05/10/2005        $39.00        $90.00 CR

                    WORLD POINTS
                        O   MONTHLY EARNINGS
                        O   POINTS AVAILABLE
                        O   BONUS POINTS THIS MONTH
                    GO TO IBSWORLDPOINTS.COM/OFFERS
                    FOR CURRENT BONUS POINT OFFERS

---

**IMPORTANT NEWS**

          ENJOY THE CONVENIENCE AND FLEXIBILITY THE ENCLOSED CHECKS OFFER.

   YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT
   RECEIVED YOUR PAYMENT.  PLEASE SEND THE AMOUNT DUE TODAY.  IF IT HAS BEEN
                            MAILED. THANK YOU.

   MYCONCIERGE CAN ASSIST WITH HARD-TO-FIND TICKETS, DINING RESERVATIONS, UNIQUE
   GIFTS, FLOWERS, AND MUCH MORE! VISIT WWW.IBSWORLDPOINTS.COM FOR DETAILS.

---

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $10,008.23 | $90.00 | $0.00 | $39.00 | $78.77 | $0.00 | $10,036.00 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $14.00 |
|---|---|
| Current Payment | $132.00 |
| Total Minimum Payment Due | $146.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.010931% DLY | 3.99% | $0.00 |
| B. ATM, BANK | 0.054767% DLY | 19.99% | $0.00 |
| C. PURCHASES | 0.027123% DLY | 9.90% | $5.38 |
| D. OTHER BALANCES | 0.027123% DLY | 9.90% | $10,009.03 |

| FOR THIS BILLING PERIOD: |
|---|
| ANNUAL PERCENTAGE RATE...................... 9.90% |
| (Includes Periodic Rate and Transaction Fee Finance Charges.) |

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-223-7046.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: BANKCARD SERVICES, P.O. BOX 15137, WILMINGTON, DE 19886-5137 .
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: BANKCARD SERVICES, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

                              1648   51X Y 1SY 0802 0000 00
USEO10    5490 9991 7848 8929               PAGE 1 OF 1

# EXHIBIT C

FRANCIS J LOPEZ

**Bank of America** 🦅

**Account Number:**  4050 8605 1242 9141

## Your Bank of America Visa® Account

New Balance         $2,188.63

| | | |
|---|---|---|
| Total Credit Line | $2,200.00 Available Credit | $11.37 |
| Cash Limit | $1,100.00 Available Cash | $11.00 |
| Overlimit Amount | $0.00 Billing Date | 05/13/05 |
| Minimum Payment Due | $54.00 Payment Due Date | 06/07/05 |

24-Hour Customer Service        1.800.732.9194        Pay online! Visit
For Lost or Stolen Cards        1.800.848.6090        www.bankofamerica.com

### Customer Corner

**IMPORTANT NOTICE.** An **Important Summary of Changes to Your Account** can be found within this statement. Please read the information carefully and retain it for your records.

Your account is currently subject to the Penalty Rate. Once the minimum number of consecutive payments are made and you do not exceed your Credit Limit during that time, the Purchase, Cash Advance and/or Balance Transfer APRs will revert to the terms of the Additional Disclosure as modified by the **Important Summary of Changes to Your Account** within this statement.

**Important Notice:** You have a new credit card payment address. If you make your payment through an online bill pay service, please include the new address to ensure payment is received by the due date. Your new payment address is reflected on your payment coupon below.

## Transactions   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | | AMOUNT CR=CREDIT |
|---|---|---|---|---|---|
| May 07 | May 06 | 208 | PAY BY PHONE PAYMENT | | CR $50.00 |
| May 07 | May 06 | 208 | PAY BY PHONE FEE | | $10.00 |
| May 12 | May 11 | 448 | YAH*YAHOO SM BUS/MAIL | 408-349-5151 CA | $11.95 |
| May 12 | May 11 | 455 | YAH*YAHOO SM BUS/MAIL | 408-349-5151 CA | $16.90 |
| May 13 | May 13 | | PERIODIC FINANCE CHARGE | | $48.01 |

### ount Summary

| | | |
|---|---|---|
| Previous Balance | | $2,151.77 |
| Purchases | + | $28.85 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $10.00 |
| Credits | - | $0.00 |
| FINANCE CHARGE | + | $48.01 |
| Payments | - | $50.00 |
| New Balance | = | $2,188.63 |

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 26.960% | 0.07386%v D | $2,105.54 | $46.65 P |
| Cash | 26.960% | 0.07386%v D | $61.62 | $1.36 P |

**ANNUAL PERCENTAGE RATE  26.960%**                      v=Variable

#1617  54.⁰⁰

Please return remit coupon
with your payment ↓

# EXHIBIT D

FRANCIS J LOPEZ

**Bank of America**

**Account Number:** 4050 8605 1242 9141

## Your Bank of America Visa® Account

| New Balance | $2,309.52 | Past Due Amount | $54.00 |
|---|---|---|---|
| Total Credit Line | $2,200.00 | Available Credit | $0.00 |
| Cash Limit | $1,100.00 | Available Cash | $0.00 |
| Overlimit Amount | $74.52 | Billing Date | 06/13/05 |
| Minimum Payment Due | $216.52 | Payment Due Date | 07/08/05 |

24-Hour Customer Service          1.800.732.9194          Pay online! Visit
For Lost or Stolen Cards          1.800.848.6090          www.bankofamerica.com

### Transactions    View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| Jun 08 | Jun 08 | | LATE PAYMENT FEE | $35.00 |
| Jun 13 | Jun 13 | | OVERLIMIT FEE ASSESSED FOR JUN 13, 2005 | $35.00 |
| Jun 13 | Jun 13 | | PERIODIC FINANCE CHARGE | $50.89 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | | $2,188.63 |
| Purchases | + | $0.00 |
| Advances | + | $0.00 |
| Other Debits | + | $70.00 |
| Credits | | $0.00 |
| FINANCE CHARGE | + | $50.89 |
| Payments | - | $0.00 |
| New Balance | = | $2,309.52 |
| Past Due Amount | = | $54.00 |

### Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 27.080% | 0.07419%v D | $2,151.11 | $49.47 P |
| Cash | 27.080% | 0.07419%v D | $62.04 | $1.42 P |

**ANNUAL PERCENTAGE RATE 27.080%**          v=Variable

When your accounts become Bank of America accounts, you may be unable to use your ATM or Check Card to access your Credit Card account at the ATM. To regain access, call the Customer Service and Support number on the back of your ATM or Check Card to request that your Credit be re-linked.

