# DOCKET NUMBER 70

```
L. Scott Keehn (SBN 61691)
Leslie F. Keehn (SBN 199153)
```
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>   Alleged Debtor | Case No. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>**PROOF OF SERVICE**<br><br>Date:  June 26, 2006<br>Time:  2:00 p.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:  4 |

I, the undersigned, declare, that I am over eighteen years of age and not a party to this action. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE PORTIONS OF THE DECLARATION OF FRANCIS J. LOPEZ MADE IN SUPPORT OF MOTION BY ALLEGED DEBTOR FOR SUMMARY JUDGMENT AND AN ORDER DISMISSING INVOLUNTARY PETITION**

**PETITIONING CREDITORS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT AND ORDER DISMISSING INVOLUNTARY PETITION**

**DECLARATION OF L. SCOTT KEEHN IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT**

---

**PROOF OF SERVICE**                     107376/ASG/5311.01

1  **DECLARATION OF ALAN STANLY IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT AND ORDER DISMISSING INVOLUNTARY PETITION**

**DECLARATION OF CYNTHIA K. LAY IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT AND ORDER DISMISSING INVOLUNTARY PETITION**

**CREDITORS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT ["CSUF"]**

[ ]   BY PERSONAL SERVICE: I placed a true copy of the above-named document(s) in a sealed envelope clearly labeled to identify the party being served, and personally caused said such envelope to be personally delivered on each addressee named hereafter:

[✔]   **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the above-named documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

M Jonathan Hayes
Email Address: jhayes@polarisnet.net

[✔]   **BY MAIL:** I declare that I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that I enclosed a true copy of the above-named documents in a sealed envelope or package, with postage thereon fully prepaid, for each addressee named hereafter:

| | |
|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, California 92101 | M. Jonathan Hayes, Esq.<br>Law Office of M. Jonathan Hayes<br>21800 Oxnard Street, Suite 840<br>Woodland Hills, California 91367 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 15, 2006.        //s// Aaron S. Guile
                                                  AARON S. GUILE

- 2 -

**PROOF OF SERVICE**                                                                                                107376/ASG/5311.01

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095