# DOCKET NUMBER 71

1 | L. Scott Keehn (SBN 61691)
Leslie F. Keehn (SBN 199153)
2 | **ROBBINS & KEEHN**
A Professional Corporation
3 | 530 "B" Street, Suite 2400
San Diego, California 92101
4 | Telephone: (619) 232-1700

5 | Attorneys for **Petitioning Creditors**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | Case No. 05-05926-PBINV |
| | Involuntary Chapter 7 |
| FRANCIS J. LOPEZ, | |
| Alleged Debtor | **ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT [DOCKET ITEM 68]** |
| | Date: June 26, 2006
Time: 2:00 p.m.
Judge: The Honorable Peter W. Bowie
Ctrm: 4 |

20 | / / / / /
21 | / / / / /
22 | / / / / /
23 | / / / / /
24 | / / / / /
25 | / / / / /
26 | / / / / /
27 | / / / / /
28 | / / / / /

107391/5311.01

A footnote was inadvertently omitted from the sentence that begins on line 21 of page 2 and ends on line 1 of page 3 of the "**Petitioning Creditors' Memorandum of Points and Authorities in Opposition to Alleged Debtor's Motion for Summary Judgment and Order Dismissing Involuntary Petition**" filed with the Court on June 14, 2006, and identified as Docket Item No. 68. The footnote should be added so that the sentence now reads in its entirety as follows:

> From the time the bifurcation order was issued to this day, Lopez has enjoyed the benefits and protections of the bifurcation order[1].

Dated:   June 15, 2006

**ROBBINS & KEEHN**
A Professional Corporation

By:  //s// L. Scott Keehn
L. Scott Keehn
Leslie F. Keehn
Attorneys for Petitioning Creditors

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

---

[1]   e.g. Lopez brought a motion for a protective order (Docket Item 41), to relieve him from having to produce at his deposition copies of Tax returns and various other documents based on the limited discovery permitted by the Bifurcation Order (Docket Item 41 at P. 6, Ln 1- 4). The motion was granted on April 3, 2006 (Docket Item 48), and during his deposition on April 27,2006, Lopez invoked the benefit of that Protective Order (See LSK Decl. [Docket Item 58, Exhibit A (Lopez Depo Transcript) at P. 9, Ln. 21 - P.10, Ln 17).