# DOCKET NUMBER 72

1  L. Scott Keehn (SBN 61691)
   Leslie F. Keehn (SBN 199153)
2  **ROBBINS & KEEHN**
   A Professional Corporation
3  530 "B" Street, Suite 2400
   San Diego, California 92101
4  Telephone: (619) 232-1700

5  Attorneys for **Petitioning Creditors**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | Case No. 05-05926-PBINV |
| FRANCIS J. LOPEZ, | Involuntary Chapter 7 |
| Alleged Debtor | **PROOF OF SERVICE** |
| | Date: June 26, 2006 |
| | Time: 2:00 p.m. |
| | Judge: The Honorable Peter W. Bowie |
| | Ctrm: 4 |

I, the undersigned, declare, that I am over eighteen years of age and not a party to this action. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Robbins & Keehn, APC, 530 B Street, Suite 2400, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT [DOCKET ITEM 68]**

[ ] BY PERSONAL SERVICE: I placed a true copy of the above-named document(s) in a sealed envelope clearly labeled to identify the party being served, and personally caused said such envelope to be personally delivered on each addressee named hereafter:

[✔] **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused a true

---

**PROOF OF SERVICE**                                                    107392/ASG/5311.01

1  copy of the above-named documents to be sent to the persons at the e-mail addresses listed below.

2  I did not receive, within a reasonable time after the transmission, any electronic message or other

3  indication that the transmission was unsuccessful.

4  M Jonathan Hayes
   Email Address: jhayes@polarisnet.net

5

6  [ ✔ ]   **BY MAIL:** I declare that I am readily familiar with this business's practice for collection

7  and processing of correspondence for mailing with the United States Postal Service, that the

8  correspondence shall be deposited with the United States Postal Service this same day in the

9  ordinary course of business; and that I enclosed a true copy of the above-named documents in a

10 sealed envelope or package, with postage thereon fully prepaid, for each addressee named

11 hereafter:

12 UNITED STATES TRUSTEE
   Department of Justice
13 402 West Broadway, Suite 600
   San Diego, California 92101
14
   M. Jonathan Hayes, Esq.
15 Law Office of M. Jonathan Hayes
   21800 Oxnard Street, Suite 840
16 Woodland Hills, California 91367

17    I declare under penalty of perjury under the laws of the State of California that the

18 foregoing is true and correct.

19    Executed on June 15, 2006.           //s// Aaron S. Guile
                                           AARON S. GUILE

- 2 -

**PROOF OF SERVICE**                                              107392/ASG/5311.01