# DOCKET NUMBER 76

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | FRANCIS J. LOPEZ |
| **Case Number:** | 05-05926-PB7    **Chapter:** 7    INVOLUNTARY |
| **Date / Time / Room:** | MONDAY, JUNE 26, 2006 02:00 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | COLLETTA JOHNSON |

## Matters:

1) ALLEGED DEBTOR'S MOTION FOR SUMMARY JUDGMENT & ORDER DISMISSING INVOLUNTARY PETITION

2) PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT ON PHASE 1 OF BIFURCATED INVOLUNTARY PETITION, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF FACTS NOT SUBJECT TO MATERIAL DISPUTE

3) STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
(fr. 5/4/06)

## Appearances:

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY
Mr. Stanly & Mr. Lopez, present

## Disposition:

1 & 2)   Simultaneous Briefs not to exceed 5 pages re: § 549 transfers to be filed and served on 7/7/06.  No reply. Matter will then be under submission.  Contested.
3)       To be re-set, if needed.

cc: Barbara