# DOCKET NUMBER 80

L. Scott Keehn (SBN 61691)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **Petitioning Creditors**

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO. 05-05926-PBINV |
| | Involuntary Chapter 7 |
| FRANCIS J. LOPEZ, | RICHARD KIPPERMAN'S JOINDER IN INVOLUNTARY PETITION FOR FRANCIS J. LOPEZ |
| Alleged Debtor. | Dept.: Four<br>Judge: Hon. Peter W. Bowie |

RICHARD KIPPERMAN ("Petitioner"), creditor of alleged debtor Francis J. Lopez, ("Lopez"), hereby joins the Involuntary Petition filed by Alan Stanly commencing the above-captioned case, and in support thereof states:

1. Petitioner maintains a principal place of business at PO Box 3939, La Mesa, California 91944-3939. Petitioner is owed the principal amount of $30,968.57 by Lopez as of the date hereof (the "Claim"). The Claim is for unpaid fees and costs incurred by Petitioner as a receiver appointed by stipulation in which Lopez was one of the stipulating parties that requested my appointment as receiver. Petitioner did not acquire his Claim by transfer from another entity.

2. Petitioner's Claim is non-contingent and not subject to a bona fide dispute as to its existence, nature or amount.

///

3. Petitioner requests that an order for relief be entered against Lopez under Chapter 7 of Title 11 of the United States Code.

4. Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of its knowledge, information and belief.

Dated: 20 July 06          By: _____
                                RICHARD KIPPERMAN

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095