# DOCKET NUMBER 81

L. Scott Keehn (SBN 61691)
Charles F. Robbins (SBN 132666)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO. 05-05926-PBINV |
| | Involuntary Chapter 7 |
| FRANCIS J. LOPEZ, | **SUGGESTION OF MOOTNESS** |
| Alleged Debtor. | Hearing: Matters Under Submission |
| | Dept.: Four |
| | Judge: Hon. Peter W. Bowie |

Petitioning creditor ALAN STANLY ("Stanly") respectfully suggests that the issues pending before this Court in "Petitioning Creditors' Motion for Summary Judgment (Bifurcated Phase - 1)" and the alleged-debtor's related cross-motion (the "Motions") regarding whether there are a sufficient number of petitioning creditors to support an involuntary petition under 11 U.S.C. § 303 is now moot as a result of "Richard Kipperman's Joinder in Involuntary Petition for Francis J. Lopez" (Docket Item No.80). As a result of Mr. Kipperman's joinder with Mr. Stanly and Northwest Florida Daily News, there are now three petitioning creditors, satisfying the requirements for the filing of an involuntary bankruptcy petition regardless of the number of creditors included in the "Section 303" count.

Dated: July 20, 2005         **ROBBINS & KEEHN**
                             A Professional Corporation

                             By:  //s// L. Scott Keehn
                                  L. Scott Keehn
                                  Charles F. Robbins
                                  Attorneys for Petitioning Creditors

107782/CFR/5311.01