# DOCKET NUMBER 83

# WRITTEN DECISION NOT FOR PUBLICATION

ENTERED JUL 25 2006

FILED JUL 24 2006

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                         )   Case No. 05-05926-PBINV
                              )
FRANCIS J. LOPEZ,             )   ORDER ON SUGGESTION
                              )   OF MOOTNESS
        Alleged Debtor.       )
_____)

On September 30, 2005, Alan Stanly commenced this case by filing an involuntary petition against alleged debtor, Francis Lopez. At some later date Northwest Florida Daily News joined in the petition. Lopez challenged the petition on the ground three petitioning creditors were necessary under Bankruptcy Code § 303(b)(1), as Lopez had 12 or more creditors. On June 26, 2006, the Court held a hearing on the parties' cross-motions for summary judgment on the issue of the number of holders of claims against Lopez for the purposes of § 303(b). The Court requested additional briefing and took the matter under submission.

On July 20, 2006, before the Court ruled on the motions, Richard Kipperman, who asserts a claim against Lopez in the

1 amount of $30,968.57, filed a joinder in the involuntary

2 petition.  On the same date Stanly filed a "Suggestion of

3 Mootness" contending:

4     the issues pending before this Court in "Petition
    Creditors' Motion for Summary Judgment (Bifurcated
5     Phase-1)" and the alleged-debtor's related cross-motion
    (the "Motions") regarding whether there are a
6     sufficient number of creditors to support an
    involuntary petition under 11 U.S.C. § 303 [sic] is now
7     moot as a result of "Richard Kipperman's joinder with
    Mr. Stanly and Northwest Florida Daily News, there are
8     now three creditors, satisfying the requirements for
    the filing of an involuntary bankruptcy petition
9     regardless of the number of creditors included in the
    "Section 303" count.
10

11 Both the Suggestion of Mootness and Kipperman's Joinder were

12 served on Lopez on July 21 , 2006.  Lopez has made no official

13 response.

14     The Court directs that Lopez file a response to the

15 Suggestion of Mootness, if any he has, no later than July 28,

16 2006.  The Court will review such response, if any, and issue an

17 appropriate ruling.

18     IT IS SO ORDERED.

19     DATED: _JUL 2 4 2006_

20

21

                                    PETER W. BOWIE, Chief Judge
22                                     United States Bankruptcy Court

23

24

25

26

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re Case No. 05-05926-PBINV

**CERTIFICATE OF MAILING**

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

was enclosed in a sealed envelope bearing the lawful frank of the Bankruptcy Judges and mailed to each of the parties at their respective address listed below:

| Attorney for Alleged Debtor: | Attorney for Petitioning Creditor: |
|---|---|
| M. Jonathan Hayes, Esq.<br>21800 Oxnard Street, Ste. 840<br>Woodland Hills, CA 91367 | L. Scott Keehn, Esq.<br>530 B Street, Suite 2400<br>San Diego, CA 92101 |

Said envelope(s) containing such document were deposited by me in a regular United States mail box in the City of San Diego, in said district on July 24, 2006.

*Barbara J. Kelly*
Barbara J. Kelly, Judicial Assistant