# DOCKET NUMBER 89

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

*Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | FRANCIS J. LOPEZ |
| **Case Number:** | 05-05926-PB7     **Chapter:** 7    INVOLUNTARY |
| **Date / Time / Room:** | MONDAY, OCTOBER 30, 2006 10:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

*Matter:*

STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER

*Appearances:*

Ron W. Noya, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY

*Disposition:*

Continued to 1/29/07 at 10:00 a.m.