# DOCKET NUMBER 90

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

*Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | FRANCIS J. LOPEZ |
| **Case Number:** | 05-05926-PB7   **Chapter:** 7   INVOLUNTARY |
| **Date / Time / Room:** | MONDAY, JANUARY 29, 2007 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

*Matter:*

STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER (fr. 10/30/06)

*Appearances:*

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY

*Disposition:*

Continued to 3/12/07 at 10:30 a.m.