# DOCKET NUMBER 91

Name, Address, Telephone No. & I.D. No.

L. Scott Keehn (SBN 61691)
KEEHN & ASSOCIATES, APC
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619)400-2200

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

FRANCIS J. LOPEZ

BANKRUPTCY NO. 05-05926 PBINV

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-1124   Debtor.

## NOTICE OF HEARING AND MOTION

TO: HON. PETER W. BOWIE, JONATHAN M. HAYES, and FRANCIS J. LOPEZ,

**YOU ARE HEREBY NOTIFIED** that on March 12, 2007, at 10:30 a.m., in Department No. 4, Room 328 of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Petitioning Creditors, for

TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY FOR PHASE II OF THE BIFURCATED PROCEEDINGS

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: January 29, 2007        /s/ L. Scott Keehn
                               [Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

**109286/LSK/5311.01**

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on <u>29</u> day of <u>January</u>_____, I served a true copy of the within NOTICE OF MOTION AND HEARING TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY FOR PHASE II OF THE BIFURCATED PROCEEDINGS by personal service,

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]  Attorney for Debtor (if required):

**[Separate Proof of Service Filed Concurrently Herewith]**

|  | For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|---|
| [ ] | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.
Executed on _____
           (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

**109286/LSK/5311.01**

- 2 -