# DOCKET NUMBER 91-3

L. Scott Keehn, SBN 61691
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 05-05926-PBINV |
| FRANCIS J. LOPEZ, | Involuntary Chapter 7 |
| Alleged Debtor. | **PROOF OF SERVICE** |
| | **[BIFURCATED PHASE II]** |
| | Date: March 12, 2007 |
| | Time: 10:30 a.m. |
| | Judge: The Honorable Peter W. Bowie |
| | Ctrm: 4 |

I, the undersigned, declare, that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Keehn & Associates, APC, 402 West Broadway, Suite 1210, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**NOTICE OF HEARING AND MOTION**

**DECLARATION OF L. SCOTT KEEHN IN SUPPORT OF MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY**

**PETITIONING CREDITORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY**

109287/LSK/5311.01

1 **[ ✔ ]  BY PERSONAL SERVICE:** I placed a true copy of the above document(s) in a sealed
2 envelope clearly labeled to identify the attorney for the party being served, and personally caused
3 said such envelope to be personally delivered on each addressee named hereafter:

4  **M. Jonathan Hayes**
   **Served at United States Bankruptcy Court**
5  **325 West F. Street, Department 4**
   **San Diego, California 92101**
6

7 [ ] BY FACSIMILE AND MAIL: I declare that upon the prior agreement of the party being
8 served, I served the above named documents by facsimile transmission during usual office hours
9 from facsimile number 619-400-2201, to a facsimile machine maintained by the person on whom
10 it is served and that the transmission was reported as complete and without error. Thereafter, I
11 mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

12 [ ] BY MAIL: I declare that I am readily familiar with the business practice for collection and
13 processing of correspondence for mailing with the United States Postal Service, that the
14 correspondence shall be deposited with the United States Postal Service this same day in the
15 ordinary course of business; and that a true copy was placed in a separate envelope, with postage
16 thereon fully prepaid for each addressee named hereafter:

17 I declare under penalty of perjury under the laws of the United States that the foregoing is
18 true and correct.

19 Executed on January 29, 2007.

20  /s/ L. Scott Keehn
    **L. SCOTT KEEHN**

- 2 -    109287/LSK/5311.01