# DOCKET NUMBER 93

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---:|---|---:|---|
| **Debtor:** | FRANCIS J. LOPEZ | | |
| **Case Number:** | 05-05926-PB7 | **Chapter:** 7 | INVOLUNTARY |
| **Date / Time / Room:** | MONDAY, MARCH 12, 2007 10:30 AM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | MARILYN WILKINSON | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

### *Matters:*

**2)** STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
(fr. 1/29/07)

**1)** PETITIONING CREDITORS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN
DISCOVERY FOR PHASE II OF THE BIFURCATED PROCEEDINGS

### *Appearances:*

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY, PETITIONING CREDTORS

### *Disposition:*

1)   Granted.  Response due within 30 days of today's date.  Issue of sanctions reserved.

2)   Continued to 5/11/07 at 9:30 a.m.