**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

(619) 557-5620                                                                      FAX: (619) 557-5536

FILED
2008 APR 28  AM 11: 04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## TRANSMITTAL OF BANKRUPTCY MATTERS

[X]   CASE NO. 05-5926-PB7
[ ]   ADV. NO. N/A
[X]   USDC NO. 08CV713-JAH BLM

TO:   CLERK, UNITED STATES DISTRICT COURT

The attached is forwarded for your disposition as indicated below:

[ ]   A.  For Assignment of Judge (no judge previously assigned):
        [ ]  Motion for Stay Pending Appeal
        [ ]  Motion for Leave to Appeal
        [ ]  Motion for Withdrawal of Reference of Bankruptcy case
        [ ]  Motion/Certificate of Contempt
        [ ]  Motion for Abstention and Remand

[ ]   B.  For Assignment of Judge and Case Number by Clerk's Office:
        [ ]  Transmittal of Withdrawal of Reference of Adversary Proceedings (Complaints)

[ ]   C.  For Transmittal to Judge _____
        Matter previously assigned to a related matter.  Your Case Number _____

[X]   D.  For Filing:
        [X]  Matter previously assigned.  Your Case Number 08CV713 JAH BLM
        [ ]  Transmittal of Record on Appeal
        [ ]  Transmittal of Unperfected Appeal
        [X]  Transmittal of Appellee's Additional Items to be Included in Record on Appeal
        [ ]  Other:

Please return a copy of this transmittal sheet to the Bankruptcy Court indicating the Judge assigned and Case Number, if any assigned.

JUDGE N/A _____                   CIV. NO. N/A _____

Thank you.

DATED: 4/28/08                                    Barry K. Lander, Clerk

                                                  By: _____, Deputy Clerk

**ORIGINAL**

CSD 1259

1  L. Scott Keehn, SBN 61691
   Leslie F. Keehn, SBN 199153
2  **KEEHN & ASSOCIATES**
   A Professional Corporation
3  402 West Broadway, Suite 1210
   San Diego, California 92101
4  Telephone: (619) 400-2200

5  Attorneys for **Appellees**

6
7
8           **UNITED STATES BANKRUPTCY COURT**
9         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10

11  In Re:                                ) Case No. 05-05926-PB7
                                          )
12  **FRANCIS J. LOPEZ**,                 ) APPEAL NO. 1
                                          )
13              Debtor.                   )
                                          ) **APPELLEES SUPPLEMENTAL RECORD**
14  _____) **ON APPEAL**
                                          )
15  **FRANCIS J. LOPEZ**,                 )
                                          )
16              Appellant,                )
                                          ) Judge: The Honorable Peter W. Bowie
17  v.                                    ) Ctrm:  4
                                          )
18  **ALAN STANLY and RICHARD             )
    KIPPERMAN**,                          )
19                                        )
              Appellees.                  )
20                                        )
    _____)
21
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

113450/5311.02