# DOCKET NUMBER 94

1  L. Scott Keehn (SBN 61691)
   **KEEHN & ASSOCIATES, APC**
2  402 W. Broadway, Suite 1210
   San Diego, California 92101
3  Telephone:   (619) 400-2200
   Facsimile:   (619) 400-2201
4
   Attorneys for **Petitioning Creditors**
5

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>     Debtor. | Bankruptcy Case No. 05-05926-PB7<br><br>NOTICE OF LODGEMENT OF ORDERS:<br><br>(1) GRANTING PETITIONING CREDITORS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY;<br><br>(2) DEFERRING RULING ON SANCTIONS AGAINST ALLEGED DEBTOR FRANCIS J. LOPEZ; AND,<br><br>(3) CONTINUING HEARING DATE<br><br>Date:  March 12, 2007<br>Time:  10:30 a.m.<br>Dept:  4<br>Judge: Hon. Peter W. Bowie |

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 7054-3(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of California ("LBR"), the original of the "**ORDERS: (1) GRANTING PETITIONING CREDITORS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY; (2) DEFERRING RULING ON SANCTIONS AGAINST ALLEGED DEBTOR FRANCIS J. LOPEZ; AND, (3) CONTINUING HEARING DATE**," a copy of which is attached hereto marked "Exhibit 1" and incorporated herein by this reference, was lodged with the Bankruptcy Court for signature by the

109746/LSK/5311.01

1  Honorable Peter W. Bowie on March 19, 2007.
2      Pursuant to LBR 7054-3(b)(1), you are advised that you have five (5) business days within
3  which to file and serve, pursuant to LBR 7054-3(b)(3), any objections to the form and/or the
4  substance of the pleadings, and/or serve upon the undersigned alternate pleadings if desired.

6  Dated:  March 19, 2007           **KEEHN & ASSOCIATES,**
                                             A Professional Corporation

9                               By:  //s// L. Scott Keehn
                                  L. Scott Keehn

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

- 2 -

109746/LSK/5311.01