# DOCKET NUMBER 94-1

L. Scott Keehn (SBN 61691)
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | ) Bankruptcy Case No. 05-05926-PB7 |
|---|---|
| FRANCIS J. LOPEZ, | ) PROOF OF SERVICE |
| Debtor. | ) Date: March 12, 2007<br>) Time: 10:30 a.m.<br>) Dept: 4<br>) Judge: Hon. Peter W. Bowie |

    I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: 402 West Broadway, Suite 1210, San Diego, California.

    On the date shown below, I caused to be served the following document(s):

**NOTICE OF LODGEMENT OF ORDERS: (1) GRANTING PETITIONING CREDITORS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY; (2) DEFERRING RULING ON SANCTIONS AGAINST ALLEGED DEBTOR FRANCIS J. LOPEZ; AND, (3) CONTINUING HEARING DATE**

/ / /

/ / /

/ / /

/ / /

109747/MPL/5311.01

1  [✔] BY MAIL: I declare that I am readily familiar with the business practice for collection and
2  processing of correspondence for mailing with the United States Postal Service, that the
3  correspondence shall be deposited with the United States Postal Service this same day in the
4  ordinary course of business; and that a true copy was placed in a separate envelope, with
5  postage thereon fully prepaid for each addressee named hereafter:

6  M. Jonathon Hayes
   Law Office of M. Jonathon Hayes
7  21800 Oxnard Street, Suite 840
   Woodland Hills, CA 91367
8
9  I declare under penalty of perjury under the laws of the United States that the foregoing is
10 true and correct.

11 Executed on March 19, 2007.

12                                         MARK P. LAEMMLE