# DOCKET NUMBER 95-1

L. Scott Keehn (SBN 61691)
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>    Debtor. | Bankruptcy Case No. 05-05926-PB7<br><br>AMENDED PROOF OF SERVICE<br><br>Date: March 12, 2007<br>Time: 10:30 a.m.<br>Dept: 4<br>Judge: Hon. Peter W. Bowie |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: 402 West Broadway, Suite 1210, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**NOTICE OF LODGEMENT OF ORDERS: (1) GRANTING PETITIONING CREDITORS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY; (2) DEFERRING RULING ON SANCTIONS AGAINST ALLEGED DEBTOR FRANCIS J. LOPEZ; AND, (3) CONTINUING HEARING DATE**

/ / /

/ / /

/ / /

/ / /

109747/MPL/5311.01

1  [✔] BY MAIL: I declare that I am readily familiar with the business practice for collection and
2      processing of correspondence for mailing with the United States Postal Service, that the
3      correspondence shall be deposited with the United States Postal Service this same day in the
4      ordinary course of business; and that a true copy was placed in a separate envelope, with
5      postage thereon fully prepaid for each addressee named hereafter:
6  M. Jonathon Hayes
    Law Office of M. Jonathon Hayes
7  21800 Oxnard Street, Suite 840
    Woodland Hills, CA 91367
8
    I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct.
10
    Executed on March 19, 2007.
11
12                                          MARK P. LAEMMLE

109747/MPL/5311.01