# DOCKET NUMBER 96-1

1   L. Scott Keehn (SBN 61691)
    **KEEHN & ASSOCIATES, APC**
2   402 W. Broadway, Suite 1210
    San Diego, California 92101
3   Telephone:   (619) 400-2200
    Facsimile:    (619) 400-2201

4

5   Attorneys for **Petitioning Creditors**

6

7

8                 **UNITED STATES BANKRUPTCY COURT**

9           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| In Re: | )   **Bankruptcy Case No. 05-05926-PB7** |
| | ) |
| FRANCIS J. LOPEZ, | )   **DECLARATION OF MARK** |
| | )   **LAEMMLE IN SUPPORT OF ENTRY** |
| Debtor. | )   **OF ORDER AND CONTINUED** |
| | )   **HEARING DATE** |
| | ) |
| | )   Date:   March 12, 2007 |
| | )   Time:   10:30 a.m. |
| | )   Dept:   4 |
| | )   Judge: Hon. Peter W. Bowie |

17       I, Mark P. Laemmle, declare as follows:

18       1.     I, the undersigned, declare that I am over the age of eighteen years and not a party

19 to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my

20 business address is: 402 West Broadway, Suite 1210, San Diego, California.

21       2.     On March 13, 2007, I filed with the Court as Docket Item 95 a Notice of Lodgment

22 of Order (1) Granting Petitioning Creditors' Motion to Compel Supplemental Responses to Written

23 Discovery; (2) Deferring Ruling on Sanctions Against Alleged Debtor Francis J. Lopez; And, (3)

24 Continuing Hearing Date. The Order itself was separately uploaded that same date by me.

25       3.     Today, April 13, 2007, I called the Court to inquire about the status of the Proposed

26 Order, and learned the Court was unable to process the uploaded Proposed Lodged Order, pursuant

27 to the filing of the Notice of Lodgment of Order, because of a ".pdf error" with the Proposed

28 Lodged Order. Our office was previously unaware of that fact.

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

1        4.      I have created a new .pdf of the Proposed Order and I will upload it concurrently

2  herewith.

3        5.      I have first-hand knowledge of all of the foregoing, and if called as a witness would

4  testify in the manner hereabove set forth.

5  I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration

6  was executed on April 13, 2007, at San Diego, California.

7

8  Dated:  April 13, 2007                 **KEEHN & ASSOCIATES,**
                                       A Professional Corporation

9

10

11                        By:                                  

12                                        Mark P. Laemmle

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

109929/MPL/5311.01