# DOCKET NUMBER 96-2

1  L. Scott Keehn (SBN 61691)
   **KEEHN & ASSOCIATES**
2  A Professional Corporation
   402 West Broadway, Suite 1210
3  San Diego, California 92101
   Telephone: (619) 400-2200
4
   Attorneys for **Petitioning Creditors**
5

8              UNITED STATES BANKRUPTCY COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12 In Re:                              ) Bankruptcy Case No. 05-05926-PB7
                                       )
13     FRANCIS J. LOPEZ,               ) PROOF OF SERVICE
                                       )
14                    Debtor.          ) Date:  March 12, 2007
                                       ) Time:  10:30 a.m.
15                                     ) Dept:  4
                                       ) Judge: Hon. Peter W. Bowie
16 _____ )

   I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: 402 West Broadway, Suite 1210, San Diego, California.

   On the date shown below, I caused to be served the following document(s):

   **DECLARATION IN SUPPORT OF ENTRY OR ORDER AND CONTINUED HEARING DATE**

   **DECLARATION OF MARK LAEMMLE IN SUPPORT OF ENTRY OF ORDER AND CONTINUED HEARING DATE**

25 / / /
26 / / /
27 / / /
28 / / /

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

109932/MPL/5311.01

1 [✔] BY MAIL: I declare that I am readily familiar with the business practice for collection and
2 processing of correspondence for mailing with the United States Postal Service, that the
3 correspondence shall be deposited with the United States Postal Service this same day in the
4 ordinary course of business; and that a true copy was placed in a separate envelope, with
5 postage thereon fully prepaid for each addressee named hereafter:

6 M. Jonathon Hayes
Law Office of M. Jonathon Hayes
7 21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367
8
9 I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.
10
11 Executed on April 13, 2007.

12 MARK P. LAEMMLE