# DOCKET NUMBER 97

Name, Address, Telephone No. & I.D. No.

L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
KEEHN & ASSOCIATES
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Francis J. Lopez

BANKRUPTCY NO. 05-05926-PBINV

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-_____  Debtor.

## NOTICE OF HEARING AND MOTION

TO: FRANCIS J. LOPEZ, the alleged Debtor herein and his attorney of record.

   **YOU ARE HEREBY NOTIFIED** that on May 11, 2007, at 9:30 a.m., in Department No. 4, Room 328, the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Petitioning Creditors, for
   (1) STRIKING THE DEBTOR'S ANSWER; (2) ENTERING AN ORDER FOR RELIEF; AND (3) IMPOSING MONETARY SANCTIONS AGAINST THE DEBTOR

   This Motion is supported by the Memorandum of Points and Authorities and the Declaration of L. Scott Keehn filed concurrently herewith.

   Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED:  April 13, 2007

/s/ L. Scott Keehn
[Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

CSD 1183

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on <u>13th</u> day of <u>April, 2007                    </u>, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ✓ ]   Attorney for Debtor (if required):

M. Jonathan Hayes
Law Office of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367

|  | For Chpt. 7, 11, & 12 cases: | | For ODD numbered Chapter 13 cases: | | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| [ ] | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | [ ] | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | [ ] | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>April 13, 2007   </u>          <u>Mark P. Laemmle                      </u>
              (Date)                                       (Typed Name and Signature)

                                            <u>402 W. Broadway, Suite 1210       </u>
                                            (Address)

                                            <u>San Diego, CA 92101                  </u>
                                            (City, State, ZIP Code)

CSD 1183