# DOCKET NUMBER 97-3

L. Scott Keehn (SBN 61691)
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>    **Debtor.** | Bankruptcy Case No. 05-05926-PB7<br><br>PROOF OF SERVICE<br><br>Date: March 12, 2007<br>Time: 10:30 a.m.<br>Dept: 4<br>Judge: Hon. Peter W. Bowie |

  I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: 402 West Broadway, Suite 1210, San Diego, California.

  On the date shown below, I caused to be served the following document(s):

**NOTICE OF HEARING AND MOTION (1) STRIKING THE DEBTOR'S ANSWER; (2) ENTERING AN ORDER FOR RELIEF; AND (3) IMPOSING MONETARY SANCTIONS AGAINST THE DEBTOR**

**PETITIONING CREDITORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ENFORCEMENT ORDER**

**DECLARATION OF L. SCOTT KEEHN IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER**

/ / /

/ / /

109937/MPL/5311.01

1 [✔] BY MAIL: I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for each addressee named hereafter:

**M. Jonathan Hayes**
**Law Office of M. Jonathan Hayes**
**21800 Oxnard Street, Suite 840**
**Woodland Hills, CA 91367**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 13, 2007.

**MARK P. LAEMMLE**

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

109937/MPL/5311.01