# DOCKET NUMBER 99

NOE
Rev. 12/03

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**Francis J. Lopez**
 310 Sand Myrtle Trail
Destin, FL 32541−3429
xxx−xx−1124
*No Known Aliases*

Case number:  05−05926−PB7
Chapter:  7
Judge  Peter W. Bowie

# NOTICE OF ENTRY OF JUDGMENT OR ORDER

TO THE PARTIES IN INTEREST

You are hereby notified that on **04−16/07** this Court entered in the docket for the above−entitled case the following Judgment or Order

Document Number: **98**

Docket Text:

**ORDER (GRANTING) on (1) Granting petitioning creditors motion to compel supplemental responses to written discovery; (2) Deferring ruling on sanctions against alleged debtor Francis J. Lopez; and (3)Continuing hearing date**

I hereby certify that a copy of this notice was mailed to the parties in interest:


L. Keehn 402 West Broadway, Suite 1210 San Diego CA 92101
M. Hayes 21800 Oxnard St. Suite 840 Woodland Hills CA 91367


Dated: 4/16/07

Barry K. Lander
Clerk of the Bankruptcy Court