# DOCKET NUMBER 102

L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 05-05926-PBINV |
| FRANCIS J. LOPEZ, | Involuntary Chapter 7 |
| Alleged Debtor. | **NOTICE OF WITHDRAWAL OF PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER: (1) STRIKING THE DEBTOR'S ANSWER; (2) ENTERING AN ORDER FOR RELIEF; AND (3) IMPOSING MONETARY SANCTIONS AGAINST THE DEBTOR** |
| | **[BIFURCATED PHASE II]** |
| | Date: May 11, 2007<br>Time: 9:30 a.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm: 4 |

**TO: THE HONORABLE PETER W. BOWIE, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, CLERK OF THE COURT, ALL PARTIES-IN-INTEREST AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Petitioning Creditors respectfully withdraw their Motion for an Enforcement Order: (1) Striking the Debtor's Answer; (2) Entering an Order for Relief; and (3) Imposing Monetary Sanctions Against the Debtor (the "Motion"), filed on April 13, 2007, as Docket Entry No. 97. The Motion is withdrawn in light of the letter dated April 18, 2007, from M. Jonathan Hayes, attorney for the Debtor, to L. Scott Keehn, attorney for the Petitioning

1  Creditors, a copy of which is attached hereto marked Exhibit "A" and incorporated herein by this
2  reference.  The Petitioning Creditors withdraw the Motion without prejudice, and with a full
3  reservation of their rights, including but not limited to, their right to object to the substantive
4  sufficiency of discovery responses received.

6  Dated: April 18, 2007           **KEEHN & ASSOCIATES**
                                    A Professional Corporation

              By:    /s// L. Scott Keehn
                     L. Scott Keehn
                     Attorneys for **Petitioning Creditors**

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

- 2 -                                                          109973/LFK/5311.01

# EXHIBIT "A"

Law Offices of
# M. Jonathan Hayes

21800 Oxnard St. Suite 840
Woodland Hills, CA 91367

*tel:* 818.710-3656
*fax:* 818.710-3659

www.jonhayes.net

M. Jonathan Hayes
Jhayes@polarisnet.net

April 18, 2007

*By Fax only* 619 400-2201
L. Scott Keehn
Keehn & Associates
402 W Broadway Ste 1210
San Diego, CA 92101

    Re:    In re Francis Lopez,
                Case No. 05-05926-PBINV
                <u>Discovery Responses</u>

Dear Scott,

    Per our telephone conversation yesterday, my son Desmond mailed the discovery responses to you on April 11, 2007. I remember looking at the thick envelope that morning to make sure we had your new address. I do not have a postage machine. We use the one in the suite I am in. I checked with them about whether the date can even be "backdated." I learned that it can be advanced to a future date but not reversed.

    Anyway, we certainly mailed the responses on time. You told me that with this letter you would take the Motion to Strike the Answer off calendar. This does not waive any rights you may have re the substance of the responses.

    If you have any questions, please do not hesitate to call.

                                       Very truly yours,

                                       M. Jonathan Hayes

MJH/dh
Cc: Francis Lopez