# DOCKET NUMBER 104

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | FRANCIS J. LOPEZ |
| **Case Number:** | 05-05926-PB7   **Chapter:** 7   INVOLUNTARY |
| **Date / Time / Room:** | FRIDAY, MAY 11, 2007 09:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | COLLETTA BROOKS |

## Matter:

STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
(fr. 3/12/07)

## Appearances:

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY

## Disposition:

Continued to 6/25/07 at 10:30 a.m.
Debtor's supplemental responses to written discovery to be filed by 5/21/07.
Any Motion to Comnpel to be filed and served by 5/25/07 for hearing on 6/25/07 at 10:30 a.m.