# DOCKET NUMBER 108

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | FRANCIS J. LOPEZ |
| **Case Number:** | 05-05926-PB7    **Chapter:** 7    INVOLUNTARY |
| **Date / Time / Room:** | MONDAY, JUNE 25, 2007 10:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matters:*

1) STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
   (fr. 5/11/07)

2) PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER: (1) IMPOSING MONETARY SANCTIONS AGAINST THE DEBTOR; AND (2) IMPOSING EVIDENTIARY SANCTIONS AGAINST THE DEBTOR

### *Appearances:*

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY, PETITIONING CREDITORS

### *Disposition:*

1)   Continued to 7/31/07 at 2:00 p.m.

2-1)   Award deferred.  Contested.
2-2)   Granted as stated on the record.  Contested.