# DOCKET NUMBER 113

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

*Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | FRANCIS J. LOPEZ | | |
| **Case Number:** | 05-05926-PB7 | **Chapter:** 7 | INVOLUNTARY |
| **Date / Time / Room:** | MONDAY, OCTOBER 01, 2007 10:30 AM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | MARILYN WILKINSON | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

*Matter:*

STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
(fr. 7/31/07)

*Appearances:*

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez (Telephonic)
L. Scott Keehn, ATTORNEY FOR ALAN STANLY

*Disposition:*

Continued to 11/19/07 at 2:00 p.m.  Motion re: Sanctions may be noticed for same date & time.