# DOCKET NUMBER 116-3

1  L. Scott Keehn, SBN 61691
   Leslie F. Keehn, SBN 199153
2  **KEEHN & ASSOCIATES**
   A Professional Corporation
3  402 West Broadway, Suite 1210
   San Diego, California 92101
4  Telephone: (619) 400-2200

5  Attorneys for **Petitioning Creditors**

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  In Re:                          )  Case No.  05-05926-PBINV
                                    )
12          FRANCIS J. LOPEZ,       )  Involuntary Chapter 7
                                    )
13              Alleged Debtor.     )
                                    )  **PROOF OF SERVICE**
14                                  )
                                    )
15                                  )  Date:   November 19, 2007
                                    )  Time:   2:00 p.m.
16                                  )  Judge:  The Honorable Peter W. Bowie
                                    )  Ctrm:   4
17                                  )
                                    )
18  _____)

19       I, the undersigned, declare that I am over the age of eighteen years and not a party to this

20  cause.  I am employed in, or am a resident of, the County of San Diego, California, and my

21  business address is:  402 West Broadway, Suite 1210, San Diego, California.

22       On the date shown below, I caused to be served the following document(s):

23  **REPLY TO OPPOSITION TO MOTION FOR AN ENFORCEMENT
    ORDER IMPOSING MONETARY SANCTIONS AGAINST THE DEBTOR**
24
25  **REPLY DECLARATION OF L. SCOTT KEEHN IN SUPPORT OF MOTION FOR
    AN ENFORCEMENT ORDER IMPOSING MONETARY SANCTIONS AGAINST
    THE DEBTOR**
26
27  **EVIDENTIARY OBJECTIONS TO THE DECLARATION OF FRANCIS J. LOPEZ**

28  / / / / /

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

112193/ckl/5311.01

1  [  ]  BY PERSONAL SERVICE:  I placed a true copy of the above document(s) in a sealed

2       envelope clearly labeled to identify the attorney for the party being served, and personally

3       caused said such envelope to be personally delivered on each addressee named hereafter:

4  [  ]  BY FACSIMILE AND MAIL:  I declare that upon the prior agreement of the party being

5       served, I served the above named documents by facsimile transmission during usual office

6       hours from facsimile number 619-400-2201, to a facsimile machine maintained by the person

7       on whom it is served and that the transmission was reported as complete and without error.

8       Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee

9       named hereafter:

10  [✔]  BY MAIL AND EMAIL:  I declare that I am readily familiar with the business practice for

11      collection and processing of correspondence for mailing with the United States Postal

12      Service, that the correspondence shall be deposited with the United States Postal Service this

13      same day in the ordinary course of business; and that a true copy was placed in a separate

14      envelope, with postage thereon fully prepaid for each addressee named hereafter:

15  M. Jonathan Hayes
    Law Office of M. Jonathan Hayes
16  21800 Oxnard Street, Suite 840
    Woodland Hills, CA  91367
17
    Email: jhayes@polarisnet.net
18
    I declare under penalty of perjury under the laws of the United States that the foregoing is
19
true and correct.
20
    Executed on November 13, 2007.
21
                                     //s// Lisa L. Keehn
22                                   **LISA L. KEEHN**

23

24

25

26

27

28

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

112193/ckl/5311.01