# DOCKET NUMBER 117

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |  |  |
|---:|---|---:|---|
| **Debtor:** | FRANCIS J. LOPEZ | | |
| **Case Number:** | 05-05926-PB7 | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 19, 2007 02:00 PM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | JILLMARIE MCGREW | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

### Matters:

1) PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER IMPOSING MONETARY SANCTIONS AGAINST THE DEBTOR

2) STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
   (fr. 10/1/07)

### Appearances:

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR PETITIONING CREDITORS, ALAN STANLY

### Disposition:

1) Granted. Sanctions awarded: $8130.50.
   Sanctions to be paid to Attorney Keehn's firm within 30 days of today's date.

3) Continued to 1/7/08 at 9:30 a.m.