# DOCKET NUMBER 118

1 | L. Scott Keehn (SBN 61691)
  | **KEEHN & ASSOCIATES, APC**
2 | 402 W. Broadway, Suite 1210
  | San Diego, California 92101
3 | Telephone:   (619) 400-2200
  | Facsimile:    (619) 400-2201
4 |
  | Attorneys for **Petitioning Creditors**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| In Re: | ) | **Bankruptcy Case No. 05-05926-PB7** |
|---|---|---|
| | ) | |
| | ) | **NOTICE OF LODGEMENT OF** |
| FRANCIS J. LOPEZ, | ) | **ORDERS:** |
| | ) | |
| Debtor. | ) | **(1) GRANTING PETITIONING** |
| | ) | **CREDITORS' MOTION FOR AN** |
| | ) | **ENFORCEMENT ORDER, ETC. AND** |
| | ) | **IMPOSING SPECIFIC MONETARY** |
| | ) | **SANCTIONS;** |
| | ) | |
| | ) | **(2) SETTING COMPLIANCE DATE** |
| | ) | **FOR PAYMENT OF SANCTIONS;** |
| | ) | |
| | ) | **(3) RESERVING JURISDICTION** |
| | ) | **FOR FURTHER RULING ON** |
| | ) | **BALANCE OF SANCTIONS** |
| | ) | **REQUESTED; AND,** |
| | ) | |
| | ) | **(4) CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| | ) | |
| | ) | Date: November 19, 2007 |
| | ) | Time: 2:00 p.m. |
| | ) | Dept: 4 |
| | ) | Judge: Hon. Peter W. Bowie |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 7054-3(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of California ("LBR"), the original of the "**ORDERS: (1) GRANTING PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER, ETC. AND IMPOSING SPECIFIC MONETARY**

**SANCTIONS; (2)  SETTING COMPLIANCE DATE FOR PAYMENT OF SANCTIONS; (3)  RESERVING JURISDICTION FOR FURTHER RULING ON BALANCE OF SANCTIONS REQUESTED; AND,  (4) CONTINUING STATUS CONFERENCE**," a copy of which is attached hereto marked "Exhibit 1" and incorporated herein by this reference, was lodged with the Bankruptcy Court for signature by the Honorable Peter W. Bowie on November 26, 2007.

Pursuant to LBR 7054-3(b)(1), you are advised that you have five (5) business days within which to file and serve, pursuant to LBR 7054-3(b)(3), any objections to the form and/or the substance of the pleadings, and/or serve upon the undersigned alternate pleadings if desired.

Dated: November 26, 2007         **KEEHN & ASSOCIATES,**
                                 A Professional Corporation

                                 By: //s// L. Scott Keehn
                                     L. Scott Keehn

# EXHIBIT 1

CSD 1001C [05/15/04]

Name, Address, Telephone No. & I.D. No.
L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
KEEHN & ASSOCIATES, APC
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

FRANCIS J. LOPEZ,

Debtor.

**LODGED**

BANKRUPTCY NO. 05-05926-PBINV

Date of Hearing: November 19, 2007
Time of Hearing: 2:00 p.m.
Name of Judge: Hon. Peter W. Bowie

## ORDERS:
## (1) GRANTING PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER, ETC. AND IMPOSING SPECIFIC MONETARY SANCTIONS; (2) SETTING COMPLIANCE DATE FOR PAYMENT OF SANCTIONS; (3) RESERVING JURISDICTION FOR FURTHER RULING ON BALANCE OF SANCTIONS REQUESTED; AND, (4) CONTINUING STATUS CONFERENCE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  2  with exhibits, if any, for a total of  2  pages, is granted. Motion Docket Entry No.  114 .

//
//
//
//
//
//

DATED:

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:
**KEEHN & ASSOCIATES, APC**
_____
(Firm name)

By: L. Scott Keehn
    Attorney for [X] Movant  [ ] Respondent

**CSD 1001C/112271**

ORDERS: (1) GRANTING PETITIONING CREDITORS' MOTION FOR AN ENFORCEMENT ORDER, ETC. AND IMPOSING SPECIFIC MONETARY SANCTIONS; (2) SETTING COMPLIANCE DATE FOR PAYMENT OF SANCTIONS; (3) RESERVING JURISDICTION FOR FURTHER RULING ON BALANCE OF SANCTIONS REQUESTED; AND, (4) CONTINUING STATUS CONFERENCE

ALLEGED DEBTOR: FRANCIS J. LOPEZ                               CASE NO:   05-05926-PBINV

---

Petitioning Creditors' "Motion for an Enforcement Order Imposing Sanctions etc." against Alleged Debtor Francis J. Lopez (the "Motion") came on regularly for hearing on November 19, 2007, at 2:00 p.m. in Department 4 of the above-entitled Court located at 325 West "F" Street, San Diego, California, the Honorable Peter W. Bowie presiding. Appearances were made by the firm of Keehn & Associates, APC, by L. Scott Keehn, on behalf of Petitioning Creditors; and the Law Office of M. Jonathan Hayes, by M. Jonathan Hayes on behalf of Alleged Debtor, Francis J. Lopez ("Lopez"), in opposition to the Motion.

The Court, having previously considered all of the pleadings, papers, requests, declarations and arguments submitted by the parties in support of their positions, and, good cause therefore appearing,

**IT IS HEREBY ORDERED** that:

(1)  The Motion is Granted, and the court hereby awards sanctions against alleged debtor Francis J. Lopez in the amount of $8,130.50 (the "Sanctions");

(2)  Lopez shall pay the Sanctions, or cause them to be paid, to the law firm of Keehn & Associates, APC on or before December 19, 2007; and, in the event that the Sanctions are not paid by that date, the court will entertain and consider imposing a terminating sanction as a further enforcement remedy;

(3)  The Court specifically reserves jurisdiction for, and deferred its ruling on, the balance of the monetary sanctions requested by the Motion, but which were not awarded at this time (i.e., the sum of $4,300); and,

(4)  The Status Conference on this matter will continued to January 7, 2008, at 9:30 a.m. in Department 4 of the above entitled court.