# DOCKET NUMBER 122

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

1  L. Scott Keehn, SBN 61691
   Leslie F. Keehn, SBN 199153
2  **KEEHN & ASSOCIATES**
   A Professional Corporation
3  402 West Broadway, Suite 1210
   San Diego, California 92101
4  Telephone: (619) 400-2200

5  Attorneys for **Petitioning Creditors**

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>Alleged Debtor.<br>_____ | Case No. 05-05926-PBINV<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**[BIFURCATED PHASE II]**<br><br>Previous Date:<br>Date:   January 7, 2008<br>Time:   9:30 a.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:   4<br><br>New Date:<br>Date:   January 28, 2008<br>Time:   10:30 a.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:   4 |

This Stipulation to Continue Status Conference is dated as of December 31, 2007, by and between Petitioning Creditors and Alleged Debtor, Francis J. Lopez ("Lopez"), by and through their counsel of record. Petitioning Creditors and Lopez are collectively referred to herein as the "Parties".

## **RECITALS**

A.   On June 30, 2005, Petitioning Creditors commenced the above-captioned involuntary Chapter 7 case by filing an involuntary petition for relief under chapter 7 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of

1  California.

2  B.  The court has scheduled a Status Conference in this matter, now set for January 7,
3  2008, at 9:30 a.m.

4  C.  On December 27, 2007, Petitioning Creditors filed their Motion for an Order
5  Imposing Terminating Sanctions Against the Debtor (the "Motion"). The court has set the matter
6  for hearing on January 28, 2008, at 10:30 a.m.

7  WHEREFORE, the Parties hereby agree to the following:

8  **AGREEMENT**

9  1.  The Parties agree that the interests of economy and conservation of judicial
10  resources will be best served by continuing the Status Conference to trail the hearing on the
11  Motion.

13  Dated: December 31, 2007

**KEEHN & ASSOCIATES**
A Professional Corporation

By:  //s// L. Scott Keehn
L. Scott Keehn
Attorneys for **Petitioning Creditors**

18  Dated: 1/2/08

**LAW OFFICE OF M. JONATHAN HAYES**

By:  M. Jonathan Hayes
Attorneys for **Alleged Debtor**

Case No. 05-05926-PBINV        Page 2 of 2        112634/5311.01