# DOCKET NUMBER 123

CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (SBN 61691)
**KEEHN & ASSOCIATES, APC**
402 West Broadway
Suite 1210
San Diego, California  92101
Telephone:  (619) 400-2200
Attorneys for Petitioning Creditors

Order Entered on
January 03, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

FRANCIS J. LOPEZ,

Debtor.

BANKRUPTCY NO.  05-05926-PBINV

Date of Hearing: January 28, 2008
Time of Hearing: 10:30 a.m.
Name of Judge:  Hon. Peter W. Bowie

# ORDER ON
# STIPULATION TO CONTINUE STATUS CONFERENCE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __4__ with exhibits, if any, for a total of __4__ pages, is granted.  Motion/Application Docket Entry No. __122__

//
//
//
//
//
//

DATED:  January 03, 2008

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

KEEHN & ASSOCIATES, APC
(Firm name)

By: /s// L. Scott Keehn
    Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1001A/112635

ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE
DEBTOR:  FRANCIS J. LOPEZ                                          CASE NO:  05-05926-PBINV

---

    Upon the Stipulation to Continue Status Conference between Petitioning Creditors and Alleged Debtor, Francis J. Lopez ("Lopez") continuing the date of the Status Conference (an executed copy of which is attached hereto), and good cause appearing therefore,

    **IT IS ORDERED**, the Stipulation to Continue Status Conference is hereby approved; and,

    **IT IS FURTHER ORDERED**, that the Status Conference currently scheduled for January 7, 2008, at 9:30 a.m., is hereby continued, and will trail the hearing on the Petitioning Creditors' Motion for an Order Imposing Terminating Sanctions Against the Debtor currently scheduled for January 28, 2008, at 10:30 a.m.

L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>Alleged Debtor.<br>_____ | Case No. 05-05926-PBINV<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**[BIFURCATED PHASE II]**<br><br>Previous Date:<br>Date:   January 7, 2008<br>Time:   9:30 a.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:   4<br><br>New Date:<br>Date:   January 28, 2008<br>Time:   10:30 a.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:   4 |

This Stipulation to Continue Status Conference is dated as of December 31, 2007, by and between Petitioning Creditors and Alleged Debtor, Francis J. Lopez ("Lopez"), by and through their counsel of record. Petitioning Creditors and Lopez are collectively referred to herein as the "Parties".

## **RECITALS**

A.   On June 30, 2005, Petitioning Creditors commenced the above-captioned involuntary Chapter 7 case by filing an involuntary petition for relief under chapter 7 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of

1  California.
2      B.      The court has scheduled a Status Conference in this matter, now set for January 7,
3  2008, at 9:30 a.m.
4      C.      On December 27, 2007, Petitioning Creditors filed their Motion for an Order
5  Imposing Terminating Sanctions Against the Debtor (the "Motion"). The court has set the matter
6  for hearing on January 28, 2008, at 10:30 a.m.
7          WHEREFORE, the Parties hereby agree to the following:

## AGREEMENT

9      1.      The Parties agree that the interests of economy and conservation of judicial
10 resources will be best served by continuing the Status Conference to trail the hearing on the
11 Motion.

13 Dated: December 31, 2007

**KEEHN & ASSOCIATES**
A Professional Corporation

By: //s// L. Scott Keehn
L. Scott Keehn
Attorneys for **Petitioning Creditors**

18 Dated: 1/2/08

**LAW OFFICE OF M. JONATHAN HAYES**

By: _____
M. Jonathan Hayes
Attorneys for **Alleged Debtor**

Case No. 05-05926-PBINV         Page 2 of 2                   112634/5311.01

*Signed by Judge Peter W. Bowie January 03, 2008*