# DOCKET NUMBER 126-3

1  L. Scott Keehn, SBN 61691
   Leslie F. Keehn, SBN 199153
2  **KEEHN & ASSOCIATES**
   A Professional Corporation
3  402 West Broadway, Suite 1210
   San Diego, California 92101
4  Telephone: (619) 400-2200

5  Attorneys for **Petitioning Creditors**

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11 In Re:                          )    Case No.  05-05926-PBINV
                                   )
12      FRANCIS J. LOPEZ,          )    **DECLARATION OF CYNTHIA K. LAY**
                                   )
13           Alleged Debtor.       )    **[BIFURCATED PHASE II]**
                                   )
14                                 )
                                   )
15                                 )    Date:   January 28, 2008
                                   )    Time:   10:30 a.m.
16                                 )    Judge: The Honorable Peter W. Bowie
                                   )    Ctrm:   4
17                                 )
                                   )
18                                 )
                                   )
19 _____ )

20      I, Cynthia K. Lay, declare as follows:

21      1.      I am a paralegal with the firm of Keehn & Associates, APC, the attorneys of record

22 for the Petitioning Creditors.  I make the following declaration based upon facts within my first

23 hand knowledge, acquired during the performance of activities that were within the course and

24 scope of Keehn & Associates, APC's engagement on behalf of the Petitioning Creditors.

25      2.      On or about January 22, 2008, I was asked to locate the Median Family Income by

26 Family Size for the State of Florida.

27      3.      I followed those instructions and reviewed the U.S. Census Bureau data available

28 for cases filed between October 15, 2007, and December 31, 2007, inclusive, as provided in the

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

1    Means Testing section of the U.S. Trustee Program's website.

2        4.      A printout of the Median Family Income by Family Size is attached hereto marked

3    Exhibit 1 and incorporated herein by this reference.  The available data for the State of Florida is

4    highlighted in yellow.

5        5.      On or about January 22, 2008, I was asked to locate the Median Family Income by

6    the Number of Earners in Family for the State of Florida.

7        6.      I followed those instructions and reviewed the U.S. Census Bureau data available

8    as provided in the State Median Income section of the U.S. Census Bureau's website.

9        7.      A printout of the Median Family Income by Number of Earners in Family is

10   attached hereto marked Exhibit 2 and incorporated herein by this reference.  The available data for

11   the State of Florida is highlighted in yellow.

12       8.      On or about January 22, 2008, I was asked to create a chart outlining the deposit

13   history of the bank account maintained by the Debtor's wife, Madeleine J. Magill-Lopez —

14   SunTrust Bank Account No. 1000023829301 (the "Account").  The chart was to provide a

15   detailed deposit history from December 14, 2006, through June 15, 2007, as well as the annualized

16   amount of the total deposits.

17       9.      I followed those instructions and reviewed the Account's bank statements from

18   December 14, 2006, through June 15, 2007, copies of which are attached as Exhibit 2 to the

19   Declaration of Timothy P. Dillon filed concurrently herewith.

20       10.     After analyzing the Account's bank statements, I compiled the information

21   contained therein and created the chart titled "SunTrust Bank Account Deposit Summary", a copy

22   of which is attached hereto marked Exhibit 3 and incorporated herein by this reference.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

112912/5311.01

1    11.    I have first-hand knowledge of all of the foregoing, and if called as a witness could,

2   and would, testify in the manner herein above set forth.

3        I declare under penalty of perjury under the laws of the United States that the foregoing is

4   true and correct, and that this Declaration was executed this 22nd day of January, 2008, at San

5   Diego, California.

6

7                           //s// Cynthia K. Lay
                            **CYNTHIA K. LAY**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201

112912/5311.01

# EXHIBIT 1

U.S. Department of Justice

# U.S. Trustee Program

Contact Us     Search     Site Map

Home >> BAPCPA >> Means Testing >> Means Testing (Cases Filed Between October 15, 2007, and December 31, 2007, Inclusive) >> Census Bureau Median Family Income By Family Size

## Census Bureau Median Family Income By Family Size

### (Cases Filed Between October 15, 2007, and December 31, 2007, Inclusive)

The following table provides median family income data reproduced in a format designed for ease of use in completing Bankruptcy Forms 22A and 22C.

