# DOCKET NUMBER 126-5

```
L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
```
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>Alleged Debtor. | Case No. 05-05926-PBINV<br><br>Involuntary Chapter 7<br><br>**PROOF OF SERVICE**<br><br>Date:   January 28, 2008<br>Time:  10:30 a.m.<br>Judge: The Honorable Peter W. Bowie<br>Ctrm:   4 |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: 402 West Broadway, Suite 1210, San Diego, California.

On the date shown below, I caused to be served the following document(s):

**REPLY TO OPPOSITION TO MOTION FOR AN ORDER IMPOSING TERMINATING SANCTIONS AGAINST THE DEBTOR**

**DECLARATION OF L. SCOTT KEEHN**

**DECLARATION OF TIMOTHY P. DILLON**

**DECLARATION OF CYNTHIA K. LAY**

**EVIDENTIARY OBJECTIONS TO DECLARATION OF FRANCIS LOPEZ**

1  [ ] BY PERSONAL SERVICE: I placed a true copy of the above document(s) in a sealed
2  envelope clearly labeled to identify the attorney for the party being served, and personally
3  caused said such envelope to be personally delivered on each addressee named hereafter:

4  [ ] BY FACSIMILE AND MAIL: I declare that upon the prior agreement of the party being
5  served, I served the above named documents by facsimile transmission during usual office
6  hours from facsimile number 619-400-2201, to a facsimile machine maintained by the person
7  on whom it is served and that the transmission was reported as complete and without error.
8  Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee
9  named hereafter:

10 [✔] BY MAIL: I declare that I am readily familiar with the business practice for collection and
11 processing of correspondence for mailing with the United States Postal Service, that the
12 correspondence shall be deposited with the United States Postal Service this same day in the
13 ordinary course of business; and that a true copy was placed in a separate envelope, with
14 postage thereon fully prepaid for each addressee named hereafter:

15 M. Jonathan Hayes
   Law Office of M. Jonathan Hayes
16 21800 Oxnard Street, Suite 840
   Woodland Hills, CA  91367
17

18 [✔] BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a true copy of the above-
19 named document(s) to be sent to the person(s) at the e-mail addresses listed below. I did not
20 receive, within a reasonable time after the transmission, any electronic message or other
21 indication that the transmission was unsuccessful:

22 M. Jonathan Hayes
   E-mail: jhayes@polarisnet.net
23

24 I declare under penalty of perjury under the laws of the United States that the foregoing is
25 true and correct.
26 Executed on January 28, 2008.

27                              //s// Cynthia K. Lay
                                **CYNTHIA K. LAY**
28