# DOCKET NUMBER 127

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | FRANCIS J. LOPEZ |
| **Case Number:** | 05-05926-PB7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JANUARY 28, 2008 10:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) PETITIONING CREDITORS' MOTION FOR ORDER IMPOSING TERMINATING SANCTIONS AGAINST THE DEBTOR

2) STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER
   (fr. 1/7/08)

### Appearances:

M. Jonathan Hayes, ATTORNEY FOR Francis J. Lopez
L. Scott Keehn, ATTORNEY FOR ALAN STANLY

### Disposition:

1) Granted.  Order for Relief to be entered.
2) Off calendar.