# DOCKET NUMBER 133-1

redact
06/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Francis J. Lopez**
 310 Sand Myrtle Trail
Destin, FL 32541–3429
xxx–xx–1124
*No Known Aliases*

Case number: 05–05926–PB7
Chapter: 7
Judge  Peter W. Bowie

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES

TO PARTIES IN INTEREST

YOU ARE HEREBY NOTIFIED that a transcript of the hearing held **1/28/08** was filed with the Court on 2/13/08.

Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for five business days from the date of filing. All parties have five business days to file a Notice of Intent to Request Redaction of any social security numbers, financial account data, names of minor–age children, dates of birth, and home addresses. If redaction is requested, the filing party has 21 calendar days from the date the Notice of Intent to Request Redaction was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the court reporter. The transcript will be made electronically available to the public if no Notice of Intent to Request Redaction is timely filed with the court or after requested redactions are made by the court reporter.

Dated: 2/13/08

Barry K. Lander
Clerk of the Bankruptcy Court