# DOCKET NUMBER 141

L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Petitioning Creditors**

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In Re: ) | Case No. 05-05926-PBINV |
| ) | |
| FRANCIS J. LOPEZ, ) | BANKRUPTCY APPEAL NO. 1 |
| ) | |
| Alleged Debtor. ) | **ELECTION TO HAVE APPEAL HEARD BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA** |
| ) | |
| _____ ) | |

Petitioning Creditors Alan Stanly, Northwest Florida Daily News, and Alternative Resolution Center, hereby elect to have the appeal from the "*Order for Relief and Order Directing Debtor to File Schedules and Statement of Financial Affairs*" entered by the Bankruptcy Court on January 28, 2008, the ruling granting the Petitioning Creditors' Motion for Terminating Sanctions heard on January 28, 2008, and the "*Order on Motion for Summary Judgment*" entered by the Bankruptcy Court on September 26, 2006, heard by the United States District Court for the Southern District of California pursuant to 28 U.S.C. §158(c)(1)(B).

Dated: February 27, 2008        **KEEHN & ASSOCIATES**
                                A Professional Corporation

                        By:   //s// L. Scott Keehn
                              L. Scott Keehn
                              Attorneys for **Petitioning Creditors**