```
L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
```
**KEEHN & ASSOCIATES**
A Professional Corporation
402 West Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for **Appellee,**
**Alan Stanly**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FRANCIS J. LOPEZ,<br><br>    Debtor.<br>──────────────────<br>FRANCIS J. LOPEZ,<br><br>    Appellant,<br><br>v.<br><br>ALAN STANLY,<br><br>    Appellee. | Case No. 08cv0713 JAH (WMc)<br><br>Bankruptcy No. 05-05926-PB7<br><br>**PROOF OF SERVICE**<br><br>Hearing: September 15, 2008<br>Time: 2:30 p.m.<br>Department: Courtroom 11<br>Judge: Hon. John A. Houston |

    I, the undersigned, declare that I am over the age of eighteen years and not a party to this cause. I am employed in, or am a resident of, the County of San Diego, California, and my business address is: Keehn & Associates, APC, 402 West Broadway, Suite 1210, San Diego, California.

    On the date shown below, I caused to be served the following document(s):

**APPELLEE'S BRIEF**

**APPELLEE'S SUPPLEMENTAL APPENDIX (VOLUMES 1 THROUGH 3)**

114636/53115.02

[ ] BY PERSONAL SERVICE: I placed a true copy of the above document(s) in a sealed envelope clearly labeled to identify the party being served, and personally caused said such envelope to be personally delivered on each addressee named hereafter:

[ ] BY FACSIMILE TRANSMISSION: Based on a court order or an agreement of the parties to accept service by fax transmission, I served the above-named document(s) by facsimile transmission during usual office hours from facsimile number 619-400-2201, to a facsimile machine maintained by the addressee(s) named below, and that the transmission was reported as complete and without error.

[ ] BY OVERNIGHT DELIVERY [FED EX]: I enclosed the documents in an envelope or package provided by an overnight delivery carrier (Fed Ex) and addressed to the person(s) at the addresses listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier (Fed Ex):

[✔] BY MAIL: I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for each addressee named hereafter:

M. Jonathan Hayes
Law Office of M. Jonathan Hayes
21800 Oxnard Street, Suite 840
Woodland Hills, CA 91367
Attorneys for Debtor and Appellant, Francis J. Lopez

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 8, 2008.

_____
CYNTHIA K. LAY

KEEHN & ASSOCIATES, APC
ATTORNEYS AND COUNSELORS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · FACSIMILE (619) 400-2201