UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FRANCIS J. LOPEZ,<br><br>　　　　　Debtor.<br>_____<br>FRANCIS J. LOPEZ,<br><br>　　　　　Appellant,<br>v.<br><br>ALAN STANLY,<br><br>　　　　　Appellee.<br>_____ | Civil No. 08cv0713 JAH(WMc)<br><br>Bankruptcy No. 05-5926-PBINV<br><br>**ORDER RESCHEDULING HEARING DATE** |

　　IT IS HEREBY ORDERED the hearing on the bankruptcy appeal set for September 15, 2008 is **VACATED** and rescheduled to **October 27, 2008 at 2:30 p.m.**

DATED: August 28, 2008

　　　　　　　　　　　　　　　　　　　/s/ John A. Houston
　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　United States District Judge