### Customer Corner

Check out the new line of products created exclusively for Bank of America customers: shop online at 'www.bankofamericastore.com /customer'. From a currency converter to a document holder, you will find tools to help manage and organize your finances.

Save $20.00 at a BLOCKBUSTER® store near you!

Just try Great Fun®, the super discount dining and entertainment service for 2 months for only $1. You'll save with up to 50% discounts at favorite restaurants and hotels across town and across the country. Go to www.greatfunonline.com/offer and sample the savings for yourself. Starting with your $20.00 BLOCKBUSTER Gift Card! When you enroll and try Great Fun. Certain limitations, restrictions, and exclusions apply.

Please return remit coupon with your payment ↓

**Bank of America** 

0005000  0021652  0230952  4050860512429141

BANK OF AMERICA
PO BOX 650260
DALLAS  TX  75265-0260

617 1 AT .292  06-13-2330-00MS-411-T=004

FRANCIS J LOPEZ                    **P0000617
PO BOX 219
DESTIN, FL  32540-0219

| Payment Coupon | |
|---|---|
| Account Number | 4050 8605 1242 9141 |
| Payment Due Date | 07/08/05 |
| Total Minimum Payment Due | $216.52 |
| **New Balance:** $2,309.52 | |

Amount Enclosed
$ [         ]
Make check or money order payable to Bank of America.

⑆5240222501⑆011405124291410⑈

# EXHIBIT E



**BEST BUY**
**GET YOURS**
Thousands of Possibilities

**Customer Service (Servicio al Cliente):** 1-800-420-5981

Payment Address: Retail Services PO Box 5238 Carol Stream IL 60197-5238
Mail Billing Inquiries to: Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

**Statement Date:** 05/03/2005

## Account Summary

Account Number: 7021-2701-0278-5762

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|
| 05/28/2005 | $252.00 | $2,898.85 | $186.00 | $0.00 |

FOR $15 YOU CAN TAKE ADVANTAGE OF OUR PAY BY PHONE PROGRAM. AVOID FURTHER COLLECTION ACTIVITY. CALL 1-800-420-5981

Please see reverse for important disclosures, including grace period information.

## Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 04/04/2005 | Previous Balance | | $2,807.49 |
| 04/28/2005 | Late Charge Assessment | | $35.00 |
| 05/03/2005 | Billed Finance Charges | | $56.36 |
| 05/03/2005 | New Balance | | $2,898.85 |

## Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variable Daily Periodic Rate | Corresponding APR | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Purchase 04001-01 | N/A | N/A | $1,691.76 | $1,708.09 | 0.06616% | 24.15% | 24.15% | $33.90 | N/A | $1,725.66 | $231.86 |
| Regular Purchase 04005-02 | N/A | N/A | $601.05 | $606.85 | 0.06616% | 24.15% | 24.15% | $12.04 | N/A | $613.09 | $20.14 |
| Regular Purchase 00007-03 | N/A | N/A | $322.72 | $332.84 | 0.06616% | 24.15% | 24.15% | $6.58 | N/A | $364.30 | $.00 |
| Regular Purchase 04010-04 | N/A | N/A | $191.96 | $193.81 | 0.06616% | 24.15% | 24.15% | $3.84 | N/A | $195.80 | $.00 |

STMT1723H (04/04)

Page 1 of 1    05030030124

Please return coupon below with your payment.

**BEST BUY CO., INC.**

**Customer Service (Servicio al Cliente):** 1-800-420-5981

| ACCOUNT NUMBER | NEW BALANCE | PAYMENT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 7021-2701-0278-5762 | $2,898.85 | 05/28/2005 | 05/19/2005 | $252.00 |

**AMOUNT ENCLOSED** $

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219

00169

Please complete using black or blue ink only.
Make checks payable to Retail Services. Include your account number on your check or money order.

RETAIL SERVICES
PO BOX 5238
CAROL STREAM IL 60197-5238

0     002898850002520000070212701027857620016 94

**BEST BUY**
Thousands of Possibilities

GET YOURS

**Customer Service (Servicio al Cliente):** 1-800-420-5981

Payment Address: Retail Services PO Box 5238 Carol Stream IL 60197-5238
Mail Billing Inquiries to: Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

**Statement Date:** 05/03/2005

## Account Summary

**Account Number: 7021-2701-0278-5762**

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|
| 05/28/2005 | $252.00 | $2,898.85 | $186.00 | $0.00 |

FOR $15 YOU CAN TAKE ADVANTAGE OF OUR PAY BY PHONE PROGRAM. AVOID FURTHER COLLECTION ACTIVITY. CALL 1-800-420-5981

Please see reverse for important disclosures, including grace period information.

## Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 04/04/2005 | Previous Balance | | $2,807.49 |
| 04/28/2005 | Late Charge Assessment | | $35.00 |
| 05/03/2005 | Billed Finance Charges | | $56.36 |
| 05/03/2005 | New Balance | | $2,898.85 |

## Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variable Daily Periodic Rate | Corresponding APR | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Purchase 04001-01 | N/A | N/A | $1,691.76 | $1,708.09 | 0.06616% | 24.15% | 24.15% | $33.90 | N/A | $1,725.66 | $231.86 |
| Regular Purchase 04005-02 | N/A | N/A | $601.05 | $606.85 | 0.06616% | 24.15% | 24.15% | $12.04 | N/A | $613.09 | $20.14 |
| Regular Purchase 00007-03 | N/A | N/A | $322.72 | $332.84 | 0.06616% | 24.15% | 24.15% | $6.58 | N/A | $364.30 | $.00 |
| Regular Purchase 04010-04 | N/A | N/A | $191.96 | $193.81 | 0.06616% | 24.15% | 24.15% | $3.84 | N/A | $195.80 | $.00 |

STMT-173H (04/04)

Page 1 of 1    05030030124

Please return coupon below with your payment.

**BEST BUY CO., INC.**

**Customer Service (Servicio al Cliente): 1-800-420-5981**

| ACCOUNT NUMBER | NEW BALANCE | PAYMENT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 7021-2701-0278-5762 | $2,898.85 | 05/28/2005 | 05/19/2005 | $252.00 |

**AMOUNT ENCLOSED** $

Please complete using black or blue ink only.
Make checks payable to Retail Services. Include your
account number on your check or money order.