The **State Median Family Income by Family Size** data is available for download in MS Excel format. [XLS - 27 KB]

| . STATE | 1 EARNER | FAMILY SIZE | | |
|---|---|---|---|---|
| | | 2 PEOPLE | 3 PEOPLE | 4 PEOPLE * |
| ALABAMA | $35,190 | $43,674 | $49,688 | $60,298 |
| ALASKA | $43,766 | $66,125 | $70,378 | $71,781 |
| ARIZONA | $39,811 | $51,681 | $58,127 | $65,050 |
| ARKANSAS | $31,633 | $40,604 | $47,588 | $52,185 |
| CALIFORNIA | $45,518 | $60,032 | $64,766 | $74,801 |
| COLORADO | $42,979 | $60,577 | $64,883 | $75,775 |
| CONNECTICUT | $53,876 | $66,972 | $76,786 | $93,821 |
| DELAWARE | $43,149 | $54,105 | $64,840 | $78,321 |
| DISTRICT OF COLUMBIA | $38,410 | $65,913 | $65,913 | $71,571 |
| FLORIDA | $38,927 | $49,234 | $55,347 | $65,024 |
| GEORGIA | $38,086 | $50,001 | $57,254 | $66,711 |
| HAWAII | $45,947 | $58,555 | $69,572 | $84,472 |
| IDAHO | $36,313 | $46,876 | $53,194 | $58,066 |
| ILLINOIS | $43,436 | $54,979 | $64,763 | $75,484 |
| INDIANA | $38,293 | $49,642 | $55,917 | $67,787 |
| IOWA | $36,713 | $49,180 | $57,688 | $67,792 |
| KANSAS | $37,525 | $51,522 | $56,467 | $67,897 |
| KENTUCKY | $36,070 | $42,278 | $50,663 | $60,202 |
| LOUISIANA | $33,391 | $41,500 | $50,785 | $60,161 |
| MAINE | $37,035 | $46,378 | $58,225 | $63,501 |
| MARYLAND | $51,141 | $66,190 | $78,119 | $94,017 |
| MASSACHUSETTS | $51,176 | $61,293 | $75,801 | $89,347 |
| MICHIGAN | $41,929 | $50,441 | $60,085 | $72,591 |
| MINNESOTA | $43,965 | $58,705 | $68,737 | $81,477 |
| MISSISSIPPI | $29,582 | $37,841 | $42,380 | $52,992 |
| MISSOURI | $36,702 | $47,589 | $54,914 | $63,274 |
| MONTANA | $37,889 | $46,748 | $52,111 | $60,576 |
| NEBRASKA | $36,179 | $51,231 | $58,055 | $68,917 |
| NEVADA | $44,378 | $56,258 | $63,231 | $66,095 |
| NEW HAMPSHIRE | $50,086 | $61,746 | $70,722 | $87,396 |
| NEW JERSEY | $54,596 | $63,026 | $80,999 | $94,441 |
| NEW MEXICO | $34,703 | $47,517 | $47,517 | $52,034 |
| NEW YORK | $43,352 | $52,891 | $62,882 | $75,513 |
| NORTH CAROLINA | $35,267 | $47,895 | $53,961 | $61,420 |
| NORTH DAKOTA | $35,718 | $48,511 | $59,607 | $67,560 |
| OHIO | $39,056 | $48,332 | $58,130 | $68,579 |
| OKLAHOMA | $33,597 | $44,942 | $47,381 | $55,031 |
| OREGON | $41,284 | $51,762 | $58,033 | $64,832 |