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219

00169

RETAIL SERVICES
PO BOX 5238
CAROL STREAM IL 60197-5238

0

0028988500025200000702127010278576200169

# EXHIBIT F

HOUSEHOLD BANK GOLD MASTERCARD STATEMENT

FRANCIS J LOPEZ

Page 1 of 2

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | | |
|---|---|---|---|---|---|---|
| ACCOUNT 5176-6900-0673-2635 NUMBER | | OVERLIMIT AMOUNT | $156.19 | PREVIOUS BALANCE | | $2,046.17 |
| TOTAL CREDIT LIMIT | $2,000 | MINIMUM PAYMENT* | $54.00 | PAYMENTS/CREDITS | - | $0.00 |
| TOTAL CREDIT LIMIT | $0 | CURRENT PAYMENT DUE* | $210.19 | PURCHASES/DEBITS | + | $64.00 |
| AVAILABLE | | PAYMENT DUE DATE | 05/06/05 | | | |
| CASH CREDIT LIMIT, | $800 | PAST DUE AMOUNT | $102.00 | | | |
| CASH LIMIT AVAILABLE | $0 | | | FINANCE CHARGE | + | $46.02 |
| STATEMENT DATE | 04/13/05 | *See reverse side for an explanation of these amounts. | | NEW BALANCE | = | $2,156.19 |

.Cash Credit Limit is a portion of the Total Credit Limit

Household Bank Rewards Summary

Earnings to expire in December 2008      3,913

Previous Earnings      3,913
Earnings                   0
Total Earnings         3,913

TRANSACTION SUMMARY

| TRAN DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 04/07 | 04/07 | LATE CHARGE ASSESSMENT | 1000000300000099851700 | $35.00 | |
| 03/14 | 03/14 | OVERLIMIT CHARGE ASSESSMENT | 1000000300000099861100 | $29.00 | |

MAIL PAYMENTS TO:                    QUESTIONS?                         MAIL INQUIRIES TO:
HOUSEHOLD CREDIT SERVICES       24-HOUR CUSTOMER SERVICE        HOUSEHOLD CREDIT SERVICES
PO BOX 5222                              1-800-477-6000                       PO BOX 81622
CAROL STREAM IL 60197-5222OUTSIDE USA, COLLECT: 1-757-523-3880    SALINAS CA 93912-1622
                                TDD HEARING IMPAIRED: 1-800-395-9020
                                Manage your account online at:
                                     www.householdbank.com
080370 E 13  000000030O G           STMT38      D          D
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT:
To Assure Proper Credit Please Write Your Account Number On Your Check

Account Number                        5176-6900-0673-2635

New Balance             $2,156.19
Payment Due Date        05/06/05      Current Payment Due $210.19

Make checks payable to HOUSEHOLD CREDIT SERVICES . Please write your account
number on your check. Do not fold, staple or clip. Do not send cash. Please
send your payment 7 days prior to the payment due date to ensure
timely delivery.

                            Amount
                            Enclosed

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219              HOUSEHOLD CREDIT SERVICES
                                 PO BOX 5222
                                 CAROL STREAM IL 60197-5222

51766900067326350002101900215619б

13200504IIPSHHL_00150035186690006136695
HOUSEHOLD BANK GOLD MASTERCARD STATEMENT

FRANCIS J LOPEZ

Page 2 of 2

TRANSACTION SUMMARY

| TRAN DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|-----------|-----------|------------------------|------------------|----------------|---------|

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-395-0500.

FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge/ Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $2,105.19 | .07052% | 31 | $46.00 | 25.74% |
| CASH ADVANCES | $0.00 | .00000% | 31 | $0.00 | 22.99% |

ANNUAL PERCENTAGE RATE*25.740%

**May be higher than Nominal Annual Percentage Rate if statement includes misc. finance charges.

MAIL PAYMENTS TO:                    QUESTIONS?                 MAIL INQUIRIES TO:
HOUSEHOLD CREDIT SERVICES............24-HOUR CUSTOMER SERVICE....HOUSEHOLD CREDIT SERVICES
PO BOX 5222                          1-800-477-6000             PO BOX 81622
CAROL STREAM IL 60197-5222 OUTSIDE USA, COLLECT: 1-757-523-3880  SALINAS CA 93912-1622
                  TDD HEARING IMPAIRED: 1-800-395-9020
                  Manage your account online at:
                  www.householdbank.com
080370 E 13   0000000300 G          STM138      D         D
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT:
To Assure Proper Credit Please Write Your Account Number On Your Check

Account Number                          5176 6900 0673 2635

New Balance              $2,156.19
Payment Due Date         05/08/05      Current Payment Due $210.19

Make checks payable to HOUSEHOLD CREDIT SERVICES . Please write your account
number on your check. Do not fold, staple or clip. Do not send cash. Please
send your payment 7 days prior to the payment due date to ensure
timely delivery.

                          Amount
                          Enclosed

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219
                          HOUSEHOLD CREDIT SERVICES
                          PO BOX 5222
                          CAROL STREAM IL 60197-5222

517669000673263500021019002156196

# EXHIBIT G

1320050SHCSHHL 0015001512669000062732635
HOUSEHOLD BANK GOLD MASTERCARD STATEMENT

FRANCIS J LOPEZ

Page 1 of 2

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | | |
|---|---|---|---|---|---|---|
| ACCOUNT 5176-6900-0673-2635 NUMBER | | OVERLIMIT AMOUNT | $266.91 | PREVIOUS BALANCE | | $2,156.19 |
| | | MINIMUM PAYMENT* | $57.00 | PAYMENTS/CREDITS | - | $0.00 |
| TOTAL CREDIT LIMIT | $2,000 | CURRENT PAYMENT DUE* | $323.91 | PURCHASES/DEBITS | + | $64.00 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 | PAYMENT DUE DATE | 06/07/05 | | | |
| CASH CREDIT LIMIT. | $800 | PAST DUE AMOUNT | $156.00 | | | |
| CASH LIMIT AVAILABLE | $0 | *See reverse side for an ex- | | FINANCE CHARGE | + | $46.72 |
| STATEMENT DATE | 05/13/05 | planation of these amounts. | | NEW BALANCE | = | $2,266.91 |

.Cash Credit Limit is a portion of the Total Credit Limit

Household Bank Rewards Summary

Earnings to expire in December 2006       3,913

Previous Earnings       3,913
Earnings       0
Total Earnings       3,913

TRANSACTION SUMMARY

| TRAN DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 05/0605/06 | | LATE CHARGE ASSESSMENT | 10000003000000999862810 | $35.00 | |
| 04/2304/24 | | OVERLIMIT CHARGE ASSESSMENT | 10000003000000999783930 | $29.00 | |