**EXHIBIT 1**
**PAGE 1**

| | | | | |
|---|---|---|---|---|
| PENNSYLVANIA | $41,971 | $49,226 | $61,733 | $74,072 |
| RHODE ISLAND | $45,776 | $58,108 | $63,135 | $78,189 |
| SOUTH CAROLINA | $34,211 | $45,233 | $51,525 | $59,663 |
| SOUTH DAKOTA | $31,944 | $48,051 | $60,170 | $63,508 |
| TENNESSEE | $35,373 | $44,764 | $51,860 | $60,143 |
| TEXAS | $35,280 | $49,933 | $52,313 | $59,808 |
| UTAH | $44,458 | $50,155 | $56,671 | $63,586 |
| VERMONT | $41,171 | $52,137 | $60,113 | $67,884 |
| VIRGINIA | $44,780 | $59,423 | $67,788 | $78,413 |
| WASHINGTON | $46,700 | $58,584 | $66,252 | $75,140 |
| WEST VIRGINIA | $36,133 | $38,505 | $49,043 | $55,920 |
| WISCONSIN | $40,378 | $52,793 | $63,628 | $72,495 |
| WYOMING | $34,946 | $51,853 | $58,620 | $71,559 |

*Add $6,900 for each individual in excess of 4.*

| COMMONWEALTH OR U.S. TERRITORY | | FAMILY SIZE | | |
|---|---|---|---|---|
| | 1 EARNER | 2 PEOPLE | 3 PEOPLE | 4 PEOPLE * |
| GUAM | $34,495 | $41,244 | $47,000 | $56,877 |
| NORTHERN MARIANA ISLANDS | $23,164 | $23,164 | $26,950 | $39,639 |
| PUERTO RICO | $19,189 | $19,189 | $21,640 | $25,404 |
| VIRGIN ISLANDS | $27,368 | $32,895 | $35,072 | $38,426 |

*Add $6,900 for each individual in excess of 4.*

*Last Update: September 20, 2007 10:52 AM*
*U.S. Trustee Program/Department of Justice*
*usdoj/ust/smm*

USTP Home | USTP Regions | Bankruptcy Reform | What's New | Privacy Policy | Legal Policies & Disclaimers | DOJ Home | USA.gov | Search | Contact Us | FOIA

United States Bankruptcy Courts | Bankruptcy Code

**EXHIBIT 1**
**PAGE 2**

# EXHIBIT 2

**U.S. Census Bureau**

## Income

| Income Main | Overview | Reports | Definitions | Related Topics | Micro Data Access | FAQ |

**Income - Median Family Income in the Past 12 Months by Number of Earners in Family**

B19121. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2006 INFLATION-ADJUSTED DOLLARS) BY N
Data Set: 2006 American Community Survey
Survey: 2006 American Community Survey, 2006 Puerto Rico Community Survey
NOTE. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey I

| | Estimate | Margin of Error |
|---|---|---|
| Alabama | Estimate | Margin of Error |
| Total: | 49,207 | +/-747 |
| No earners (dollars) | 23,318 | +/-975 |
| 1 earner (dollars) | 35,190 | +/-713 |
| 2 earners (dollars) | 66,167 | +/-956 |
| 3 or more earners (dollars) | 81,611 | +/-2,450 |
| | | |
| Alaska | Estimate | Margin of Error |
| Total: | 69,872 | +/-2,371 |
| No earners (dollars) | 31,234 | +/-6,009 |
| 1 earner (dollars) | 43,766 | +/-3,026 |
| 2 earners (dollars) | 82,767 | +/-2,542 |
| 3 or more earners (dollars) | 96,621 | +/-4,831 |
| | | |
| Arizona | Estimate | Margin of Error |
| Total: | 55,709 | +/-646 |
| No earners (dollars) | 33,474 | +/-844 |
| 1 earner (dollars) | 39,811 | +/-742 |
| 2 earners (dollars) | 70,607 | +/-951 |
| 3 or more earners (dollars) | 88,063 | +/-2,028 |
| | | |
| Arkansas | Estimate | Margin of Error |
| Total: | 45,093 | +/-813 |
| No earners (dollars) | 23,902 | +/-819 |
| 1 earner (dollars) | 31,633 | +/-825 |
| 2 earners (dollars) | 57,586 | +/-1,078 |
| 3 or more earners (dollars) | 78,082 | +/-3,124 |
| | | |
| California | Estimate | Margin of Error |
| Total: | 64,563 | +/-413 |
| No earners (dollars) | 28,978 | +/-665 |
| 1 earner (dollars) | 45,518 | +/-427 |
| 2 earners (dollars) | 81,955 | +/-483 |
| 3 or more earners (dollars) | 93,805 | +/-1,060 |
| | | |
| Colorado | Estimate | Margin of Error |
| Total: | 64,614 | +/-975 |
| No earners (dollars) | 32,858 | +/-1,606 |
| 1 earner (dollars) | 42,979 | +/-1,305 |
| 2 earners (dollars) | 78,039 | +/-942 |
| 3 or more earners (dollars) | 93,090 | +/-2,027 |