MAIL PAYMENTS TO:                    QUESTIONS?                      MAIL INQUIRIES TO:
HOUSEHOLD CREDIT SERVICES    24-HOUR CUSTOMER SERVICE        HOUSEHOLD CREDIT SERVICES
PO BOX 5222                       1-800-477-6000               PO BOX 61622
CAROL STREAM IL 60197-5222OUTSIDE USA, COLLECT: 1-757-523-3880   SALINAS CA 93912-1622
                         TDD HEARING IMPAIRED: 1-800-395-9020
                          Manage your account online at:
                               www.householdbank.com
080370 E 13   0000000300 G        STMT38    D       D
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT:
To Assure Proper Credit Please Write Your Account Number On Your Check

                 Account Number                          5176-6900-0673-2635

                 New Balance          $2,266.91
                 Payment Due Date      06/07/05    Current Payment Due $323.91

                 Make checks payable to HOUSEHOLD CREDIT SERVICES . Please write your account
                 number on your check. Do not fold, staple or clip. Do not send cash. Please
                 send your payment 7 days prior to the payment due date to ensure
                 timely delivery.

                                    Amount
                                    Enclosed


FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219
                              HOUSEHOLD CREDIT SERVICES
                              PO BOX 5222
                              CAROL STREAM IL 60197-5222


                 5176690006732635000032391002266912

FRANCIS J LOPEZ

Page 2 of 2

TRANSACTION SUMMARY

| TRAN DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|-----------|-----------|------------------------|------------------|----------------|---------|

IF YOU ARE UNABLE TO SEND YOUR PAYMENT TODAY, PLEASE CALL 800-395-0500 TO DISCUSS A
REPAYMENT ARRANGEMENT.

FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge/ Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $2,208.18 | .07052% | 30 | $46.72 | 25.74% |
| CASH ADVANCES | $0.00 | .00000% | 30 | $0.00 | 22.99% |

ANNUAL PERCENTAGE RATE*25.740%

**May be higher than Nominal Annual Percentage Rate if statement includes misc. finance charges.

CARDMEMBER NEWS

We're happy to announce that Household Bank has joined HSBC. See the enclosed
materials for more
information.

MAIL PAYMENTS TO:                    QUESTIONS?                    MAIL INQUIRIES TO:
HOUSEHOLD CREDIT SERVICES    24-HOUR CUSTOMER SERVICE        HOUSEHOLD CREDIT SERVICES
PO BOX 5222                      1 800 477 6000               PO BOX 81622
CAROL STREAM IL 60197-5222OUTSIDE USA, COLLECT: 1 757 523 3890   SALINAS CA 93912 1622
                              TDD HEARING IMPAIRED: 1-800-395-9020
                              Manage your account online at:
                                 www.householdbank.com
080370 E 13  000000300 G           STMT38        D        D
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT:
To Assure Proper Credit Please Write Your Account Number On Your Check

Account Number                              5176-6900-0673-2635

New Balance          $2,266.91
Payment Due Date      06/07/05        Current Payment Due $323.91

Make checks payable to HOUSEHOLD CREDIT SERVICES . Please write your account
number on your check. Do not fold, staple or clip. Do not send cash. Please
send your payment 7 days prior to the payment due date to ensure
timely delivery.

Amount
Enclosed

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219              HOUSEHOLD CREDIT SERVICES
                                 PO BOX 5222
                                 CAROL STREAM IL 60197-5222

5176690006732635000032391002266912

# EXHIBIT H

HSBC CARD MASTERCARD STATEMENT
FRANCIS J LOPEZ

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | | |
|---|---|---|---|---|---|---|
| ACCOUNT 5176-6900-0673-2635 NUMBER | | OVERLIMIT AMOUNT | $295.95 | PREVIOUS BALANCE | | $2,266.91 |
| | | MINIMUM PAYMENT* | $58.00 | PAYMENTS/CREDITS | - | $100.00 |
| TOTAL CREDIT LIMIT | $2,000 | CURRENT PAYMENT DUE* | $353.95 | PURCHASES/DEBITS | + | $79.00 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 | PAYMENT DUE DATE | 07/08/05 | | | |
| CASH CREDIT LIMIT. | $800 | PAST DUE AMOUNT | $163.00 | | | |
| CASH LIMIT AVAILABLE | $0 | | | FINANCE CHARGE | + | $50.04 |
| STATEMENT DATE | 06/13/05 | *See reverse side for an explanation of these amounts. | | NEW BALANCE | = | $2,295.95 |

.Cash Credit Limit is a portion of the Total Credit Limit

## HSBC Rewards Summary

Earnings to expire in December 2008      3,913

Previous Earnings      3,913
Earnings                       0
Total Earnings         3,913

## TRANSACTION SUMMARY

| TRAN DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 05/17 | 05/17 | CHECK BY PHONE PAYMENT | 00000000000051779831135 | | $50.00 |
| 06/01 | 06/06 | MISC FEE REVERSAL | 1297-02JUN05 (01-01) | | $50.00 |
| 06/0706/07 | | LATE CHARGE ASSESSMENT | 10000003000000099851610 | $35.00 | |
| 05/1705/17 | | CHECK BY PHONE FEE (ACH) | 00000000000051779831136 | $15.00 | |
| 05/2305/23 | | OVERLIMIT CHARGE ASSESSMENT | 10000003000000099823680 | $29.00 | |

MAIL PAYMENTS TO:                QUESTIONS?                     MAIL INQUIRIES TO:
HSBC CARD SERVICES         24-HOUR CUSTOMER SERVICE       HSBC CARD SERVICES
PO BOX 4155                    1-800-477-6000             PO BOX 81622
CAROL STREAM IL 60197-4155                                SALINAS CA 93912-1622
                         OUTSIDE USA, COLLECT: 1-757-523-3880
                         TDD HEARING IMPAIRED: 1-800-395-9020
                            Manage your account online at:
                                www.hsbccreditcard.com
080370 E 13   0000000300 C        STMT36     D          D
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT:
To Assure Proper Credit Please Write Your Account Number On Your Check

Account Number                                5176-6900-0673-2635

New Balance           $2,295.95
Payment Due Date      07/08/05      Current Payment Due $353.95

Make checks payable to HSBC CARD SERVICES . Please write your account
number on your check. Do not fold, staple or clip. Do not send cash. Please
send your payment 7 days prior to the payment due date to ensure
timely delivery.