**EXHIBIT 2**
**PAGE 1**

| Connecticut | Estimate | Margin of Error |
|---|---|---|
| Total: | 78,154 | +/-951 |
| No earners (dollars) | 33,246 | +/-1,774 |
| 1 earner (dollars) | 53,876 | +/-2,025 |
| 2 earners (dollars) | 91,520 | +/-1,311 |
| 3 or more earners (dollars) | 110,433 | +/-2,779 |

| Delaware | Estimate | Margin of Error |
|---|---|---|
| Total: | 62,623 | +/-2,217 |
| No earners (dollars) | 35,254 | +/-2,003 |
| 1 earner (dollars) | 43,149 | +/-1,979 |
| 2 earners (dollars) | 78,134 | +/-2,087 |
| 3 or more earners (dollars) | 105,109 | +/-4,705 |

| District of Columbia | Estimate | Margin of Error |
|---|---|---|
| Total: | 61,105 | +/-4,029 |
| No earners (dollars) | 14,503 | +/-2,043 |
| 1 earner (dollars) | 38,410 | +/-2,629 |
| 2 earners (dollars) | 100,299 | +/-7,186 |
| 3 or more earners (dollars) | 103,461 | +/-13,029 |

| Florida | Estimate | Margin of Error |
|---|---|---|
| Total: | 54,445 | +/-402 |
| No earners (dollars) | 33,224 | +/-610 |
| 1 earner (dollars) | 38,927 | +/-567 |
| 2 earners (dollars) | 68,687 | +/-831 |
| 3 or more earners (dollars) | 84,496 | +/-1,117 |

| Georgia | Estimate | Margin of Error |
|---|---|---|
| Total: | 56,112 | +/-609 |
| No earners (dollars) | 22,971 | +/-884 |
| 1 earner (dollars) | 38,086 | +/-717 |
| 2 earners (dollars) | 71,608 | +/-676 |
| 3 or more earners (dollars) | 84,581 | +/-1,906 |

| Hawaii | Estimate | Margin of Error |
|---|---|---|
| Total: | 70,277 | +/-1,454 |
| No earners (dollars) | 33,937 | +/-2,938 |
| 1 earner (dollars) | 45,947 | +/-2,167 |
| 2 earners (dollars) | 81,400 | +/-2,060 |
| 3 or more earners (dollars) | 111,450 | +/-3,986 |

| Idaho | Estimate | Margin of Error |
|---|---|---|
| Total: | 51,640 | +/-1,028 |
| No earners (dollars) | 31,022 | +/-1,673 |
| 1 earner (dollars) | 36,313 | +/-1,261 |
| 2 earners (dollars) | 59,689 | +/-1,152 |
| 3 or more earners (dollars) | 76,533 | +/-2,991 |

| Illinois | Estimate | Margin of Error |
|---|---|---|
| Total: | 63,121 | +/-529 |
| No earners (dollars) | 28,815 | +/-582 |
| 1 earner (dollars) | 43,436 | +/-891 |