Amount
Enclosed

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219

                         HSBC CARD SERVICES
                         PO BOX 4155
                         CAROL STREAM IL 60197-4155

5176690006732635000035395002295950

13200506HC6NHL 0015003513669000613625
HSBC GOLD MASTERCARD STATEMENT
FRANCIS J LOPEZ

TRANSACTION SUMMARY

| TRAN<br>DATE | POST<br>DATE | TRANSACTION<br>DESCRIPTION | REFERENCE<br>NUMBER | AMOUNT<br>CHARGES | CREDITS |
|---|---|---|---|---|---|

IF YOU ARE UNABLE TO SEND YOUR PAYMENT TODAY, PLEASE CALL 800-395-0500 TO DISCUSS A
REPAYMENT ARRANGEMENT.

FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Balance Subject<br>To Finance Charge/<br>Average Daily Balance | Daily<br>Periodic<br>Rate | Days<br>In Billing<br>Cycle | Finance Charges<br>At Periodic<br>Rate | NOMINAL<br>ANNUAL<br>PERCENTAGE<br>RATE |
|---|---|---|---|---|---|
| PURCHASES | $2,266.97 | .07121% | 31 | $50.04 | 25.99% |
| CASH ADVANCES | $0.00 | .00000% | 31 | $0.00 | 22.99% |

ANNUAL PERCENTAGE RATE*25.990%

**May be higher than Nominal Annual Percentage Rate if statement includes misc. finance charges.

MAIL PAYMENTS TO:                QUESTIONS?                    MAIL INQUIRIES TO:
HSBC CARD SERVICES        24-HOUR CUSTOMER SERVICE        HSBC CARD SERVICES
PO BOX 4155                    1-800-477-6000              PO BOX 81622
CAROL STREAM IL 60197-4155                                SALINAS CA 93912-1622
                        OUTSIDE USA, COLLECT: 1-757-523-3880
                        TDD HEARING IMPAIRED: 1-800-395-9020
                            Manage your account online at:
                               www.hsbccreditcard.com
080370 E 13   0000000300 G           STMT38    D         D
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT:
To Assure Proper Credit Please Write Your Account Number On Your Check

                    Account Number                        5176-6900-0673-2635

                    New Balance          $2,295.95
                    Payment Due Date      07/08/05    Current Payment Due $353.95

                    Make checks payable to HSBC CARD SERVICES . Please write your account
                    number on your check. Do not fold, staple or clip. Do not send cash. Please
                    send your payment 7 days prior to the payment due date to ensure
                    timely delivery.

                                    Amount
                                    Enclosed

FRANCIS J LOPEZ
PO BOX 219
DESTIN FL 32540-0219          .          HSBC CARD SERVICES
                                         PO BOX 4155
                                         CAROL STREAM IL 60197-4155

                    51766900067326350003539500229595O

# EXHIBIT I

RECEIPT 27932

**aily News**

Racetrack Road    P.O. Box 2949
alton Beach, Fla  32549

ECEIVED FROM _Lopez, Francis_    DATE 5-17-05

MOUNT _____    $ 97.39

OR _Circ Acct # 112331_ ( pst due + 3 mos )

THANK YOU

BY _Cver_

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | 97.39 | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

# EXHIBIT J

**SERVICE ADDRESS** ➤ 310 SAND MYRTLE TRL

| ACCOUNT NUMBER | CYCLE | BILL DATE | DELINQUENT DATE |
|---|---|---|---|
| 232079-74786 | 91-13 | 4/20/05 | 5/16/05 |

Last Bill Amount        171.70
Payments                   .00
Adjustments                .00
Unpaid Balance         171.70

Rate Class          : RESIDENTIAL
Last payment amount/date:        253.66    3/18/05

```
            Service Period   Days  Meter Number  Meter Readings      -----Calculations-----
GS  3/18/05  4/19/05   32   J466820   Present    2125   Consumption           98
                                      Previous -  2027   Meter Mult.    X 1.006
                                      Consumption   98   Adj Cons          98.58
                                                         BTU Factor   . X 1.031
                                                         Bill Therms      101.64
```

```
Service                          Therm        Charge              Total
    Unpaid Balance                                               171.70
GS  CUSTOMER CHARGE                           10.00               10.00
GS  COST OF GAS CHARGE          101.69        66.45               66.45
GS  DELIVERY CHARGE             101.69        44.35               44.35
    LATE CHARGE        4/15/05               14.86               14.86

    Total Amount Due                                            $307.36
```






Online at okaloosagas.com

###### R E M E M B E R ######
**PAYMENTS RECEIVED ON WEEKENDS, HOLIDAYS OR
AFTER 3PM ON REGULAR BUSINESS DAYS
ARE POSTED THE - FOLLOWING - BUSINESS DAY**

Your Rates Per Therm Used:
Cost of Gas  .6535
Delivery Charge  .4361

**CUT OFF INFORMATION**

Your gas service is subject to disconnection if the Unpaid Balance listed on this statement is not paid within
fifteen days of the above bill date. You will not receive further notice. If you have any questions please
contact your nearest Okaloosa Gas office prior to the disconnect date.

A 10% late charge will be added to your account if current charges have not been paid by the delinquent date.  This bill is due when rendered.

# EXHIBIT K

| Customer Service | Crestview Area | Navarre/Santa Rosa Beach Area |
|---|---|---|
| (850) 729-4700 | (850) 682-3017 | (850) 244-5197 |

**SERVICE ADDRESS** > 310 SAND MYRTLE TRL

| ACCOUNT NUMBER | CYCLE | BILL DATE | DELIQUENT DATE |
|---|---|---|---|
| 232079-74786 | 91-13 | 6/21/05 | 7/18/05 |

| | |
|---|---|
| Last Bill Amount | 82.74 |
| Payments | 82.74- |
| Adjustments | .00 |
| Unpaid Balance | .00 |

Rate Class   : RESIDENTIAL
Last payment amount/date:        82.74   6/15/05

```
        Service Period  Days  Meter Number Meter Readings    ----Calculations----
   GS  5/16/05  6/15/05  30   J466820      Present    2212   Consumption        23
                                           Previous - 2189   Meter Mult.   X 1.006
                                           Consumption  23   Adj Cons       23.13
                                                             BTU Factor    X 1.033
                                                             Bill Therms    23.90
```

| Service | | Therm | Charge | Total |
|---|---|---|---|---|
| GS  CUSTOMER CHARGE | | | 10.00 | 10.00 |
| GS  COST OF GAS CHARGE | | 23.92 | 15.63 | 15.63 |
| GS  DELIVERY CHARGE | | 23.92 | 10.43 | 10.43 |
| LATE CHARGE | 6/13/05 | | 8.27 | 8.27 |

Total Amount Due                               $44.33



Online at okaloosagas.com

###### R E M E M B E R ######
**PAYMENTS RECEIVED ON WEEKENDS, HOLIDAYS OR
AFTER 3PM ON REGULAR BUSINESS DAYS
ARE POSTED THE - FOLLOWING - BUSINESS DAY**

| Your Rates Per Therm Used: |
|---|
| Cost of Gas  .6535 |
| Delivery Charge  .4361 |

A 10% late charge will be added to your account if current charges have not been paid by the delinquent date.  This bill is due when rendered.