EXHIBIT 2
PAGE 2

Case 3:08-cv-00713-JAH-BLM    Document 5-44    Filed 04/28/2008    Page 11 of 18

| | | |
|---|---|---|
| 2 earners (dollars) | 77,370 | +/-570 |
| 3 or more earners (dollars) | 94,681 | +/-1,213 |
| | | |
| Indiana | Estimate | Margin of Error |
| Total: | 55,781 | +/-459 |
| No earners (dollars) | 29,262 | +/-808 |
| 1 earner (dollars) | 38,293 | +/-814 |
| 2 earners (dollars) | 68,860 | +/-783 |
| 3 or more earners (dollars) | 85,553 | +/-1,324 |
| | | |
| Iowa | Estimate | Margin of Error |
| Total: | 55,735 | +/-577 |
| No earners (dollars) | 29,866 | +/-875 |
| 1 earner (dollars) | 36,713 | +/-783 |
| 2 earners (dollars) | 65,175 | +/-779 |
| 3 or more earners (dollars) | 81,340 | +/-1,533 |
| | | |
| Kansas | Estimate | Margin of Error |
| Total: | 56,857 | +/-698 |
| No earners (dollars) | 30,779 | +/-1,112 |
| 1 earner (dollars) | 37,525 | +/-1,174 |
| 2 earners (dollars) | 68,196 | +/-1,152 |
| 3 or more earners (dollars) | 84,977 | +/-2,389 |
| | | |
| Kentucky | Estimate | Margin of Error |
| Total: | 48,726 | +/-682 |
| No earners (dollars) | 21,412 | +/-632 |
| 1 earner (dollars) | 36,070 | +/-796 |
| 2 earners (dollars) | 64,073 | +/-950 |
| 3 or more earners (dollars) | 84,425 | +/-2,108 |
| | | |
| Louisiana | Estimate | Margin of Error |
| Total: | 48,261 | +/-794 |
| No earners (dollars) | 21,300 | +/-751 |
| 1 earner (dollars) | 33,391 | +/-914 |
| 2 earners (dollars) | 65,749 | +/-1,221 |
| 3 or more earners (dollars) | 80,199 | +/-1,821 |
| | | |
| Maine | Estimate | Margin of Error |
| Total: | 52,793 | +/-973 |
| No earners (dollars) | 26,574 | +/-1,639 |
| 1 earner (dollars) | 37,035 | +/-1,194 |
| 2 earners (dollars) | 65,979 | +/-973 |
| 3 or more earners (dollars) | 83,337 | +/-2,550 |
| | | |
| Maryland | Estimate | Margin of Error |
| Total: | 77,839 | +/-851 |
| No earners (dollars) | 34,041 | +/-1,851 |
| 1 earner (dollars) | 51,141 | +/-739 |
| 2 earners (dollars) | 93,035 | +/-1,158 |
| 3 or more earners (dollars) | 110,942 | +/-2,334 |
| | | |
| Massachusetts | Estimate | Margin of Error |
| Total: | 74,463 | +/-753 |

**EXHIBIT 2**
**PAGE 3**

| | | |
|---|---|---|
| No earners (dollars) | 27,830 | +/-1,096 |
| 1 earner (dollars) | 51,176 | +/-954 |
| 2 earners (dollars) | 90,473 | +/-1,108 |
| 3 or more earners (dollars) | 105,823 | +/-1,528 |
| | | |
| Michigan | Estimate | Margin of Error |
| Total: | 57,996 | +/-535 |
| No earners (dollars) | 30,871 | +/-511 |
| 1 earner (dollars) | 41,929 | +/-495 |
| 2 earners (dollars) | 73,204 | +/-697 |
| 3 or more earners (dollars) | 90,645 | +/-1,236 |
| | | |
| Minnesota | Estimate | Margin of Error |
| Total: | 66,809 | +/-485 |
| No earners (dollars) | 33,481 | +/-965 |
| 1 earner (dollars) | 43,965 | +/-1,080 |
| 2 earners (dollars) | 77,679 | +/-760 |
| 3 or more earners (dollars) | 93,031 | +/-1,290 |
| | | |
| Mississippi | Estimate | Margin of Error |
| Total: | 42,805 | +/-1,008 |
| No earners (dollars) | 18,143 | +/-820 |
| 1 earner (dollars) | 29,582 | +/-900 |
| 2 earners (dollars) | 59,811 | +/-1,443 |
| 3 or more earners (dollars) | 76,806 | +/-2,066 |
| | | |
| Missouri | Estimate | Margin of Error |
| Total: | 53,026 | +/-561 |
| No earners (dollars) | 28,566 | +/-958 |
| 1 earner (dollars) | 36,702 | +/-680 |
| 2 earners (dollars) | 66,089 | +/-706 |
| 3 or more earners (dollars) | 85,254 | +/-1,902 |
| | | |
| Montana | Estimate | Margin of Error |
| Total: | 51,006 | +/-829 |
| No earners (dollars) | 30,514 | +/-2,204 |
| 1 earner (dollars) | 37,889 | +/-1,693 |
| 2 earners (dollars) | 59,862 | +/-1,568 |
| 3 or more earners (dollars) | 73,223 | +/-3,027 |
| | | |
| Nebraska | Estimate | Margin of Error |
| Total: | 56,940 | +/-649 |
| No earners (dollars) | 30,690 | +/-2,013 |
| 1 earner (dollars) | 36,179 | +/-991 |
| 2 earners (dollars) | 65,716 | +/-918 |
| 3 or more earners (dollars) | 81,246 | +/-2,514 |
| | | |
| Nevada | Estimate | Margin of Error |
| Total: | 61,466 | +/-837 |
| No earners (dollars) | 31,443 | +/-2,145 |
| 1 earner (dollars) | 44,378 | +/-1,787 |
| 2 earners (dollars) | 73,914 | +/-1,581 |
| 3 or more earners (dollars) | 90,914 | +/-2,383 |