# EXHIBIT L



OWB - PrintScreen  At: 02:43:26 PM  On: 01/18/06  By: Nancy H Ashmore



OWB - PrintScreen  At: 02:43:44 PM  On: 01/18/06  By: Nancy H Ashmore

Application Suite

Search Results

Baskets                     My Search Results                                                    Commands

My Search Results

| Policy No. | Doc... | Trans | Recip | Incoming | Report | Version | View |
|---|---|---|---|---|---|---|---|
| 37287380-3 | BILL | BILL | INS | / / | POLBILLS | 05-24-2005 : 04:03: | |
| 37287380-3 | BILL | BILL | INS | / / | POLBILLS | 05-09-2005 : 07:16: | |
| 37287380-3 | BILL | BILL | INS | / / | POLBILLS | 03-24-2005 : 03:34: | |

Prod [Ownership Workbench - Processing] - 37287380-5 [Named Insured: Francis J Lopez]

Policy  View  Tools  Options  Help

Policy:  Actions: 

37287380-5

| | Payment Sched | Transactions | Payments | Communications | | | |
|---|---|---|---|---|---|---|---|
Transactions

Summary

| | Process Date | Transaction | Amount $ | Description | Detail |
|---|---|---|---|---|---|
| **History** | 06/15/2005 | Suspend Billing and Follow-up | 0.00 | Operator | SYSCNPCN |
| | 06/16/2005 | Payment - One Time Credit Card - Internet | -411.40 | Postmark Date | 06/16/2005 |
| Policy | 06/16/2005 | Rescind Nonpay Cancel | 0.00 | | |
| Driver | 06/16/2005 | Resume Billing and Follow-up | 0.00 | Operator | SYSTEM |
| Vehicle | 07/01/2005 | Bill Plan Change | 0.00 | From 5 Pay, 20.00% Down, Monthly | SYSPIAC |
| Coverages | 07/01/2005 | Renewal | 925.00 | Inception | 08/08/2005 |
| Program | 07/24/2005 | Invoice | 157.20 | Due Date | 08/08/2005 |
| | 08/08/2005 | Suspend Billing and Follow-up | 0.00 | Operator | SYSRNLPS |
| | 08/09/2005 | Resume Billing and Follow-up | 0.00 | Operator | SYSPICAN |
| | 08/09/2005 | Write Off - Installment Fee - Automatic | -3.00 | | |
| Claims | 08/09/2005 | Cancel-Lapse | -925.00 | Cancel Effective Date | 08/08/2005 |
| Notes | 08/22/2005 | Payment - One Time ACH - Internet | -157.20 | Postmark Date | 08/22/2005 |
| ACC | 08/22/2005 | Hold Disbursements | 0.00 | Operator | SYSRNCSH |

Add'l Systems

⦿ All            ○ DEC Related            ○ DEC Related - By Term

PROD  Florida          Direct   Aligned Auto 4.0   Rate Revision 06/2005          Inquiry   6 Month

*PROGRESSIVE*





OWB - PrintScreen  At: 02:55:11 PM  On: 01/18/06  By: Nancy H Ashmore



# EXHIBIT M

| ACCOUNT NUMBER | PURCHASE LIMIT | CASH ADVANCE LIMIT | SEND INQUIRIES TO: | CREDIT CARD CENTER |
|---|---|---|---|---|
| 77-917-6550-1 | 300 | 50 | | P.O. BOX 9151 |
| | PURCHASE AVAILABILITY | CASH AVAILABILITY | | DES MOINES, IA 50368-9151 |
| | 0 | 50 | | TEXACO CARDHOLDERS CALL (1-800-839-2267) |
| | | | | SHELL CARDHOLDERS CALL (1-800-490-9119) |

S24016 Rev. 04/04 Prt. (0405)

| TRANS. DATE | REFERENCE NUMBER | CARD NUMBER | TRANSACTION LOCATION/DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|---|
| 05-06 | | | PAYMENT - THANK YOU | | 20.00CR |
| 05-08 | 129587007748 | 8001 | 1009 HWY 98      DESTIN     FL | 1513571 | 60.00 |
| | | | TOTAL CARD 8001 | | 60.00** |

#1619 35.00

**YOUR SHELL CARD JUST GOT BETTER! IT
CAN NOW BE ACCEPTED AT PARTICIPATING
JIFFY LUBE LOCATIONS!**

| PREVIOUS BALANCE | PAYMENTS/CREDITS | PURCHASES/DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 279.50 | 20.00 | 60.00 | | 4.87 | .00 | 324.37 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT OF NEW BALANCE MUST BE RECEIVED BY: | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|
| 05-11-05 | 20.74% | 06-05-05 | | 24.37 | 34.37 |

SCHEDULE OF FINANCE CHARGES

| | PERIODIC RATE (DAILY*) | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|---|
| PURCHASES | .05682% | 20.74% | $1.50 | 285.70 | 4.87 | | 30 |
| CASH ADVANCES | .05682% | 20.74% | | | | | |

| NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION. | PLEASE KEEP THIS PORTION FOR YOUR RECORDS |
|---|---|

A018491 1                                                                TX/SH

# EXHIBIT N



'7-917-6550-1

P.O. BOX 9151
TEXACO CARDHOLDERS CALL (1-800-839-2267)
SHELL CARDHOLDERS CALL (1-800-490-9119)

| TRANS. DATE | REFERENCE NUMBER | CARD NUMBER | TRANSACTION LOCATION/DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|---|

**OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL?  CALL 1-800-932-6728 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY.  HAVE YOUR CHECKBOOK READY WHEN YOU CALL.**

| PREVIOUS BALANCE | PAYMENTS/CREDITS | PURCHASES/DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 324.37 | .00 | .00 | | 5.83 | 20.00 | 350.20 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT OF NEW BALANCE MUST BE RECEIVED BY: | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 6-11-05 | 20.99% | 07-06-05 | 50.20 | 60.20 |

SCHEDULE OF FINANCE CHARGES

| | PERIODIC RATE (DAILY%) | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|---|
| PURCHASES | .05750% | 20.99% | $1.50 | 327.07 | 5.83 | | 31 |
| CASH ADVANCES | .05750% | 20.99% | | | | | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.                    PLEASE KEEP THIS PORTION FOR YOUR RECORDS

018283 1                                          TX/SH

# EXHIBIT O

1  **WESTERN EXPRESS, INC.**
   ISHAM B. BRADLEY  #5075
2  7135 Centennial Place
   Nashville, Tennessee 37209
3  Telephone: (615) 259-9920
   Facsimile: (615) 259-9150
4
   **ROBBINS & KEEHN, APC**
5  Scott Keehn, Esq.
   530 'B' Street
6  Suite 2400
   San Diego, CA 92101
7  Telephone (619)232-1700

8

9  Attorneys for Defendant WESTERN EXPRESS, INC.

10              **UNITED STATES BANKRUPTCY COURT**

11              **SOUTHERN DISTRICT OF CALIFORNIA**

12                     **SAN DIEGO DIVISION**

13

14                                    ) CASE NO. 05-05926-PBINV
                                       )
15  In Re:                             ) **Involuntary Chapter 7**
                                       )
16       FRANCIS J. LOPEZ,             ) **MOTION TO DISMISS OR TRANSFER**
                                       ) **INVOLUNTARY PETITION;**
17       Alleged Debtor                ) **DECLARATION OF**
                                       ) **FRANCIS J. LOPES**
18                                     )
                                       )
19                                     )
                                       )
20  _____)

21

22                  **AFFIDAVIT OF WAYNE WISE**

23       COMES now Wayne Wise does depose and state as follows:

24       Attached hereto is a true and correct copy of a promissary note dated June 16, 2004 from

25  Francis and Madeline Lopez to me. Francis and Madeline Lopez are still indebted to me under the

26  provisions of this note.

27

28

                              -1-

1    Further this deponent sayeth not.

2

3    _____

4    Wayne Wise

5

6

7    Subscribed and sworn before me this 27 day of _October_, 2005.

8

9

10   _____

11   Notary Public

12

13   My Commission Expires: 5/28/06

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROMISSORY NOTE

$15,000.00                                          Nashville, Tennessee

                                                    June 16, 2004

     FOR VALUE RECEIVED, the undersigned hereby promises to pay to the order of

Wayne M. Wise the principal sum of fifteen thousand Dollars ($15,000.00), on the following

terms: on sale or refinance of maker's residence on 310 Sand Myrtle Trail, Destin, FL or

not later than one year from date hereof, whichever occurs earlier, with interest at the rate

of six percent (6%) per annum.

     In the event this note is placed in the hands of an attorney for collection or for

enforcement or protection of the security, the makers and any endorsers hereof agree to

pay a reasonable attorney's fee and all court and other costs.

     The makers of any endorsements hereof agree to pay reasonable attorneys fee and

all court and other costs.

     It is further agreed that if suit is instituted against the maker(s), that in addition to any

other jurisdiction, suit may be instituted and maintained in any court of competent jurisdiction in

Davidson County, Tennessee.  This note, in its making and in its performance shall be governed

by and subject to the laws of the State of Tennessee.

     All notice of honor, demand, and protest and consents to any extensions are hereby

waived.  All exemptions are to be waived.

Makers:

Francis Lopez
SSN: 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


Madeleine Lopez
310 Sand Myrtle Trail
Destin, FL 32541
telephone: 850-650-8341
mobile: 760-214-1955 mobile
fax: 850-269-1034

# EXHIBIT P

1                    UNITED STATES BANKRUPTCY COURT

2                    SOUTHERN DISTRICT OF CALIFORNIA

3                    JUDGE PETER W. BOWIE, PRESIDING

4

5    IN THE MATTER OF:              )
                                    )
6    FRANCIS J. LOPEZ,             )      CASE NO. 05-05926-PB7
                                    )      (INVOLUNTARY)
7                   DEBTOR.         )
     _____    )

8

9

10

11

12

13                  STATUS CONFERENCE ON INVOLUNTARY
                          PETITION AND ANSWER
14                  (CONTINUED FROM MAY 1, 2006)

15

16

17

18            REPORTER'S TRANSCRIPT OF PROCEEDINGS

19                    SAN DIEGO, CALIFORNIA

20                    THURSDAY, MAY 4, 2006

21

22

23   U.S. BANKRUPTCY COURT          FEDERAL COURT REPORTERS
     DEPARTMENT NO. 4               BY:   DIANE BERGER
24   325 WEST "F" STREET            POST OFFICE BOX 60583
     SAN DIEGO, CALIFORNIA  92101   SAN DIEGO, CALIFORNIA 92166
25                                  TELEPHONE:  (619) 223-6082


                              1

1                                    APPEARANCES

2

3   FOR LOPEZ:              M. JONATHAN HAYES, ESQ.
                            LAW OFFICE OF J. JONATHAN HAYES
4                           21800 OXNARD STREET, SUITE 840
                            WOODLAND HILLS, CALIFORNIA 91367
5                           TELEPHONE:  (818) 710-3656

6

7   FOR STANLY:             L. SCOTT KEEHN, ESQ.
                            ROBBINS AND KEEHN, A P.C.
8                           530 "B" STREET, SUITE 2400
                            SAN DIEGO, CALIFORNIA 92101
9                           TELEPHONE:  (619) 232-1700

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        MR. HAYES:  WELL, BECAUSE I HAVEN'T RECEIVED A SINGLE
2  DOCUMENT FROM ANY OF THESE SUBPOENAS, AND I WOULD LIKE TO SEE
3  WHAT -- I MEAN, I'VE JUST HEARD TODAY NOW THAT THERE'S ALL THIS
4  EVIDENCE ABOUT WHICH CREDITORS AREN'T REALLY CREDITORS.