**EXHIBIT 2**
**PAGE 4**

| New Hampshire | Estimate | Margin of Error |
|---|---|---|
| Total: | 71,176 | +/-1,111 |
| No earners (dollars) | 31,664 | +/-2,407 |
| 1 earner (dollars) | 50,086 | +/-1,956 |
| 2 earners (dollars) | 81,729 | +/-1,654 |
| 3 or more earners (dollars) | 99,643 | +/-3,656 |

| New Jersey | Estimate | Margin of Error |
|---|---|---|
| Total: | 77,875 | +/-649 |
| No earners (dollars) | 33,520 | +/-1,146 |
| 1 earner (dollars) | 54,596 | +/-1,110 |
| 2 earners (dollars) | 93,855 | +/-961 |
| 3 or more earners (dollars) | 111,680 | +/-1,609 |

| New Mexico | Estimate | Margin of Error |
|---|---|---|
| Total: | 48,199 | +/-1,352 |
| No earners (dollars) | 27,299 | +/-2,849 |
| 1 earner (dollars) | 34,703 | +/-1,579 |
| 2 earners (dollars) | 62,995 | +/-1,790 |
| 3 or more earners (dollars) | 77,087 | +/-3,271 |

| New York | Estimate | Margin of Error |
|---|---|---|
| Total: | 62,138 | +/-364 |
| No earners (dollars) | 25,014 | +/-594 |
| 1 earner (dollars) | 43,352 | +/-771 |
| 2 earners (dollars) | 80,015 | +/-612 |
| 3 or more earners (dollars) | 100,049 | +/-1,295 |

| North Carolina | Estimate | Margin of Error |
|---|---|---|
| Total: | 52,336 | +/-481 |
| No earners (dollars) | 26,183 | +/-644 |
| 1 earner (dollars) | 35,267 | +/-543 |
| 2 earners (dollars) | 66,783 | +/-599 |
| 3 or more earners (dollars) | 82,339 | +/-1,443 |

| North Dakota | Estimate | Margin of Error |
|---|---|---|
| Total: | 55,385 | +/-1,467 |
| No earners (dollars) | 26,943 | +/-2,104 |
| 1 earner (dollars) | 35,718 | +/-1,839 |
| 2 earners (dollars) | 64,672 | +/-1,838 |
| 3 or more earners (dollars) | 81,592 | +/-6,708 |

| Ohio | Estimate | Margin of Error |
|---|---|---|
| Total: | 56,148 | +/-388 |
| No earners (dollars) | 28,248 | +/-502 |
| 1 earner (dollars) | 39,056 | +/-773 |
| 2 earners (dollars) | 70,775 | +/-526 |
| 3 or more earners (dollars) | 88,229 | +/-1,217 |

| Oklahoma | Estimate | Margin of Error |
|---|---|---|
| Total: | 47,955 | +/-776 |
| No earners (dollars) | 24,963 | +/-953 |
| 1 earner (dollars) | 33,597 | +/-996 |
| 2 earners (dollars) | 62,397 | +/-1,086 |