5        I'LL FILE A MOTION FOR SUMMARY JUDGMENT.  HE HAS
6  SEVERAL WEEKS TO RESPOND THEN, HE'LL GET HIS TRANSCRIPTS, AND
7  HE CAN RESPOND, AND WE'LL HAVE A HEARING DATE.  AND THE THING I
8  WAS HOPING WAS THAT WE DON'T HAVE THE HEARING DATE IN LATE JUNE
9  AND THEN SET IT FOR TRIAL TWO MONTHS AFTER THAT BECAUSE IF
10 THERE'S ISSUES -- ON THAT ISSUE, I MEAN, WE CAN DO IT RIGHT AT
11 THE SAME TIME.

12        THE COURT:  WELL, I'M NOT GOING TO DO IT RIGHT AT THE
13 SAME TIME.  IF I CAN DECIDE IT BY THE PHASE ONE, THE NUMBER OF
14 CREDITORS, AND DO WE HAVE ENOUGH PETITIONING CREDITORS, THEN
15 I'LL DECIDE THAT AT THAT TIME.

16        MR. HAYES:  WELL, THE SUMMARY JUDGMENT WILL BE AS TO
17 BOTH.

18        THE COURT:  WELL, YOU'RE THE ONE WHO ASKED FOR
19 BIFURCATION --

20        MR. HAYES:  -- A LONG TIME AGO, BY THE WAY.

21        THE COURT:  -- WELL, YOU COULD HAVE BROUGHT YOUR
22 MOTION ANY TIME YOU WANTED TOO.

23        MR. HAYES:  I DON'T THINK THERE'S ANYTHING -- JUST
24 BECAUSE IT'S BEEN BIFURCATED, THERE'S NOTHING TO PREVENT ME
25 FROM FILING THE SUMMARY JUDGMENT AS TO BOTH --

1           THE COURT:  YOU CAN FILE IT, BUT WHETHER WE'LL GET TO

2    IT, I MEAN, OR WHETHER MR. KEEHN IS GOING TO SAY "I'M NOT

3    READY."  HE SAID HE -- HE THOUGHT HE'D BE PRETTY CLOSE TO

4    RESOLVING PHASE TWO JUST BASED ON WHAT HE HAS, BUT YOU KNOW HOW

5    HE OPERATES.

6           MR. HAYES:  ALL RIGHT.  THANK YOU, YOUR HONOR.

7           MR. KEEHN:  YOUR HONOR, I WOULD MAKE SOME COMMENTS

8    HERE THAT I THINK ARE APPROPRIATE IN LIGHT OF WHAT I JUST

9    HEARD.

10          AS THE COURT CORRECTLY POINTS OUT, IT WAS THE DEBTOR

11   THAT WANTED THE BIFURCATION, AND MORE THAN SIMPLY BIFURCATION,

12   AND REQUESTED NO DISCOVERY ON THE SECOND PHASE ISSUES, AND SO

13   TO SAY, WELL, NOW I HAVE TO DEAL WITH THE SUMMARY JUDGMENT

14   MOTION AS TO ISSUES FOR WHICH I'VE BEEN PRECLUDED FROM

15   CONDUCTING DISCOVERY IS JUST INAPPROPRIATE.  I THINK CASE LAW

16   SUPPORTS THE PROPOSITION THAT IF A RESPONDING PARTY CAN SHOW

17   REASONABLY EQUIVALENT DISCOVERY IS NECESSARY TO RESOLVE IT,

18   THEN THAT'S A BASIS FOR DENYING THE SUMMARY JUDGMENT MOTION.

19   AND I WOULD HOPE THAT MR. HAYES WOULD RECONSIDER THAT ASPECT OF

20   HIS GAME PLAN.  BUT IT SEEMS TO ME WASTEFUL OF THE COURT'S

21   RESOURCES TO CONSIDER THAT SECOND HALF AFTER IT'S BEEN ON HOLD.

22          THE COURT:  WELL, YOU MIGHT WANT HIM COMING -- I

23   MEAN, I'M NOT SURE WHY YOU'RE ARGUING THIS.  YOU MIGHT WANT HIM

24   TO FILE A MOTION ON BOTH GROUNDS.  THEN YOU ARGUE YOUR 56(E)

25   POSITION, AND -- BUT YOU'LL HAVE GOTTEN A FREE LOOK AT THE

11

1   PREMISES OF HIS MOTION.

2          MR. KEEHN:  I DON'T WANT TO TAKE ADVANTAGE OF COUNSEL

3   AND TAKE THE FREE LOOK.  I'M WILLING TO JUST PLAY ACCORDING TO

4   HOYLE AFTER THE DISCOVERY CONCLUDES, BUT DID I HEAR CORRECTLY,

5   THE 28TH OF JUNE IS THE HEARING DATE?

6          THE COURT:  NO, HE SAID IT'S THE 26TH.

7          THE CLERK:  THE 26TH.

8          MR. KEEHN:  THE 26TH, A MONDAY.  YOU KNOW, THAT WOULD

9   BE FINE IF WE HAD -- BUT I THINK IT'S A BETTER USE OF

10  EVERYONE'S RESOURCES IF -- IF THE BRIEFING SCHEDULES WERE SET

11  IN RECOGNITION OF WHAT WE HAVE:  ONE, THAT I GET THE

12  TRANSCRIPT, AND THEN MAYBE THAT I NEED TO DO MRS. LOPEZ TO

13  BUTTON DOWN SOME ISSUES.  WITH THAT SAID, THERE'S NO -- AS FAR

14  AS I CAN SEE, OTHER THAN GIVING ME THE FREE LOOK, NO REASON FOR

15  RUSHING TO FILE.

16         THE COURT:  WELL, MR. HAYES WILL FILE HIS MOTION AS

17  AND WHEN HE CHOOSES, AND WHEN YOURS IS READY, YOU CAN CONTACT

18  THE MS. WILKINSON AND ASK HER FOR A HEARING DATE, AND IF YOU

19  CAN GET IT SET TO BE HEARD ON THE SAME TIME SO THAT WE HAVE

20  CROSS-MOTIONS AT LEAST ON ISSUE ONE, THAT'S FINE.  AND THEN

21  WE'LL TAKE IT FROM THERE.

22         MR. KEEHN:  WELL, I THINK THAT THE PROBABILITY OF

23  HAVING CROSS-MOTIONS IS SO HOT AT THIS POINT, THAT I ACTUALLY

24  REQUEST THE COURT TO GIVE ME PERMISSION TO USE THAT DATE, AND

25  I'LL FILE THE MOTION ACCORDINGLY.