**EXHIBIT 2**
**PAGE 5**

| | | |
|---|---|---|
| 3 or more earners (dollars) | 76,293 | +/-2,196 |
| | | |
| **Oregon** | Estimate | Margin of Error |
| Total: | 55,923 | +/-757 |
| No earners (dollars) | 32,439 | +/-1,221 |
| 1 earner (dollars) | 41,284 | +/-874 |
| 2 earners (dollars) | 69,046 | +/-1,532 |
| 3 or more earners (dollars) | 83,360 | +/-2,076 |
| | | |
| **Pennsylvania** | Estimate | Margin of Error |
| Total: | 58,148 | +/-361 |
| No earners (dollars) | 27,837 | +/-493 |
| 1 earner (dollars) | 41,971 | +/-391 |
| 2 earners (dollars) | 72,551 | +/-604 |
| 3 or more earners (dollars) | 91,318 | +/-972 |
| | | |
| **Rhode Island** | Estimate | Margin of Error |
| Total: | 64,733 | +/-1,971 |
| No earners (dollars) | 26,347 | +/-2,873 |
| 1 earner (dollars) | 45,776 | +/-2,664 |
| 2 earners (dollars) | 77,826 | +/-2,170 |
| 3 or more earners (dollars) | 99,603 | +/-4,241 |
| | | |
| **South Carolina** | Estimate | Margin of Error |
| Total: | 50,334 | +/-657 |
| No earners (dollars) | 24,975 | +/-910 |
| 1 earner (dollars) | 34,211 | +/-845 |
| 2 earners (dollars) | 65,545 | +/-810 |
| 3 or more earners (dollars) | 82,498 | +/-3,253 |
| | | |
| **South Dakota** | Estimate | Margin of Error |
| Total: | 53,806 | +/-936 |
| No earners (dollars) | 30,192 | +/-2,191 |
| 1 earner (dollars) | 31,944 | +/-1,653 |
| 2 earners (dollars) | 60,580 | +/-1,227 |
| 3 or more earners (dollars) | 77,577 | +/-2,647 |
| | | |
| **Tennessee** | Estimate | Margin of Error |
| Total: | 49,804 | +/-564 |
| No earners (dollars) | 22,087 | +/-719 |
| 1 earner (dollars) | 35,373 | +/-789 |
| 2 earners (dollars) | 64,818 | +/-778 |
| 3 or more earners (dollars) | 82,531 | +/-1,666 |
| | | |
| **Texas** | Estimate | Margin of Error |
| Total: | 52,355 | +/-275 |
| No earners (dollars) | 24,444 | +/-546 |
| 1 earner (dollars) | 35,280 | +/-363 |
| 2 earners (dollars) | 68,247 | +/-720 |
| 3 or more earners (dollars) | 79,004 | +/-1,096 |
| | | |
| **Utah** | Estimate | Margin of Error |
| Total: | 58,141 | +/-835 |
| No earners (dollars) | 33,987 | +/-1,631 |

**EXHIBIT 2**
**PAGE 6**

| | | |
|---|---|---|
| 1 earner (dollars) | 44,458 | +/-2,323 |
| 2 earners (dollars) | 62,186 | +/-909 |
| 3 or more earners (dollars) | 85,576 | +/-2,575 |

| Vermont | Estimate | Margin of Error |
|---|---|---|
| Total: | 58,163 | +/-1,411 |
| No earners (dollars) | 28,817 | +/-1,561 |
| 1 earner (dollars) | 41,171 | +/-2,603 |
| 2 earners (dollars) | 67,335 | +/-2,540 |
| 3 or more earners (dollars) | 86,632 | +/-3,364 |

| Virginia | Estimate | Margin of Error |
|---|---|---|
| Total: | 66,886 | +/-623 |
| No earners (dollars) | 31,644 | +/-1,215 |
| 1 earner (dollars) | 44,780 | +/-973 |
| 2 earners (dollars) | 80,992 | +/-840 |
| 3 or more earners (dollars) | 101,630 | +/-1,386 |

| Washington | Estimate | Margin of Error |
|---|---|---|
| Total: | 63,705 | +/-650 |
| No earners (dollars) | 35,776 | +/-905 |
| 1 earner (dollars) | 46,700 | +/-1,017 |
| 2 earners (dollars) | 77,988 | +/-949 |
| 3 or more earners (dollars) | 92,904 | +/-2,014 |

| West Virginia | Estimate | Margin of Error |
|---|---|---|
| Total: | 44,012 | +/-823 |
| No earners (dollars) | 23,658 | +/-915 |
| 1 earner (dollars) | 36,135 | +/-907 |
| 2 earners (dollars) | 61,201 | +/-1,367 |
| 3 or more earners (dollars) | 79,788 | +/-3,221 |

| Wisconsin | Estimate | Margin of Error |
|---|---|---|
| Total: | 60,634 | +/-462 |
| No earners (dollars) | 31,089 | +/-900 |
| 1 earner (dollars) | 40,378 | +/-621 |
| 2 earners (dollars) | 71,295 | +/-597 |
| 3 or more earners (dollars) | 88,289 | +/-1,461 |

| Wyoming | Estimate | Margin of Error |
|---|---|---|
| Total: | 57,505 | +/-1,708 |
| No earners (dollars) | 35,760 | +/-2,849 |
| 1 earner (dollars) | 34,946 | +/-2,823 |
| 2 earners (dollars) | 67,495 | +/-1,940 |
| 3 or more earners (dollars) | 87,764 | +/-4,642 |

| Puerto Rico | Estimate | Margin of Error |
|---|---|---|
| Total: | 20,425 | +/-414 |
| No earners (dollars) | 8,243 | +/-266 |
| 1 earner (dollars) | 19,189 | +/-470 |
| 2 earners (dollars) | 38,422 | +/-946 |
| 3 or more earners (dollars) | 49,083 | +/-1,337 |

Source: U.S. Census Bureau, 2006 American Community Survey

**EXHIBIT 2**
**PAGE 7**

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising
Accuracy of the Data).  The effect of nonsampling error is not represented in these tables."

While the 2006 American Community Survey (ACS) data generally reflect the December 2005 Office of Managemen
Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observat
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations we
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling

Contact the Demographic Call Center Staff at 301-763-2422 or 1-866-758-1060 (toll free) or visit ask.census.gov for further information on Income Data.

*Source: U.S. Census Bureau, Housing and Household Economic Statistics Division*

| Income Main | Overview | Reports | Definitions | Related Topics | Micro Data Access | FAQ |
|---|---|---|---|---|---|---|

Census Bureau Links:  Home · Search · Subjects A-Z · FAQs · Data Tools · Catalog · Census 2000 · Quality · Privacy Policy · Contact Us
U S C E N S U S B U R E A U
*Helping You Make Informed Decisions*
Page Last Modified: August 30, 2007

**EXHIBIT 2**
**PAGE 8**
8 of 8                                                                                        1/22/2008 10:07 AM

# EXHIBIT 3

## SUNTRUST BANK ACCOUNT DEPOSIT SUMMARY

| MONTH | DEPOSITS MADE | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 6/15/2007 | $ 1,953.79 | $ 364.47 | $ 5,100.00 | $ 1,953.79 | | | | $ 9,372.05 |
| 5/14/2007 | $ 500.00 | $ 1,953.79 | $ 3,120.00 | $ 1,700.00 | $ 1,953.79 | | | $ 9,227.58 |
| 4/13/2007 | $ 1,953.79 | $ 1,001.08 | $ 4,300.00 | $ 2,045.52 | $ 4,400.00 | $ 1,953.79 | | $ 15,654.18 |
| 3/15/2007 | $ 1,953.79 | $ 1,953.79 | $ 2,000.00 | | | | | $ 5,907.58 |
| 2/14/2007 | $ 1,953.79 | $ 4,400.00 | $ 495.05 | $ 1,953.79 | | | | $ 8,802.63 |
| 1/16/2007 | $ 40.00 | $ 240.00 | $ 200.00 | $ 1,958.65 | $ 4,220.00 | $ 1,953.79 | $ 4,131.70 | $ 12,744.14 |
| 12/14/2006 | $ 1,958.65 | $ 5,600.00 | $ 1,958.65 | $ 1,000.00 | | | | $ 10,517.30 |
| | TOTAL DEPOSITS FROM 12/14/2006 - 6/15/2007 | | | | | | | $ 72,225.46 |
| | ANNUALIZED TOTAL | | | | | | | $ 123,822.15 |

EXHIBIT 3
PAGE 1

112913-1.xls1